**GARY J. NELSON, CA Bar No. 184651**
gnelson@lewisroca.com
**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Defendants and Counterclaimant
MARK MILLER and
WOW BARGAINS & CLOSEOUTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RE-MARKETING GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARK MILLER, an individual; and WOW BARGAINS & CLOSEOUTS, INC., a California corporation,<br><br>Defendants.<br><br>WOW BARGAINS & CLOSEOUTS, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>RE-MARKETING GROUP, INC., a California corporation, and GREGORY D. SHERWIN, an individual,<br><br>Counterclaim-Defendants. | Case No. 2:20-cv-09505-CAS (AFMx)<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing Date: November 1, 2021**<br>**Time: 10:00 a.m.**<br>**Courtroom: 8D, 8th Floor**<br>**First Street Courthouse**<br><br>**Pretrial Conf.: January 24, 2022**<br>**Trial Date: February 8, 2022**<br><br>**Hon. Christina A. Snyder** |

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445
LEWIS ROCA

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Federal Rule of Evidence 201 empowers a court to take judicial notice of a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001). Courts regularly take judicial notice, for example, of records from the Patent and Trademark Office. *Caiz v. Roberts*, 382 F. Supp. 3d 942, 947 (C.D. Cal. 2019) (taking judicial notice of files from Patent and Trademark Office) (citing to *Balance Studio, Inc. v. Cybernet Entm't, LLC*, No. 15 CV-04038-DMR, 2016 WL 1559745, at *1 (N.D. Cal. Apr. 18, 2016) (quoting *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) ); *see Oroamerica Inc. v. D & W Jewelry Co., Inc.*, 10 Fed. Appx. 516, 517 n.4 (9th Cir. 2001)).

Courts also regularly take judicial notice of documents filed with the California Secretary of State. *See e.g. Champion Courage Ltd. V. Fighter's Mkt., Inc.*, No. 17-CV-01855-AJB-BGS, 2018 WL 1920201, at *2 (S.D. Cal. April 24, 2018) (taking judicial notice of trademark materials generated by the USPTO and California Secretary of State).

Moreover, courts may take judicial notice of information on the Internet for the purpose of showing "what was in the public realm at the time" and to show how certain products and services are being presented to the public. *Spy Optic, Inc. v. Alibaba.Com, Inc.*, 163 F. Supp. 3d 755, 763 (C.D. Cal. 2015).

In support of Defendant and Counterclaimant WOW Bargains & Closeouts, Inc.'s ("WOW") Motion for Partial Summary Judgment, WOW requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following documents, true and correct copies of which are attached:

| Exhibit No. | Description |
|---|---|
| 1 | U.S. Trademark Registration No. 1,443,606. |

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

| Exhibit No. | Description |
|---|---|
| 2 | Website printout from https://www.roundys.com that I last accessed and downloaded on October 3, 2021. |
| 3 | Website printout from https://www.picnsav.com/my-store/store-locator that I last accessed and downloaded on October 3, 2021. |
| 4 | Office Action dated 7/23/2012 re: U.S. Trademark Application Serial No. 85590566. |
| 5 | Website printout from http://rmgdeals.com that I last accessed and downloaded on August 3, 2020, and was produced as WOW00003698 to WOW00003722. |
| 6 | Certificate of Amendment of Articles of Incorporation of Dynamic Candle Collections, Inc. filed with the Secretary of State of California on April 18, 2019 and produced as WOW00000122. |
| 7 | Final Office Action dated July 10, 2020 in U.S. Trademark Application Serial No. 88325180. |
| 8 | USPTO Notice of Abandonment dated January 21, 2021 in U.S. Trademark Application Serial No. 88325180. |
| 9 | California Trademark/Service Mark Application for Registration dated March 5, 2020, filed with the Secretary of State, State of California, produced as RMG_000328 through RMG_000332. |
| 10 | Notice of Voluntary Dismissal Without Prejudice, filed September 22, 2020 by WOW in Case No. 8:20-cv-01090-DOC-KES, C.D. Cal. |

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

Dated: October 4, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By /s/G. Warren Bleeker
G. Warren Bleeker

Attorneys for Defendants
and Counterclaimant
MARK MILLER and
WOW BARGAINS & CLOSEOUTS, INC.