# EXHIBIT 1




NOVEMBER 5, 2020 BY OUTLOOK NEWSPAPERS

# Local Man Launches Pic 'N' Save Bargains

**By Nina Aghadjanian**

*Outlook Valley Sun*



*Outlook Valley Sun file photo*
*Mark Miller, a La Cañada Flintridge resident who is the chairman, CEO and president of Pic 'N' Save Bargains, is pictured with Sharon Mintie.*

Savvy shoppers in Orange County will see a new bargain store emerge just in time for the holiday season, thanks to Mark Miller, a 20-year resident of La Cañada Flintridge and the former president of Pic 'N' Save.

Miller is opening the next generation of bargain and close-out retail, Pic 'N' Save Bargains, on Friday, Nov. 13, in Anaheim Town Square.

After working at Pic 'N' Save for 15 years and then parting ways, Miller is applying his vast knowledge of the Los Angeles market and years of discount retail expertise to create a store that combines elements of a Costco, a Trader Joe's and a Dollar General — an idea he's had for a very long time. After three years of planning, Pic 'N' Save Bargains has finally come to fruition.

During his years at the discount chain, Miller "fell in love with the business and has loved it ever since.

"During my time at Pic 'N' Save, I really believed the people were coming to buy things that they normally might not have been able to afford. But because it was such a good price, they could afford it. That has always resonated with me," said Miller, who resigned as CEO of Sullivan Gifts at the end of 2016 to carry out his vision for Pic 'N' Save Bargains.



*Mark Miller*

He hopes that an emphasis on too-good-to-pass-up deals combined with a well-kept store, wide aisles and friendly staff will set the store apart from other deep-discount retailers.

Customers can expect a variety of name-brand household staples and high-quality "treasure hunt finds" including health and beauty aids, housewares, home decor, electronics, appliances, groceries and seasonal items at close-out prices. There will also be special discounts for teachers, seniors and veterans.

Unlike some off-price retailers, Pic 'N' Save Bargains sources the majority of its inventory from overstock items as opposed to cheap off-brand imports. Among the brands that will be part of its rotating inventory are Ziploc, Hanes,

Rubbermaid, Nivea, Tide, Farberware and Mattel.

Miller and his team are taking a community-driven approach to Pic 'N' Save Bargains — one that includes sponsorship of local youth sports teams, walls that feature Anaheim's history and personality, and a shopping experience where workers know patrons on a first-name basis. Hence the reason it "has no grandiose ideas of being a national chain."

With the feel-good tagline, "Save 'N' Smile," and visual branding characterized by bold pops of yellow and red, Pic 'N' Save Bargains has something for everyone, from Gen Z to baby boomers and every generation in between, according to Miller.

An added sense of fun will come in the form of a loyalty member program that includes perks like 10% off a customer's first purchase, a free gift on your birthday, points-based rewards and once a month, the chance to win everything in your cart for free.

"We all know a place where you open the door and you're just glad to be there. And I'm hoping that's what customers feel when they come to Pic 'N' Save Bargains," said Miller, who resides in LCF with his wife, Sharon Mintie, and is a member of La Canada Presbyterian Church. His stepdaughter resides in Montrose while his other three children work and attend school outside of California.

"Mark is a passionate leader and visionary. You want to see what he sees, and you want to be there when it happens or help him make it happen," said Mary Wright, who has known Miller for 34 years and reported to him when she was vice president of advertising and marketing for Pic 'N' Save.

In 1950, World War II veteran Bill Zimmerman opened the first Pic 'N' Save in Culver City. Over the next 50 years, the Carson-based chain expanded with more than 150 stores. Zimmerman retired in 1985 and 15 years later passed away at the age of 80. In the late 1990s, it struggled financially due to intense competition from other large national discount stores such as Kmart and Walmart, forcing it to close many locations. In 1997, Consolidated Stores Corporation bought Pic 'N' Save, which was called MacFrugal's at the time, and eventually changed the name to Big Lots.

The launch of Pic 'N' Save Bargains comes as Orange County remains in the red tier of California's four-tiered reopening plan due to COVID-19, namely the

Blueprint for a Safer Economy. Under this tier, the county is classified as having "substantial" risk, allowing for the reopening of shopping centers and retail stores at 50% capacity.

In accordance with COVID-19 safety precautions, Pic 'N' Save Bargains employees will be required to wear a mask and take their temperature before their shift. Carts will be sanitized after each use, bathrooms will be cleaned every 30 minutes and free masks will be handed out to those without one. To ensure social distancing inside, the store's floors will feature six-foot-distance decals.

Pic 'N' Save Bargains, which is scheduled to open Nov. 13, is located at 2120 E. Lincoln Ave. in Anaheim. Store hours are Monday through Saturday from 9 a.m.-8 p.m. and Sundays from 11 a.m.-7 p.m.

**Share this:**

**Related**

Small-Town Native Earns Big Success at Credit Union
October 1, 2020
In "La Cañada Flintridge"

Local Resident's New Book Showcased at Flintridge Bookstore Signing
August 13, 2020
In "La Cañada Flintridge"

Local Students Complete Virtual History Internship at Lanterman House
August 6, 2020
In "La Cañada Flintridge"

**LA CAÑADA FLINTRIDGE, LA CAÑADA FLINTRIDGE NEWS**

**BILL ZIMMERMAN, CONSOLIDATED STORES CORPORATION, LA CANADA PRESBYTERIAN CHURCH, MARK MILLER, SAVE 'N' SMILE, SHARON MINTIE, SULLIVAN GIFTS**

# EXHIBIT 2

DocuSign Envelope ID: C7B5788A-75DD-4ABF-8BE5-A630F4839D4E

AIRCRE

# EXCLUSIVE RIGHT TO REPRESENT BUYER/LESSEE FOR PURCHASE OR LEASE OF REAL PROPERTY

*(Non-Residential/Allows for Dual Agency)*

**1. BASIC PROVISIONS ("BASIC PROVISIONS").**

1.1 **Parties**: This agency Agreement ("**Agreement**"), dated for reference purposes only as of June 5, 2019, is made by and between WOW Bargains & Closeouts dba Pic N' Save Outlets ("**Buyer/Lessee**"), whose address is 4519 Everett Avenue, Vernon, California 90058, telephone number ____, Fax No. ____, and Lee & Associates® - Pasadena, Inc. ("**Agent**"), whose address is 155 North Lake Avenue, Suite 430, Pasadena, California 91101, telephone number 626.535.9888, Fax No. 626.410.6705.

1.2 **Requirements**: Buyer/Lessee intends to purchase or lease~~, preferably ☐ purchase ☐ lease,~~ a property having the following characteristics: Retail property, freestanding or shopping center.
General location: Los Angeles and Orange County
Approximate building size: 10,000 - 20,000 square feet
Approximate land size: ____
Other: ____ ("**Requirements**").

1.3 **Term of Agreement**: The term of this Agreement commences on June 5, 2019, and, unless extended, expires at 5:00 p.m. on June 5, 2020 ("**Term**"). (See Paragraph 3)

1.4 **Transaction**: Agent shall use reasonably diligent efforts to find a property which meets the Requirements for Buyer/Lessee to purchase or lease (a "**Transaction**"). However, Buyer/Lessee is under no obligation to consummate any such Transaction.

**2. EXCLUSIVE EMPLOYMENT AND RIGHTS.**

2.1 Buyer/Lessee hereby employs Agent as Buyer/Lessee's sole and exclusive agent to represent Buyer/Lessee in the Transaction and to find a property meeting the Requirements. Agent shall use reasonably diligent efforts to find and submit properties for Buyer/Lessee's consideration. All negotiations and discussions for a Transaction shall be conducted by Agent on behalf of Buyer/Lessee. Buyer/Lessee shall promptly disclose and refer to Agent all written or oral inquiries or contacts it receives from any source regarding a possible Transaction.

2.2 Buyer/Lessee authorizes Agent to:

(a) Solicit information on listed and unlisted properties ("Property" or "Properties") on Buyer/Lessee's behalf;

(b) Submit and obtain responses to requests for proposals from third parties;

(c) At Buyer/Lessee's direction, submit offers and deposits on Buyer/Lessee's behalf; and

(d) Transmit information concerning Buyer/Lessee's Requirements to other brokers, owners of potentially suitable property, governmental agencies, municipalities, and to participants in THE MULTIPLE of AIR CRE ("**MULTIPLE**" and "**AIR**") and/or any other appropriate local commercial multiple listing service. Buyer/Lessee shall identify to Agent as "confidential" any communications or information provided to Agent that Buyer/Lessee considers confidential and desires not to be disclosed by Agent. All other communication and information provided by Buyer/Lessee may be disclosed by Agent as Agent may deem appropriate or necessary. In the event Agent acts as a dual Agent, the terms of Paragraph 2.5 shall be applicable.

(e) Agent is not, however, authorized to, in any way, bind Buyer/Lessee to buy or lease a particular property.

2.3 Agent shall comply with the Rules of Professional Conduct of the AIR, if a member or if not, the Rules of Professional Conduct of the Society of Industrial and Office Realtors.

2.4 Agent shall cooperate with participants in the MULTIPLE and may, at Agent's election, cooperate with other Real Estate Brokers (the "**Cooperating Brokers**"). If a Cooperating Broker represents the owner of a property, then Agent shall act as agent for Buyer/Lessee only, the Cooperating Broker shall act as Agent for the property owner only, and the Cooperating Broker shall not be Buyer/Lessee's agent. A Cooperating Broker shall not be an agent of Buyer/Lessee or a subagent of Agent.

2.5 IF AGENT ALREADY HAS, OR SUBSEQUENTLY OBTAINS, WRITTEN CONSENT TO DUAL AGENCY FROM THE OWNER OF A PROPERTY WHICH BECOMES THE SUBJECT OF A TRANSACTION, AGENT SHALL NOTIFY BUYER/LESSEE IN WRITING OF SUCH DUAL AGENCY AND OF SUCH OWNER'S CONSENT. BUYER/LESSEE AGREES TO CONSENT IN WRITING TO SUCH DUAL AGENCY AT THE TIME OF SUCH NOTIFICATION. IN SUCH A DUAL AGENCY SITUATION, THE AGENT HAS THE FOLLOWING AFFIRMATIVE OBLIGATIONS TO BOTH THE OWNER AND BUYER/LESSEE: A) A FIDUCIARY DUTY OF UTMOST CARE, INTEGRITY, HONESTY AND LOYALTY IN THE DEALINGS WITH BOTH OWNER AND BUYER/LESSEE, AND B) OTHER DUTIES INCLUDING:

(1) DILIGENT EXERCISE OF REASONABLE SKILL AND CARE IN PERFORMANCE OF THE AGENT'S DUTIES;

(2) A DUTY OF HONEST AND FAIR DEALING AND GOOD FAITH;

(3) A DUTY TO DISCLOSE ALL FACTS KNOWN TO THE AGENT MATERIALLY AFFECTING THE VALUE OR DESIRABILITY OF THE PROPERTY THAT ARE NOT KNOWN TO, OR WITHIN THE DILIGENT ATTENTION AND OBSERVATION OF, THE PARTIES.

AN AGENT IS NOT OBLIGATED TO REVEAL TO EITHER PARTY ANY CONFIDENTIAL INFORMATION OBTAINED FROM THE OTHER PARTY WHICH DOES NOT INVOLVE THE AFFIRMATIVE DUTIES SET FORTH ABOVE. AS SUCH, THE AGENT MAY NOT, WITHOUT THE EXPRESS PERMISSION OF THE RESPECTIVE PARTY, REVEAL THAT OWNER WILL ACCEPT A PRICE/RENTAL

DS ______ INITIALS    DS JS INITIALS

© 2017 AIR CRE. All Rights Reserved.


J. Shoemake - 5/12/21
PLAINTIFF EXHIBIT
46

RATE THAT IS LESS THAN ADVERTISED OR THAT BUYER/LESSEE WILL PAY A GREATER PRICE/RENTAL RATE THAN THE PRICE/RENTAL RATE THAT IS OFFERED. THE ABOVE DUTIES OF THE AGENT IN A DUAL AGENCY SITUATION DO NOT RELIEVE THE PARTIES FROM THE RESPONSIBILITY TO PROTECT THEIR OWN INTERESTS. BUYER/LESSEE AND OWNER SHOULD CAREFULLY READ ALL AGREEMENTS TO ASSURE THAT THEY ADEQUATELY EXPRESS THEIR UNDERSTANDING OF THE TRANSACTION. BUYER/LESSEE IS ADVISED TO CONSULT COMPETENT PROFESSIONALS IF LEGAL, FINANCIAL OR TAX ADVICE IS DESIRED.

I HAVE READ AND UNDERSTAND THE PRECEDING PARAGRAPH AND AGREE TO CONSENT TO SUCH DUAL AGENCY AS DESCRIBED IN THIS PARAGRAPH 2.5.

DS

Buyer/~~Lessee's Initials~~

2.6 Buyer/Lessee understands that Agent may also represent lessors/sellers and other buyers/lessees with regard to competing properties of interest to this Buyer/Lessee.

**3. EXTENSION OF TERM.**

3.1 If the Transaction includes the purchase of a property, and it is not consummated for any reason after Buyer/Lessee's offer to purchase the Property ("**Sale Agreement**") is accepted, then the expiration date of the Term of this Agreement shall be extended by the number of days between the date Buyer/Lessee executed the Sale Agreement and the date the Sale Agreement is terminated or the date that title to the Property is transferred to Buyer; provided, however, unless otherwise agreed to in writing, the Term shall not be extended beyond one year from the date the Term would have otherwise expired.

3.2 If the Transaction is a lease, and it is not consummated for any reason after Buyer/Lessee's offer to lease the Property is accepted ("**Accepted Offer to Lease**"), then the expiration date of the Term of this Agreement shall be extended by the number of days between the date Buyer/Lessee executed the Lease and the date on which the Accepted Offer to Lease is terminated or the date Owner is able to give Lessee occupancy of the Property, whichever generates the longer extension; provided, however, unless otherwise agreed to in writing, the Term shall not be extended beyond one year from the date the Term would have otherwise expired.

**4. COMPENSATION.**

4.1 Agent shall be entitled to be paid a commission ☐ in the amount of ____ ☑ in accordance with a separate agreement with Owner/Lessor of the subject property ~~the commission schedule attached hereto~~ ("**Agreed Commission**") if a Transaction is consummated by Buyer/Lessee or by anyone having an ownership interest in Buyer/Lessee, eg. a shareholder. Said Agreed Commission is payable without regard to whether the Transaction is consummated as a result of the efforts of the Agent, owner, lessor, Buyer/Lessee, or any other person or entity. Agent shall endeavor to have the owner/lessor of the property which is the subject of the Transaction ("**Owner**") pay the commission owed to Agent for the Transaction. Agent may elect, at Agent's sole discretion, to accept Owner's standard commission schedule in lieu of the Agreed Commission. Buyer/Lessee hereby agrees to use its best efforts to support and assist Agent in collecting such brokerage commission from Owner.

4.2 In the event Owner or Owner's agent insists on a commission amount or commission terms less than or materially less favorable than the Agreed Commission, Agent shall have the right, in its sole discretion, to refuse acceptance of the reduced amount or less favorable terms. In such event, Buyer/Lessee hereby agrees to:

(a) Refuse further consideration of the subject Property for a period of one year after expiration of the Term of this Agreement; or

(b) Compensate Agent directly for the difference in the commission amount (and/or indemnify Agent from less favorable terms) offered by Owner and the Agreed Commission.

**5. ALTERNATIVE TRANSACTION.** If the Transaction changes to any other transaction, including, but not limited to an exchange, option to buy, right of first refusal, ground lease, sublease or assignment of lease (collectively, an "**Alternative Transaction**"), the Agent shall automatically be Buyer/Lessee's sole and exclusive Agent for such Alternative Transaction and represent Buyer/Lessee in such Alternative Transaction under the terms and conditions of this Agreement. If, during the Term hereof, an Alternative Transaction is consummated, then Agent shall be entitled to a commission for the Alternative Transaction in accordance with Paragraph 4 of this Agreement.

**6. EXCLUDED AND REGISTERED PROPERTIES.**

6.1 Buyer/Lessee shall, within 5 business days after the date hereof, provide Agent with a written list of Property addresses setting forth those Properties registered with Buyer/Lessee by any other broker under any prior agreement of any kind ("**Excluded Properties**"). Buyer/Lessee's written list shall also specify the type of transaction associated with the Excluded Properties ("**Excluded Transaction**"). Agent may, within 3 business days of receiving such written list, either (a) accept the Excluded Properties or Excluded Transactions, (b) cancel this Agreement, or (c) renegotiate this portion of the Agreement with the Buyer/Lessee. Once accepted by Agent, the written list shall automatically become an exhibit to this Agreement and attached hereto. If Buyer/Lessee timely provides Agent with a complete list of the Excluded Properties and a complete list of the Excluded Transactions and Agent accepts such written list pursuant to this Paragraph 6.1(a), then Agent shall not be entitled to a commission with respect to the consummation of an Excluded Transaction. If the specified information concerning Excluded Properties and Transactions is not provided as set forth herein then it shall be conclusively deemed that there are no Excluded Properties or Excluded Transactions.

6.2 Within 5 business days after the expiration of the Term, Agent shall provide Buyer/Lessee with a written list of the Properties Agent either directly, or through another broker, negotiated on Buyer/Lessee's behalf during the Term

DS — INITIALS    DS JS — INITIALS

hereof ("**Registered Property Listing**"). The Registered Property Listing shall specify the nature of each consummated or non-consummated Transaction. Those Properties which Buyer/Lessee or Agent, during the Term hereof, submitted written offers, requests for proposals or letters of intent on behalf of Buyer/Lessee shall automatically be deemed, without further action by Agent, a part of the Registered Property Listing. Agent's failure to timely notify Buyer/Lessee of the existence of any other Properties shall mean that such other Properties shall not be included in the Registered Properties Listing.

6.3 If, within 180 days after the expiration of the Term, Buyer/Lessee enters into a contract for a Property specified on the Registered Property Listing, then Agent shall, upon consummation of such transaction, be entitled to a commission for such transaction in accordance with Paragraph 4 of this Agreement.

6.4 If, within 180 days after the expiration of the Term, Buyer/Lessee enters into another agreement, whether or not exclusive, with a broker other than Agent for a Transaction or an Alternative Transaction concerning Property specified on the Registered Property Listing, then Buyer/Lessee shall provide to Buyer/Lessee's new broker the addresses of the Properties specified on the Registered Property Listing, and specify, in writing, that the new broker shall not be entitled to receive any compensation payable to Agent hereunder for the consummation of any Transaction or Alternative Transaction specified in the Registered Property Listing.

6.5 If Buyer/Lessee is involved in active good faith negotiations or maintains continued interest in any Property specified in the Registered Property Listing beyond the time periods provided in this Paragraph 6, then the time periods set forth herein shall be automatically extended so long as negotiations or interest continues. If Buyer/Lessee notifies the Agent in writing and in good faith that such negotiations or interest is terminated, then such notice shall terminate the extension of the time period.

**7. BUYER/LESSEE'S REPRESENTATIONS.** Buyer/Lessee represents and warrants that:

(a) Each person executing this Agreement on behalf of Buyer/Lessee has the full right, power and authority to execute this Agreement on behalf of Buyer/Lessee; and

(b) Buyer/Lessee has neither been deemed nor is it the subject of an actual or pending bankruptcy, insolvency, probate or conservatorship proceeding.

**8. BUYER/LESSEE'S ACKNOWLEDGEMENTS.** Except to the extent arising from Agent's gross negligence or willful misconduct, or Agent's failure to disclose or perform its obligations under applicable law, Agent shall not be liable to Buyer/Lessee for any (a) claims for personal injury, property damage, or loss in value of the Property arising from or related to the physical condition of the Property, including, without limitation, any soils, structural, or design problems; (b) claims or action arising from or due to any inaccuracy in information known or unknown by the seller or lessor of the Property, or furnished or unfurnished by said seller or lessor; (c) agreement entered into by Buyer/Lessee with respect to the Property and/or addenda thereto; (d) dispute or action concerning or arising from Buyer/Lessee's decision to consummate or not consummate a Transaction or Alternative Transaction; (e) claims, disputes or actions or services including, but not limited to, the inspection, financing, purchase or lease of the Property; and (f) any responsibility for the completion of repairs to the Property, including but not limited to, structural pest control work. Buyer/Lessee acknowledges that Buyer/Lessee has been advised by Agent to consult and retain experts to advise and represent it concerning the legal, financial and tax effects of this Agreement and the effect of consummating a Transaction or Alternative Transaction, as well as the condition of the Property and/or the legality of the Property uses, including, but not limited to, the Property's improvements, equipment, soil, tenancies, title and environmental aspects. Agent shall have no obligation to investigate any such matters unless expressly otherwise agreed to in writing by Buyer/Lessee and Agent. Buyer/Lessee further acknowledges that in determining the financial soundness of any prospective Property, Transaction or Alternative Transaction, Buyer/Lessee will rely solely upon Buyer/Lessee's own investigation, notwithstanding Agent's assistance in gathering such information.

**9. MISCELLANEOUS.**

9.1 This Agreement shall not be construed for or against Buyer/Lessee or Agent, but shall be interpreted, construed and enforced in accordance with the mutual intent of the parties ascertainable from the language of this Agreement. Signatures to this Agreement accomplished by means of electronic signature or similar technology shall be legal and binding.

9.2 All payments by Buyer/Lessee to Agent shall be made in lawful United States currency. If Buyer/Lessee fails to pay to Agent any amount when due under this Agreement, then such amount shall bear interest at the rate of 15% per annum or the maximum rate allowed by law, whichever is less.

9.3 In the event of litigation or arbitration between Buyer/Lessee and Agent arising under or relating to this Agreement or the Property, the prevailing party shall be paid its attorneys' fees and costs by the losing party. The term, "Prevailing Party" shall include, without limitation, one who substantially obtains or defeats the relief sought, as the case may be, whether by compromise, settlement, judgment, or the abandonment by the other party of its claim or defense. The attorneys' fees awarded shall not be computed in accordance with any court fee schedule, but shall be in an amount to fully reimburse all reasonably incurred attorneys' fees.

9.4 In the event of a sublease, all terms relating to lessee shall be deemed to include sublessee and all terms relating to lessor shall be deemed to include sublessor and shall also include master lessor.

9.5 Except as may be caused by Agent's grossly negligent acts or omissions, Agent shall not be liable for any loss, damage, or injury to the person or property of Buyer/Lessee or Buyer/Lessee's employees or business partners during the Agent's transportation of such individuals to any property or to any meeting or while Agent is showing any property or site whatsoever.

9.6 Buyer/Lessee agrees that no lawsuit or other legal proceeding involving any breach of duty, error or omission

DS INITIALS    DS JS INITIALS

relating to the services to be performed by Agent pursuant to this Agreement may be brought against Agent more than one year after the expiration of the Term of this Agreement (see paragraph 1.3) and that the liability (including court costs and attorney's fees) of Agent with respect to any such lawsuit and/or legal proceeding shall not exceed any fee received by Agent pursuant to this Agreement; provided, however, that the foregoing limitation on liability shall not be applicable to any gross negligence or willful misconduct of Agent.

**10. ARBITRATION OF DISPUTES.**

10.1 ANY CONTROVERSY ARISING UNDER OR RELATING TO THIS AGREEMENT SHALL BE DETERMINED BY BINDING ARBITRATION TO BE CONDUCTED BY: ☑ THE AMERICAN ARBITRATION ASSOCIATION OR ☐ ____ USING THE COMMERCIAL RULES ESTABLISHED BY SUCH ORGANIZATION OR IF NONE THE AMERICAN ARBITRATION ASSOCIATION'S COMMERCIAL RULES. ARBITRATION HEARINGS SHALL BE HELD IN THE COUNTY WHERE THE PROPERTY IS LOCATED. THE ARBITRATORS SHALL HEAR AND DETERMINE SAID CONTROVERSY IN ACCORDANCE WITH APPLICABLE LAW AND THE INTENTION OF THE PARTIES AS EXPRESSED IN THIS AGREEMENT, AND ANY AMENDMENTS THERETO. PRE-ARBITRATION DISCOVERY SHALL BE PERMITTED AS IS AUTHORIZED UNDER THE COMMERCIAL RULES OR STATE LAW APPLICABLE TO ARBITRATION PROCEEDINGS. JUDGMENT MAY BE ENTERED ON THE AWARD IN ANY COURT OF COMPETENT JURISDICTION NOTWITHSTANDING THE FAILURE OF A PARTY DULY NOTIFIED OF THE ARBITRATION HEARING TO APPEAR.

10.2 NOTICE: BY INITIALING IN THE SPACE BELOW, YOU ARE AGREEING TO HAVE ANY DISPUTE ARISING OUT OF THE MATTERS INCLUDED IN THE "ARBITRATION OF DISPUTES" PROVISION DECIDED BY NEUTRAL ARBITRATION AS PROVIDED BY CALIFORNIA LAW. YOU ARE GIVING UP RIGHTS YOU MIGHT POSSESS TO HAVE THE DISPUTE RESOLVED IN A COURT OF LAW. BY INITIALING IN THE SPACE BELOW, YOU ARE GIVING UP JUDICIAL RIGHTS TO DISCOVERY AND APPEAL, UNLESS THOSE RIGHTS ARE SPECIFICALLY INCLUDED IN THE "ARBITRATION OF DISPUTES" PROVISION. IF YOU REFUSE TO SUBMIT TO ARBITRATION AFTER AGREEING TO THIS PROVISION, YOU MAY BE COMPELLED TO ARBITRATE UNDER THE AUTHORITY OF THE CALIFORNIA CODE OF CIVIL PROCEDURE. YOUR AGREEMENT TO THIS ARBITRATION PROVISION IS VOLUNTARY.

10.3 WE HAVE READ AND UNDERSTAND THE FOREGOING AND AGREE TO SUBMIT DISPUTES ARISING OUT OF THE MATTERS INCLUDED IN THE "ARBITRATION OF DISPUTES" PROVISION TO NEUTRAL ARBITRATION.

DS [initials]  Buyer/~~Lessee's Initials~~ | DS JS  Agent's Initials

10.4 THE PROVISIONS OF THE ABOVE ARBITRATION CLAUSE SHALL NOT BE BINDING ON EITHER PARTY UNLESS BOTH PARTIES HAVE PLACED THEIR INITIALS UNDER PARAGRAPH 10.3.

**11. Additional Provisions:** Additional provisions regarding this Agreement may be set forth on the following blank lines or in an addendum (if there are no additional provisions, write "NONE", if an addendum is attached, check this box ☑):

11.1 The following documents are attached hereto and shall become a part of this agreement: Disclosure Regarding Real Estate Agency Relationship.

11.2 Upon expiration of the original listing terms, this Agreement between WOW Bargains & Closeouts dba Pic N' Save Outlets ("Owner") and Lee & Associates® - Pasadena, Inc. ("Agent") shall be extended on a month-to-month basis. Either party may terminate this Listing Agreement with a thirty (30) day written notice.

**12. Disclosures Regarding The Nature of a Real Estate Agency Relationship.** When entering into an agreement with a real estate agent a Buyer/Lessee should from the outset understand what type of agency relationship or representation it has with the agent or agents in the transaction.

(i) *Buyer/Lessee's Agent*. A Buyer/Lessee's agent may act as an agent for the Buyer/Lessee only. A Buyer/Lessee's agent or subagent has the following affirmative obligations: To the Buyer/Lessee: A fiduciary duty of utmost care, integrity, honesty, and loyalty in dealings. To a potential seller/lessor and the Buyer/Lessee: a. Diligent exercise of reasonable skills and care in performance of the agent's duties. b. A duty of honest and fair dealing and good faith. c. A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the Parties. An agent is not obligated to reveal to either Party any confidential information obtained from the other Party which does not involve the affirmative duties set forth above.

(ii) *Agent Representing Both Parties*. A real estate agent, either acting directly or through one or more associate licenses, can legally be the agent of both Parties in a transaction, but only with the knowledge and consent of the Parties. In a dual agency situation, the agent has the following affirmative obligations to both Parties: a. A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either Party. b. Other duties to the Buyer/Lessee as stated above in subparagraph (i). When representing both Parties, an agent may not without the express permission of the respective Party, disclose to the other Party that the Buyer/Lessee will accept rent/purchase price in an amount less than that indicated in the listing or that the buyer/lessee is willing to pay a higher rent/purchase price than that offered.

The above duties of the Agent do not relieve Buyer/Lessee from the responsibility to protect its own interests. Buyer/Lessee should carefully read all agreements to assure that they adequately express its understanding of the transaction.

DS [initials]  INITIALS | DS JS  INITIALS

© 2017 AIR CRE. All Rights Reserved.

| | |
|---|---|
| **BUYER/LESSEE** | **AGENT** |
| Date: June 5, 2019 | Date: June 5, 2019 |
| WOW Bargains & Closeouts dba Pic N' Save Outlets | Lee & Associates® - Pasadena, Inc. |
| By: DocuSigned by: [signature] | By: DocuSigned by: Jodi Shoemake |
| Name Printed: Mark J. Miller | Name Printed: Jodi Shoemake |
| Title: CEO/President | Title: Principal |
| | Broker DRE License #: 02059558 |
| | Agent DRE License #: 01833063 |
| | Address: 155 North Lake Avenue, Suite 430, Pasadena, California 91101 |
| | Phone: 626.535.9888 |
| | Fax: 626.410.6705 |
| | Email: jshoemake@lee-associates.com |

AIR CRE * https://www.aircre.com * 213-687-8777 * contracts@aircre.com
NOTICE: No part of these works may be reproduced in any form without permission in writing.

DS [initials] INITIALS

DS JS INITIALS

DocuSign Envelope ID: C7B5788A-75DD-4ABF-8BE5-A630F4839D4E

AIRCRE

# DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP

(As required by the Civil Code)

When you enter into a discussion with a real estate agent regarding a real estate transaction, you should from the outset understand what type of agency relationship or representation you wish to have with the agent in the transaction.

**SELLER'S AGENT**

A Seller's agent under a listing agreement with the Seller acts as the agent for the Seller only. A Seller's agent or a subagent of that agent has the following affirmative obligations:

To the Seller: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Seller.

To the Buyer and the Seller:

(a) Diligent exercise of reasonable skill and care in performance of the agent's duties.

(b) A duty of honest and fair dealing and good faith.

(c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties.

An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**BUYER'S AGENT**

A Buyer's agent can, with a Buyer's consent, agree to act as agent for the Buyer only. In these situations, the agent is not the Seller's agent, even if by agreement the agent may receive compensation for services rendered, either in full or in part from the Seller. An agent acting only for a Buyer has the following affirmative obligations:

To the Buyer: A fiduciary duty of utmost care, integrity, honesty and loyalty in dealings with the Buyer.

To the Buyer and the Seller:

(a) Diligent exercise of reasonable skill and care in performance of the agent's duties.

(b) A duty of honest and fair dealing and good faith.

(c) A duty to disclose all facts known to the agent materially affecting the value or desirability of the property that are not known to, or within the diligent attention and observation of, the parties.

An agent is not obligated to reveal to either party any confidential information obtained from the other party that does not involve the affirmative duties set forth above.

**AGENT REPRESENTING BOTH SELLER AND BUYER**

A real estate agent, either acting directly or through one or more salesperson and broker associates, can legally be the agent of both the Seller and the Buyer in a transaction, but only with the knowledge and consent of both the Seller and the Buyer.

In a dual agency situation, the agent has the following affirmative obligations to both the Seller and the Buyer:

(a) A fiduciary duty of utmost care, integrity, honesty and loyalty in the dealings with either the Seller or the Buyer.

(b) Other duties to the Seller and the Buyer as stated above in their respective sections.

In representing both Seller and Buyer, a dual agent may not, without the express permission of the respective party, disclose to the other party confidential information, including, but not limited to, facts relating to either the Buyer’s or Seller’s financial position, motivations, bargaining position, or other personal information that may impact price, including the Seller’s willingness to accept a price less than the listing price or the Buyer’s willingness to pay a price greater than the price offered.

**SELLER AND BUYER RESPONSIBILITIES**

Either the purchase agreement or a separate document will contain a confirmation of which agent is representing you and whether that agent is representing you exclusively in the transaction or acting as a dual agent. Please pay attention to that confirmation to make sure it accurately reflects your understanding of your agent’s role. The above duties of the agent in a real estate transaction do not relieve a Seller or Buyer from the responsibility to protect his or her own interests. You should carefully read all agreements to assure that they adequately express your understanding of the transaction. A real estate agent is a person qualified to advise about real estate. If legal or tax advice is desired, consult a competent professional. If you are a Buyer, you have the duty to exercise reasonable care to protect yourself, including as to those facts about the property which are known to you or within your diligent attention and observation. Both Sellers and Buyers should strongly consider obtaining tax advice from a competent professional because the federal and state tax consequences of a transaction can be complex and subject to change.

Throughout your real property transaction you may receive more than one disclosure form, depending upon the number of agents assisting in the transaction. The law requires each agent with whom you have more than a casual relationship to present you with this disclosure form. You should read its contents each time it is presented to you, considering the relationship between you and the real estate agent in your specific transaction. **This disclosure form includes the provisions of Sections 2079.13 to 2079.24, inclusive, of the Civil Code set forth on page 2. Read it carefully. I/WE ACKNOWLEDGE RECEIPT OF A COPY OF THIS DISCLOSURE AND THE PORTIONS OF THE CIVIL CODE PRINTED ON THE BACK (OR A SEPARATE PAGE).**

DS [initials signature]

INITIALS ______ INITIALS

© 2019 AIR CRE. All Rights Reserved.

BUYER/LESSEE: WOW Bargains & Closeouts, Inc. dba Pic N' Save Outlets

☑ Buyer ☐ Seller ☐ Lessor ☑ Lessee DocuSigned by: [signature] 8F4D1B2B8B3741E... Mark J. Miller Date: June 5, 2019

☐ Buyer ☐ Seller ☐ Lessor ☐ Lessee ________________ Date: ____________

Agent: Lee & Associates® - Pasadena, Inc. DRE Lic. #: 02059558
Real Estate Broker (Firm)

By: [signature] DRE Lic. #: 01833063 Date: June 5, 2019
Jodi Shoemake, Principal
(Salesperson or Broker-Associate)

THIS FORM HAS BEEN PREPARED BY AIR CRE. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF THIS FORM FOR ANY SPECIFIC TRANSACTION. PLEASE SEEK LEGAL COUNSEL AS TO THE APPROPRIATENESS OF THIS FORM.

DS [initials]
INITIALS

INITIALS

© 2019 AIR CRE. All Rights Reserved.

## DISCLOSURE REGARDING REAL ESTATE AGENCY RELATIONSHIP
## CIVIL CODE SECTIONS 2079.13 THROUGH 2079.24 (2079.16 APPEARS ON THE FRONT)

**2079.13**. As used in Sections 2079.7 and 2079.14 to 2079.24, inclusive, the following terms have the following meanings: **(a)** "Agent" means a person acting under provisions of Title 9 (commencing with Section 2295) in a real property transaction, and includes a person who is licensed as a real estate broker under Chapter 3 (commencing with Section 10130) of Part 1 of Division 4 of the Business and Professions Code, and under whose license a listing is executed or an offer to purchase is obtained. The agent in the real property transaction bears responsibility for that agent's salespersons or broker associates who perform as agents of the agent. When a salesperson or broker associate owes a duty to any principal, or to any buyer or seller who is not a principal, in a real property transaction, that duty is equivalent to the duty owed to that party by the broker for whom the salesperson or broker associate functions. **(b)** "Buyer" means a transferee in a real property transaction, and includes a person who executes an offer to purchase real property from a seller through an agent, or who seeks the services of an agent in more than a casual, transitory, or preliminary manner, with the object of entering into a real property transaction. "Buyer" includes vendee or lessee of real property. **(c)** "Commercial real property" means all real property in the state, except (1) single-family residential real property, (2) dwelling units made subject to Chapter 2 (commencing with Section 1940) of Title 5, (3) a mobilehome, as defined in Section 798.3, (4) vacant land, or (5) a recreational vehicle, as defined in Section 799.29. **(d)** "Dual agent" means an agent acting, either directly or through a salesperson or broker associate, as agent for both the seller and the buyer in a real property transaction. **(e)** "Listing agreement" means a written contract between a seller of real property and an agent, by which the agent has been authorized to sell the real property or to find or obtain a buyer, including rendering other services for which a real estate license is required to the seller pursuant to the terms of the agreement. **(f)** "Seller's agent" means a person who has obtained a listing of real property to act as an agent for compensation. **(g)** "Listing price" is the amount expressed in dollars specified in the listing for which the seller is willing to sell the real property through the seller's agent. **(h)** "Offering price" is the amount expressed in dollars specified in an offer to purchase for which the buyer is willing to buy the real property. **(i)** "Offer to purchase" means a written contract executed by a buyer acting through a buyer's agent that becomes the contract for the sale of the real property upon acceptance by the seller. **(j)** "Real property" means any estate specified by subdivision (1) or (2) of Section 761 in property, and includes (1) single-family residential property, (2) multiunit residential property with more than four dwelling units, (3) commercial real property, (4) vacant land, (5) a ground lease coupled with improvements, or (6) a manufactured home as defined in Section 18007 of the Health and Safety Code, or a mobilehome as defined in Section 18008 of the Health and Safety Code, when offered for sale or sold through an agent pursuant to the authority contained in Section 10131.6 of the Business and Professions Code. **(k)** "Real property transaction" means a transaction for the sale of real property in which an agent is retained by a buyer, seller, or both a buyer and seller to act in that transaction, and includes a listing or an offer to purchase. **(l)** "Sell," "sale," or "sold" refers to a transaction for the transfer of real property from the seller to the buyer and includes exchanges of real property between the seller and buyer, transactions for the creation of a real property sales contract within the meaning of Section 2985, and transactions for the creation of a leasehold exceeding one year's duration. **(m)** "Seller" means the transferor in a real property transaction and includes an owner who lists real property with an agent, whether or not a transfer results, or who receives an offer to purchase real property of which he or she is the owner from an agent on behalf of another. "Seller" includes both a vendor and a lessor of real property. **(n)** "Buyer's agent" means an agent who represents a buyer in a real property transaction.

**2079.14**. A seller's agent and buyer's agent shall provide the seller and buyer in a real property transaction with a copy of the disclosure form specified in Section 2079.16, and shall obtain a signed acknowledgment of receipt from that seller and buyer, except as provided in Section 2079.15, as follows: **(a)** The seller's agent, if any, shall provide the disclosure form to the seller prior to entering into the listing agreement. **(b)** The buyer's agent shall provide the disclosure form to the buyer as soon as practicable prior to execution of the buyer's offer to purchase. If the offer to purchase is not prepared by the buyer's agent, the buyer's agent shall present the disclosure form to the buyer not later than the next business day after receiving the offer to purchase from the buyer.

**2079.15.** In any circumstance in which the seller or buyer refuses to sign an acknowledgment of receipt pursuant to Section 2079.14, the agent shall set forth, sign, and date a written declaration of the facts of the refusal.

**2079.16** Reproduced on Page 1 of this AD form.

**2079.17(a)** As soon as practicable, the buyer's agent shall disclose to the buyer and seller whether the agent is acting in the real property transaction as the buyer's agent, or as a dual agent representing both the buyer and the seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller, the buyer, and the buyer's agent prior to or coincident with execution of that contract by the buyer and the seller, respectively. **(b)** As soon as practicable, the seller's agent shall disclose to the seller whether the seller's agent is acting in the real property transaction as the seller's agent, or as a dual agent representing both the buyer and seller. This relationship shall be confirmed in the contract to purchase and sell real property or in a separate writing executed or acknowledged by the seller and the seller's agent prior to or coincident with the execution of that contract by the seller.

**(C)** CONFIRMATION: The following agency relationships are confirmed for this transaction.

Seller's Brokerage Firm DO NOT COMPLETE, SAMPLE ONLY License Number _______

Is the broker of (check one): ☐ the seller; or ☐ both the buyer and seller. (dual agent)

Seller's Agent DO NOT COMPLETE, SAMPLE ONLY License Number _______

Is (check one): ☐ the Seller's Agent. (salesperson or broker associate); or ☐ both the Buyer's Agent and the Seller's Agent. (dual agent)

Buyer's Brokerage Firm DO NOT COMPLETE, SAMPLE ONLY License Number _______

DS

INITIALS INITIALS

© 2019 AIR CRE. All Rights Reserved. Last Edited: 12/5/2019 2:48 PM

Is the broker of (check one): ☐ the buyer; or ☐ both the buyer and seller. (dual agent)
Buyer's Agent DO NOT COMPLETE, SAMPLE ONLY __________ License Number ________
Is (check one): ☐ the Buyer's Agent. (salesperson or broker associate); or ☐ both the Buyer's Agent and the Seller's Agent. (dual agent)

**(d)** The disclosures and confirmation required by this section shall be in addition to the disclosure required by Section 2079.14. An agent's duty to provide disclosure and confirmation of representation in this section may be performed by a real estate salesperson or broker associate affiliated with that broker.

**2079.18** (Repealed pursuant to AB-1289, 2017-18 California Legislative session)

**2079.19** The payment of compensation or the obligation to pay compensation to an agent by the seller or buyer is not necessarily determinative of a particular agency relationship between an agent and the seller or buyer. A listing agent and a selling agent may agree to share any compensation or commission paid, or any right to any compensation or commission for which an obligation arises as the result of a real estate transaction, and the terms of any such agreement shall not necessarily be determinative of a particular relationship.

**2079.20** Nothing in this article prevents an agent from selecting, as a condition of the agent's employment, a specific form of agency relationship not specifically prohibited by this article if the requirements of Section 2079.14 and Section 2079.17 are complied with.

**2079.21 (a)** A dual agent may not, without the express permission of the seller, disclose to the buyer any confidential information obtained from the seller. **(b)** A dual agent may not, without the express permission of the buyer, disclose to the seller any confidential information obtained from the buyer. **(c)** "Confidential information" means facts relating to the client's financial position, motivations, bargaining position, or other personal information that may impact price, such as the seller is willing to accept a price less than the listing price or the buyer is willing to pay a price greater than the price offered. **(d)** This section does not alter in any way the duty or responsibility of a dual agent to any principal with respect to confidential information other than price.

**2079.22** Nothing in this article precludes a seller's agent from also being a buyer's agent. If a seller or buyer in a transaction chooses to not be represented by an agent, that does not, of itself, make that agent a dual agent.

**2079.23 (a)** A contract between the principal and agent may be modified or altered to change the agency relationship at any time before the performance of the act which is the object of the agency with the written consent of the parties to the agency relationship. **(b)** A lender or an auction company retained by a lender to control aspects of a transaction of real property subject to this part, including validating the sales price, shall not require, as a condition of receiving the lender's approval of the transaction, the homeowner or listing agent to defend or indemnify the lender or auction company from any liability alleged to result from the actions of the lender or auction company. Any clause, provision, covenant, or agreement purporting to impose an obligation to defend or indemnify a lender or an auction company in violation of this subdivision is against public policy, void, and unenforceable.

**2079.24** Nothing in this article shall be construed to either diminish the duty of disclosure owed buyers and sellers by agents and their associate licensees, subagents, and employees or to relieve agents and their associate licensees, subagents, and employees from liability for their conduct in connection with acts governed by this article or for any breach of a fiduciary duty or a duty of disclosure.


NOTICE: No part of these works may be reproduced in any form without permission in writing.

DS

INITIALS INITIALS

© 2019 AIR CRE. All Rights Reserved.

# EXHIBIT 3

**From:** mark miller <cba1970@gmail.com>
**Sent:** Saturday, April 20, 2019 8:28 AM
**To:** greg@rmgdeals.com; joe@poolefuels.com; Tonya Wertman; artin@merchandisingtrade.com
**Subject:** Fwd: PicNSave Outlets IT Meeting - 4/24/19
**Attachments:** Seperation Planning v1.pdf; Untitled attachment 00008.htm; Merch System Selection v2.pdf; Untitled attachment 00011.htm; Draft BOD Presentation.pdf; Untitled attachment 00014.htm

Team,
Please see below the email from Robert Adams who will be helping us put together our systems structure. He will be landing around 9:00.

1.I will have him meet me at West Coast Dealz so he can see that part of the business.

2. I will then bring him to our office at 3422 Garfield Ave. Commerce Ca. 90040. We will walk the ReMarketing Group business so he can see what we are doing their including how we will use the warehouse for the store(s).

3. STRATEGY MEETING START AT NOON- I will have a light lunch brought in.
We will Meeting conference room to cover the agenda below. The people in attendance will be:
Mark J. Miller- El Jefe
Greg Sherwin - ReMarketing Group- Strategic Partner for PicNSave Outlets
Tonya Wertman - Take Flight Social Media - Our Marketing Partner
Joe Swisher - CFO for PicNSave Outlets
Artin Tersaakyan- West Coast Dealz- Strategic Partner PicNSave Outlets

4. GOAL -As you can see from below email, what I hope to accomplish from our time with Robert is for him to understand our business plan so he can put together an IT Strategy that Gets Stores Open, Stabilize and a Process that can
scale on a budget we can live with.

I think it's good if everyone is in attendance from the beginning in order to get the full flow process of the IT strategy.

Please let me know if you have s y questions, other wise I look forward to seeing you Wednesday.

Mark J. Miller

EXHIBIT
156

I have attached some of the information I prepared at the start of the Dollar Express journey which was a complete startup as well. It was for over 300 stores so its budget, resources and needs will be very different for us however the basic structure and allot of the content is

relevant. My goal would be able to get as much information as I can to similarly understand our immediate needs to create an appropriate road map to opening. With a 9/1 projected opening we are going to need to understand what is key and how to achieve or goals. I would break our road map into three phases Get to Open, Stabilize and Scale. It is my sense that we need to focus all our efforts on the current phase with an eye towards the other, Of course I will need to hear more form you and the team before finalizing this thoughts.

As a high level agenda let me know if this works.

- Alignment on IT strategy to Business strategy
    - Initial level of automation needed
    - Budget and resources
    - Core competencies internal vs external
    - Infrastructure (Cloud vs On premise, opex vs capex)
    - Decision making process for "Get to Open" phase
    - Quick vs scalable
- High level Merchandising / Marketing Requirements
- High level Replen & Allocation Requirements
- High level Distribution Reuirements
- High level Store Systems Requirements
- High level FPA and Accounting Requirements
- High level HR & Payroll Requirements
- High Level Infrastructure and Systems Requirements

We can use the architecture pages in the BOD document as a checklist to help guide the conversations. I know we will not be able to go very deep in these areas in the time we have but I want to touch on all these areas to make sure I can put together a reasonable plan and SOW to make sure we can hit the goals in this tight timeline.

Hopefully this makes. Let me know if this aligns with your thinking about the trip.

Best,

Robert

# Separation Planning and PMO

CONFIDENTIAL AND PROPRIETARY

# Summary

Dollar Express

- There are three major planning activities over the next 6 months that require the incremental addition of PMO and functional resources
  - Separation Planning
  - IT Planning
  - Re-banner Planning
- We examined three options leveraging PWC's experience to varying degrees
  - Option 1 – PMO & Functional Leverage
  - Option 2 – Functional Leverage
  - Option 3 – Minimal Functional Leverage

# Option 1 – PMO & Functional Leverage

Dollar Express

| Person | Total $ | IT Planning & PMO | Separation Plan | Assortment Strategy | Merch Roadmap | Separation PMO | Re-banner Planning |
|---|---|---|---|---|---|---|---|
| Kahled | 230,400 | | 76,800 | - | - | 38,400 | 115,200 |
| Jeff | 345,600 | | 115,200 | - | - | 57,600 | 172,800 |
| Deepak | 414,000 | | 144,000 | - | - | 108,000 | 162,000 |
| Staff | | | - | - | - | 210,000 | - |
| | | | | | | | |
| | | | | | | | |
| Total PWC PMO | 1,200,000 | - | 336,000 | - | - | 414,000 | 450,000 |
| | | | | | | | |
| Dir PMO | 50,000 | 50,000 | | | | | |
| Jim (Columbus) | 200,000 | 200,000 | | | | | |
| Mahlon | 93,000 | 93,000 | | | | | |
| | | | | | | | |
| Total Internal PMO | 343,000 | 343,000 | - | - | - | - | - |
| | | | | | | | |
| Tom | 80,000 | | 38,400 | 12,800 | 28,800 | - | - |
| Brenda | 144,000 | | 48,000 | 24,000 | 72,000 | - | - |
| Cory | 231,300 | | 28,800 | 81,000 | 121,500 | - | - |
| Michael | 96,000 | | 64,000 | 32,000 | - | - | - |
| | | | | | | | |
| Total Functional | 551,300 | - | 179,200 | 149,800 | 222,300 | - | - |
| | | | | | | | |
| Total | 2,094,300 | 343,000 | 515,200 | 149,800 | 222,300 | 414,000 | 450,000 |

**Separation & IT Planning are separated minimizing resource leverage but maximizing PWC's experience**

RMG_001072

# Option 2 – Functional Leverage

Dollar Express

| Person | Total $ | Separation Plan | Assortment Strategy | Merch Roadmap | Separation PMO | Re-banner Planning |
|---|---|---|---|---|---|---|
| Mahlon | 82,000 | 32,000 | - | - | 50,000 | - |
| Jim | 201,600 | 51,200 | - | - | 86,400 | 64,000 |
| Dir PMO | 120,000 | 20,000 | - | - | 60,000 | 40,000 |
| PM | 34,000 | - | - | - | 18,000 | 16,000 |
| | | | | | | |
| | 437,600 | 103,200 | - | - | 214,400 | 120,000 |
| | | | | | | |
| Tom | 67,200 | 38,400 | | 28,800 | | |
| Brenda | 120,000 | 48,000 | | 72,000 | | |
| Cory | 150,300 | 28,800 | | 121,500 | | - |
| | | | | | | |
| Total Functional | 587,900 | 132,000 | - | 121,500 | 214,400 | 120,000 |
| | | | | | | |
| Total | 1,025,500 | 235,200 | - | 121,500 | 428,800 | 240,000 |

**Accelerate standing DE PMO to cover all functions while still leveraging PWC's functional experience.**

# Option 3 – Minimal Functional Leverage

Dollar Express

| Person | Total $ | Separation Plan | Assortment Strategy | Merch Roadmap | Separation PMO | Re-banner Planning |
|---|---|---|---|---|---|---|
| Mahlon | 82,000 | 32,000 | - | - | 50,000 | - |
| Jim | 201,600 | 51,200 | - | - | 86,400 | 64,000 |
| Dir PMO | 120,000 | 20,000 | - | - | 60,000 | 40,000 |
| PM | 34,000 | - | - | - | 18,000 | 16,000 |
| | | | | | | |
| | 437,600 | 103,200 | - | - | 214,400 | 120,000 |
| | | | | | | |
| Cory | 320,000 | 120,000 | 60,000 | 60,000 | | 80,000 |
| | | | | | | |
| Total Functional | 320,000 | 120,000 | 60,000 | 60,000 | - | 80,000 |
| | | | | | | |
| Total | 757,600 | 223,200 | 60,000 | 60,000 | 214,400 | 200,000 |

**Accelerate standing DE PMO to cover all functions and Cory as an independent contractor use DE internal team for functional expertise.**

RMG_001074

# Merchandise System Selection

CONFIDENTIAL AND PROPRIETARY

# System Modules

Dollar Express

| Planning Functions | Execution Functions |
|---|---|

**Planning Functions**

- Merchandise financial plan
- Assortment plan
- Space plan
- Seasonal plan
- Price and promotion plan

**Execution Functions**

- Maintain data for items, stores and vendors
- Manage purchasing and replenishment of stores, DCs
- Control inventory, cost, margin
- Execute price changes and promotions
- Match vendor invoices and manage cost discrepancies

# Vendor Capabilities

Dollar Express

| Software | Ability to Execute |
|---|---|

**Software**

- Tight integration between planning, controlling and replenishing inventory
- Proven ability to operate national chain with lean staffing
- Flexibility to adapt and configure with minimal custom development

**Ability to Execute**

- Proven ability to deliver complex projects with compressed schedules
- Strong ecosystem of third-party implementers, integrators
- Well developed hosting and managed services capability

# Vendors We Eliminated

Dollar Express

| Provider | Type | Assessment |
|---|---|---|
| NetSuite | Cloud | Missing critical functionality, can't handle our volume |
| NCR/Retalix | Hosted | Many disparate components, integration issues, few references |
| JDA Software | Hosted | Requires multiple products to cover requirements |
| Infor | Cloud | Missing critical functionality, can't handle our volume |
| Aptos/Epicor | Cloud | Does not support food retail requirements |
| Microsoft Dynamics | Hosted | Few relevant references, missing critical functionality |
| SAP | Hosted | Too complex, no rapid implementation options, high cost |

# Vendor Finalists

Dollar Express

| Oracle Retail | Symphony EYC |
|---|---|
| 1. Many large food retail clients like Tesco, Ahold<br>2. Family Dollar uses an old version of this system<br>3. Mature, capable system could meet our needs if we integrate third-party software | 1. Food retail clients include Trader Joes, Smart & Final<br>2. Dollar General converted to this system<br>3. Planning, replenishment tightly integrated with base system, proven to run in lean organizations |

# Vendor Assessment

Dollar Express

| Category | Oracle Rating (10 is Best) | Symphony Rating (10 is Best) |
|---|---|---|
| Maintain master data | 7 – strong, static | 10 – strong, flexible |
| Manage purchasing | 8 – strong | 8 – strong |
| Replenish stores and warehouses | 6 – strong, complex | 8 – strong, simple |
| Store inventory management | 5 – basic, static | 8 – flexible, efficient |
| Execute prices and promotions | 7 – strong | 9 – strong, flexible |
| Match invoices, route discrepancies | 8 – strong | 8 – strong |
| Operational reporting | 5 – development required | 5 – development required |
| Assortment and space planning | 6 – strong, complex | 8 – strong, simple |
| Proven ability to deliver complex projects with compressed schedules * | 8 – solid plan | 5 – Fewer accelerators |
| Strong ecosystem of third-party implementers, integrators | 9 – many choices | 2 – few choices |
| Well developed hosting and managed services capability * | 10 – proven | 4 – Few Choices |

* The ratings were based on the vendor or partners that the vendor included in the proposals. We can remediate the symphony scores by partnering with other vendors who can execute at an appropriate level

# Three Year Investment Summary

Dollar Express

| Component | Oracle | Symphony |
|---|---|---|
| Software | 1,200,000 | 1,400,000 |
| Vendor Implementation | 3,600,000 | 2,600,000 |
| External Resources | 1,000,000 | 1,000,000 |
| | | |
| Project Cost | 5,800,000 | 5,000,000 |
| | | |
| Additional Software | 1,200,000 | 900,000 |
| | | |
| Total | 7,000,000 | 5,900,000 |
| | | |
| Reoccurring Cost | 900,000 | 700,000 |
| Reoccurring Additional Software | 300,000 | 200,000 |
| | | |
| Total Reoccurring | 1,200,000 | 900,000 |
| | | |
| Store Growth Licensing | 225,000 | |
| Comp Growth Licensing | 75,000 | |
| | | |
| Total New Licensing | 300,000 | |
| | | |
| Growth Reoccurring | 66,000 | |
| | | |
| Total Three Year | 10,966,000 | 8,600,000 |

# Licensing for Store and Revenue Growth Detail

Dollar Express

| | Oracle | | Symphony | |
|---|---|---|---|---|
| Store Count | Cum. Licensing | Cum Reoccurring | Cum. Licensing | Cum Reoccurring |
| 400 | 296,250 | 65,175 | - | - |
| 500 | 671,250 | 147,675 | - | - |
| 600 | 1,046,250 | 230,175 | - | - |
| 700 | 1,421,250 | 312,675 | - | - |
| 800 | 1,796,250 | 395,175 | - | - |
| 900 | 2,171,250 | 477,675 | - | - |
| 1,000 | 2,546,250 | 560,175 | - | - |
| 1,100 | 2,921,250 | 642,675 | 100,000 | 20,000 |
| 1,200 | 3,296,250 | 725,175 | 200,000 | 40,000 |
| 1,300 | 3,671,250 | 807,675 | 300,000 | 60,000 |
| 1,400 | 4,046,250 | 890,175 | 400,000 | 80,000 |
| 1,500 | 4,421,250 | 972,675 | 500,000 | 100,000 |
| 1,600 | 4,796,250 | 1,055,175 | 600,000 | 120,000 |
| 1,700 | 5,171,250 | 1,137,675 | 700,000 | 140,000 |
| 1,800 | 5,546,250 | 1,220,175 | 800,000 | 160,000 |
| 1,900 | 5,921,250 | 1,302,675 | 900,000 | 180,000 |
| 2,000 | 6,296,250 | 1,385,175 | 1,000,000 | 200,000 |

Additionally, Oracle will require licensing for comp revenue:

| Comp $ | Licensing | Reoccurring |
|---|---|---|
| 10,000,000 | 24,000 | 5,280 |

RMG_001082

# Recommendation - Symphony

Dollar Express

- License the Symphony applications and begin implementation in early November
  - Symphony is a better functional fit for our priorities
  - Ongoing cost of ownership is lower
- Mitigate execution risk with third-party partner for design, configuration and project management
- Retain an experienced third party for hosting and managed services

# High Level Retail Architecture

Dollar Express

## Analytical & Decision Making

Enterprise Reporting (Reports, Dashboards, Ad-hoc & Alerts) [Amazon Redshift, Tableau & Custom]

- Plan & Asst Mgmt [GOLD]
- Forecast [GOLD]
- DC Replen [GOLD]
- Import Mgmt [NA]
- Traffic Sched [3PL]
- Allocate [GOLD]
- Store Replen [GOLD}
- Markdwn Mgmt. [GOLD]
- Labor Plan & Mgmt [Ceridian]

## Transactional

Finance (AP/GL….) [Oracle Fusion Financials & GOLD]

HR/Payroll [Ceridian]

- PO [GOLD]
- Pricing / Promo [GOLD]
- Receive [3PL]
- Order Mgmt [GOLD]
- Build Loads [3PL]
- Pick & Ship [3PL]
- Store Back Office [Fujitsu, Gold, Custom]
- POS [Fujitsu]
- Sales Audit / LP {Fujitsu & EDW]

Inventory Control (Transactions, Balance, Costing, Stock Ledger …) [GOLD & Oracle Fusion Financials

## Foundational

Master Data Management (Items, Vendors, Sites Hierarchies …) [GOLD]

# Store Systems Architecture

Dollar Express



# *Organizational Focus and Priorities*

Dollar Express




The majority of focus has shifted to the separation planning phase. The following key activities are underway:

- **Logistics**
  - Draft Network design & RFP complete
  - Initial 3PL proposals received
- **Merchandising**
  - Sku rationalization and Private Label replacement started
  - Store signing vendor selected
  - Initial scoping with store reset vendors.
- **Store Operations**
  - Regional Directors hired
  - Region and district re-alignment complete
  - District Manger hiring cadence complete
- **HR**
  - HRIS, Payroll & Time and attendance on schedule for 4/1/16 go live
- **Finance**
  - Selected financial system
  - Knowledge transfer from FD underway
  - Outsourced SUT/ property tax approach
- **IT**
  - All major systems selected
  - Initial corporate cloud based infrastructure implemented
  - Ceridian & Symphony projects active

# Separation Plan Phases

Dollar Express



# Key IT Project Summary

Dollar Express

| | Core Merchandising | HRIS/ Payroll / T&A | POS |
|---|---|---|---|
| **Software** | Symphony Gold | Ceridian Dayforce | Fujitsu Global Store |
| **Status** | Active | Active | 1/25/16 Kickoff |
| **Exec Sponsor** | Mike Kvitko | Dean Williamson | Tony Sullivan |
| **IT Lead** | Mike Botterman | Karthik Radhakrishnan | Bob Murray |
| **Implementation Partner** | Symphony, Columbus Consulting, Hexaware, Simplan | Ceridian, Hexaware | Fujitsu, Hexaware |
| **Resourced** | 100% | 100% | 75% |
| **Support** | Simplan, Hexaware | Ceridian | Hexaware, Fujitsu |

# Key IT Project Summary

Dollar Express

| | Finance | Enterprise Reporting | Network & Infrastructure |
|---|---|---|---|
| **Software** | Oracle Fusion Financials | Amazon Redshift / Tableau | Various |
| **Status** | Early Feb. Kickoff | Active | Active |
| **Exec Sponsor** | Clyde Preslar | Robert Adams | Robert Adams |
| **IT Lead** | Carr Osborne | TBD | Aaron Brown |
| **Implementation Partner** | Oracle, Hexaware, Simplan | Hexaware | ISS, Hexaware, Simplan |
| **Resourced** | 30% | 50% | 75% |
| **Support** | Oracle | Hexaware | ISS, Hexaware, Simplan |

# High Level IT Retail Architecture

Dollar Express




Vendor evaluation is in process. Will complete in 60 days.

RMG_001090



Exhibit 3
Page 49

# EXHIBIT 4

**From:** mark miller <cba1970@gmail.com>
**Sent:** Sunday, May 5, 2019 7:46 AM
**To:** joe@poolefuels.com
**Subject:** Re: Monday Meeting Topics
**Attachments:** 1.pdf; 4.pdf; 2.pdf; 3.pdf; 5.pdf; 6.pdf; 7.pdf; 8.pdf; 9.pdf; 10.pdf; 11.pdf; 12.pdf; 13.pdf; 14.pdf; 15.pdf; 16.pdf; 17.pdf; Untitled attachment 00015.txt

Joe in preparation for Monday meeting, I wanted to layout some topics to discuss:
1. Financials- Below is what all investors have as the financials. I assume we will have to adjust for Robert Adams and any other potential areas you think we should.

2. Roles- I think it would be helpful if you and I understood the job roles for me(CEO)you( CFO/COO) Greg( Food buying,warehousing, office space ), West Coast Dealz( Seasonal) first management store person, Mike Sheldon,( Marketing, Branding) Tim Conway Jr( Marketing) Mark Verge, Take Flight Social Media( Tonya) Robert Adams( Systems), Jodi Shoemake( Real Estate ) Robert Campbell ( Financing) A. Potential equity piece allocation for anyone post close. The board will have to approve equity percentages recommended by me to people.

3. Store Openings- Game plan on using, Ware Malcomb, Mike Sheldon, Caliber Construction, Jodi Shoemake and Mike Davis( MOE Plumbing)

4. Closing - Status of term sheets

5. Banking - What do you need to set up accounts

6. Payback - My game plan to get whole with you.

If I missed anything please let me know.

See you Monday at 1:00.
>
>

EXHIBIT
157

***Exhibit 4 -Pages 51 - 67***
***Intentionally left blank***

# EXHIBIT 5

**From:** Greg Sherwin <greg@rmgdeals.com>
**To:** Andrews, Marina <marina.andrews@hubinternational.com>
**CC:** Mark J Miller <cba1970@gmail.com>
**Sent:** 5/7/2019 4:41:02 PM
**Subject:** Re: [EXTERNAL] Referral #1

Ok that is exciting but is he an employee of your company? NO. A NEW COMPANY BEING STARTED
What you do mean by managing partner of a team? NEW COMPANY. NEW TEAM
Whose team? MARK'S TEAM. ITS HIS BABY, WITH SOME AMAZING PARTNERS
Are you going to buy a Pic N Save? NO.THEY SOLD AND BECAME BIG LOTS. THEY ABANDONED THE TRADEMARK.
I have a feeling your answers will generate way more questions NAH, PRETTY STRAIGHT FORWARD....dear....RELAX

On Tue, May 7, 2019 at 9:37 AM Andrews, Marina <marina.andrews@hubinternational.com> wrote:

Ok that is exciting but is he an employee of your company? What you do mean by managing partner of a team? Whose team? Are you going to buy a Pic N Save? I have a feeling your answers will generate way more questions....dear....

***Marina C. Andrews***

**From:** Greg Sherwin [mailto:greg@rmgdeals.com]
**Sent:** Tuesday, May 07, 2019 7:44 AM
**To:** Andrews, Marina
**Cc:** Mark J Miller
**Subject:** Re: [EXTERNAL] Referral #1

**This Message originated outside of the organization.**

---

Mark is going to be the managing partner of a team that

is bringing back Pic N Save.

Yep, that Pic N Save.

2019 version:

More value

More savings

More smiles per aisle

More fun.

On Tue, May 7, 2019 at 7:43 AM Andrews, Marina <marina.andrews@hubinternational.com> wrote:

Good morning Mark, welcome! If you need anything from our team below is our contact info for myself and my account mgr. Kim Sauvageau. If you need to request certificates of insurance or have questions regarding payments, deletion of locations, etc. she is the person to go to. If you have questions of coverage or claims and questions about new locations, I would be that person. Would you be so kind as to relay your position at the company?

HUB

Advocacy. Tailored Insurance Solutions. Peace of Mind.

**Kimberly Sauvageau**

Account Manager- Commercial Insurance

HUB International Insurance Services Inc.

3390 University Avenue, Suite 300

Riverside,CA 92501

**Office:** 951-779-8685

**Toll-free:** 877-825-2681

**Fax:** 951-346-5519

Kim.Sauvageau@hubinternational.com

hubinternational.com

**Lic# 0757776**

***Marina C. Andrews, C.I.C.***

***Commercial Lines Sales Producer***

***Email***: *marina.andrews@hubinternational.com*

***www.hubinternational.com***

*HUB International Insurance Services Inc.*

***3390 University Ave, Ste 300***

***Riverside, CA 92501***

***Cell:909-559-1440***

***Office: 951 779-8670***

***efax:1-951-848-9364***

*CA Ins. License #0591633*

***"To my customer-I may not have the answer, but I'll find it. I may not have the time, but I'll make it"***

***author unknown***



This communication (and any information or material transmitted with this communication) is confidential, may be privileged and is intended only for the use of the intended recipient. If you are not the intended recipient, any review, re-transmission, conversion to hard copy, copying, circulation, publication, dissemination, distribution, reproduction or other use of this communication, information, or material is strictly prohibited and may be illegal. If you received this communication in error, please notify us immediately by telephone or by return email, and delete this communication, information and material from any computer, disk drive, diskette or other storage device or media. Thank you.

**From:** Greg Sherwin [mailto:greg@rmgdeals.com]
**Sent:** Tuesday, May 07, 2019 7:22 AM
**To:** Andrews, Marina; Mark J Miller
**Subject:** [EXTERNAL] Referral #1

**This Message originated outside of the organization.**

---

**Marina,**

**Meet Mark.**

**Mark, meet Marina**

**Mark, Marina and I have been friends for 30 years**

**For all non-employment insurance issues**

**she is THE woMAN**

**Her team at HUB takes great care of us**

**Good luck all**

*Regards,*

*Greg Sherwin*

*The Re-Marketing Group, Inc*

*Greg@RMGdeals.com*

*Sales Offices:*

*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

--

*Regards,*

*Greg Sherwin*

*The Re-Marketing Group, Inc*

*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*

*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

# EXHIBIT 6

**From:** mark miller <cba1970@gmail.com>
**Sent:** Wednesday, April 10, 2019 11:29 PM
**To:** Robert Adams
**Cc:** greg@rmgdeals.com; joe@poolefuels.com
**Subject:** Re: Information for PicNSave Outlet

1.Timeline of first store opening- 9/1 or 10/1

2.first product purchases - 90 days out

3.Are you planing on accepting EBT for food (SNAP). NO

4.Redemption Value for bottles- YES

5.Consignment or third party products that would be processed through the POS (You mention in the package the ability to lease space to third party's like greeting cards). MAYBE IF WE DID DO CARDS THEY WOULD RING THRU THE REGISTER.

6.Third party products requiring activation (e.g. phone cards, cell phones, gift cards ...)- GIFT CARDS , MAYBE PHONE CARDS

7.Promotional strategies (e.g. BOGO, mix and match, volume discounts ...) NO BOGO, NO MIX AND MATCH, MAYBE VOLUME DISCOUNTS AS PART OF PicNSave Outlet( PNSO) Club.

8.Customer loyalty (e.g. Kohls cash, single use coupons, text or email single use coupons, bounce back coupons...) WE WILL DO SOME TYPE OF LOYALTY PROGRAM THAT HAS NOT BEEN DETERMINED YET. TEXT COUPONS OR EMAIL COUPONS

9. Any age restricted items (e.g. Tobacco, Beer/Wine, spray paint ...)WE PLAN ON SELLING BEER AND WINE

10. Tender types accepted- CASH, CREDIT.

11.Layaway's- NO

12. For the warehouse is it a third party that has their own software or is it leased space and systems and processes need to be developed.WE WILL LEASE SPACE FROM WAREHOUSE THAT WILL BE OUR FOOD SUPPLIER.

13.Will the stores have pull all or some of their product from the DC.- I WOULD LIKE TO BE ABLE TO PUSH MERCHANDISE TO STORES,BUT ALSO HAVE STORES ABLE TO PULL FROM WAREHOUSE

14. Will wholesale be part of the business.NO

15. What method of accounting will be used retail or cost- RETAIL

16. Does a visit to LA make sense- YES I HAVE PENCILED IN 4/24

EXHIBIT
155

17. I know some of these questions seem a bit in the weeds and detailed but the answers are critical to understand the complexity of systems needed to handle the initial stages of the business and the time we have to implement. My initial sense is we can be creative on the backend systems and keep it very streamlined. Based on your answers the POS and stores might be a place where you may need a more robust solution to help deliver on the requirements and help drive sales.I WOULD LIKE TO KEEP SYSTEMS AND IMPLEMENTATION SIMPLE AND EASY TO SCALE. I HAVE. CD. JOE SWISHER WHO WILL BE OUR CFO/ COO GREG SHERWIN WHO WILL BE

KEY SUPPLIER, WAREHOUSE AND OFFICE LEASE OWNER. IHAVE CCD. THEM BOTH ON THIS EMAIL.

18. ADDRESS- PLEASE SEND ME YOUR ADDRESS SO I CAN SEND YOU A HARD COPY OF A LOT OF INFORMATION.

19. I THINK A DAY TOGETHER ON APRIL 24 WILL HELP SOLIDIFY THE BEST SYSTEMS PLAN POSSIBLE FOR ALL WE WANT TO ACCOMPLISH. PLEASE LET ME KNOW WHAT ELSE YOU NEED FROM US BEFORE YOU COME. I THINK THE PACKAGE I SEND YOU WILL BE HELPFUL TO UNDERSTAND BETTER THE DIRECTION WE WANT TO TAKE.

SINCERELY,
MARK J. MILLER

# EXHIBIT 7

WARE MALCOMB

architecture | planning | interiors | branding | civil

February 6, 2019

Mark Miller
Chairman
**Pic 'N' Save**
466 Foothill Boulevard, Suite 182
LaCanada, CA 91011

**Proposal for Branding Services**
**Pic 'N' Save**

**I. Project Description:**

Our proposal outlines branding services for Pic 'N' Save. Ware Malcomb understands the scope of work to include brand "spirit" and logo design. The Pic 'N' Save logo strives to pair original Pic 'N' Save brand recognition, nostalgia and customer value with a fresh, present-day approach.

Optional stationery design scope (business cards, letterhead, envelope, mailing label) is included for consideration.

**II. Logo Design:**

1. Meet with Pic 'N' Save to reconnect on branding goals, existing logo likes/dislikes, design vision, etc. If available, with information provided by Pic 'N' Save, Ware Malcomb will research any competitors or admired brands to understand their brand colors, logo marks and overall look & feel.

2. Create three (3) logo design concepts paired with key words and imagery to convey brand "spirit." Meet with Pic 'N' Save for review and comment. Three (3) rounds of revision, if required.

3. Upon approval of final logo design, provide final logo art file with any Pantone color or graphic specifications to Pic 'N' Save. Extend brand "spirit" to overall design team to kick-off store/prototype design.

**III. Optional Service - Stationery Design:**

Using new Pic 'N' Save logo, design a stationery system including business card, letterhead, envelope and mailing label.

1. Meet with Pic 'N' Save via web conference to discuss use of each stationery piece, content to be featured on each stationery piece, size and orientation preferences.

2. Provide three (3) design concepts proposing business card layouts. Two (2) rounds of revision to the preferred design direction, if required.

3. Upon business card design approval, provide two (2) design layouts each proposing letterhead, #10 envelope and mailing label. Two (2) rounds revision, if required.

4. Printing costs are not included as part of Ware Malcomb's scope of services. However, Ware Malcomb will make suggestions for printer, printing, and paper options and request quotes from printers of Pic 'N' Save's choice.

5. Ware Malcomb will provide final art files to the printer, review print proofs and coordinate Pic 'N' Save' review/approval.

**IV. Excluded Services:**

Designer will not provide the services listed below.

A. Confirmation/verification of the accuracy/completeness of documents or information received from others.
B. Professional printing.

**V. Supplemental Services:**

The following items are not contemplated or included within Ware Malcomb's Scope or Fee. Ware Malcomb may perform certain services among the list below as an additional service for an additional fee.

A. Additional design concepts beyond number specified in the proposal.
B. Additional revisions beyond number included in the proposal.
C. Print marketing collateral design.
D. Digital marketing collateral design.

**VI. Compensation:**

Compensation for Basic Services shall be a fixed fee, plus reimbursable expenses. Ware Malcomb shall invoice for services on a monthly basis for phases or portions of phases completed in the previous time period. All payments shall be due upon receipt of invoice. Invoicing shall be in accordance with the following breakdown.

| | |
|---|---|
| Basic Services: | |
| Logo Design | $ 4,000 |
| | |
| Optional Service: | |
| Stationery Design | $ 2,500 |

WARE MALCOMB

architecture | planning | interiors | branding | civil

**VII. Reimbursable Expenses:**

Standard expenses, such as those listed in Ware Malcomb's General Terms of Agreement are in addition to our fees. Reimbursable expenses for such things as printing, renderings requested by Owner, postage and handling, delivery costs, travel and mileage, reproductions and facsimiles, are charged at the standard rate of cost plus fifteen percent (15%).

**VIII. Payment to Ware Malcomb:**

All payments shall be due upon receipt of invoice. Billings shall be based on a percentage of completion on a phase basis.

If this proposal meets with your approval, please let us know and we will proceed with our Agreement for Professional Services.

Thank you for this opportunity and we look forward to working with you.

Best Regards,

**WARE MALCOMB**

Debra Bryant
Director, Branding

# EXHIBIT 8

**From:** Accounting <accounting@waremalcomb.com>
**To:** cba1970@gmail.com <cba1970@gmail.com>
**Sent:** 3/13/2019 6:51:13 PM
**Subject:** Pic 'N' Save Logo Design IRV19-8003-00 | Invoice# 000000683038 from Ware Malcomb

Hello,

Attached please see Invoice #000000683038 for the Pic 'N' Save Logo Design project.

Please let me know if you have any questions.

Thank you,

**Ware Malcomb Accounting Dept.**
P 949.660.9128
10 Edelman, Irvine, CA 92618

**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING

**Celebrating 45 Years! #WM45**

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

# INVOICE

REMIT TO:
Ware Malcomb Accounts Receivable

10 Edelman
Irvine, CA 92618
USA
P 949.660.9128
ar@waremalcomb.com

WARE MALCOMB
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING

waremalcomb.com

March 12, 2019
Project No: IRV19-8003-00
Invoice No: 683038

Mark Miller
PicnSave
466 Foothill Boulevard
Suite 182
LaCanada, CA 91011

Project IRV19-8003-00 Pic 'N' Save Logo Design

**payment terms: due upon receipt**

**Project Location: Pic'N'Save Logo Design**

**SPECIAL BILLING INFORMATION**

**Contract: Standard AGS**

**Email Invoices to: cba1970@gmail.com**

**INVOICE FOR PROFESSIONAL SERVICES FROM February 1, 2019 to February 28, 2019**

| | Total Contract | % Complete | Amount Billed | Previously Billed | Due This Invoice |
|---|---|---|---|---|---|
| Logo Design | 4,000.00 | 100.00 | 4,000.00 | 0.00 | 4,000.00 |
| Total Fee | 4,000.00 | | 4,000.00 | 0.00 | 4,000.00 |

**Total Fee** **4,000.00**

**TOTAL DUE THIS INVOICE** **$4,000.00**

**Billings to Date**

| | Current | Prior | Total | Received |
|---|---|---|---|---|
| Fee | 4,000.00 | 0.00 | 4,000.00 | |
| **Totals** | **4,000.00** | **0.00** | **4,000.00** | **0.00** |

# EXHIBIT 9

REDACTED

**From:** Adam Burrows <aburrows@waremalcomb.com>
**Date:** May 27, 2020 at 4:20:15 PM PDT
**To:** Accounting <accounting@waremalcomb.com>, Debra Bryant <dbryant@waremalcomb.com>, mark miller <cba1970@gmail.com>
**Subject: RE: 2019-03-18_Pic N Save Logo with SM- Request for payment copy**

Mark,

Below is a copy of the check and attached is the invoice.

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

0065906 — Office AU #    11-24 — 1210(8)

**CASHIER'S CHECK**    6590603955

Remitter: MARK MILLER
Operator I.D.: u689738    cu006854

March 11, 2019

PAY TO THE ORDER OF ***WARE MALCOMB***

****Four thousand dollars and no cents****    ****$4,000.00****

Payee Address:
Memo: PICNSAVE OUTLET DESIGN WORK

WELLS FARGO BANK, N.A.
555 FOOTHILL BLVD
LA CANADA, CA 91011
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 4,000.00
CONTROLLER

⑈6590603955⑈ ⑆ REDACTED

REDACTED

**Adam Burrows**
Studio Manager, Branding
D P 949.660.9128
**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS

BRANDING | CIVIL ENGINEERING
**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** Mark Miller <mmiller@pnsbargains.com>
**Sent:** Wednesday, May 27, 2020 1:51 PM
**To:** Accounting <accounting@waremalcomb.com>
**Subject:** Fwd: 2019-03-18_Pic N Save Logo with SM- Request for payment copy

Please see below. Can you please forward me the copy of the check for the branding you did for me.

Thank you

Mark J. Miller
Chairman/ CEO/ President

818-454-8864
4519 Everett Avenue
Vernon, CA. 90058
mmiller@pnsbargains.com

Begin forwarded message:

**From:** Adam Burrows <aburrows@waremalcomb.com>
**Date:** July 23, 2019 at 4:15:58 PM PDT
**To:** mark miller <cba1970@gmail.com>
**Subject: RE: 2019-03-18_Pic N Save Logo with SM- Request for payment copy**

Will do. I have forwarded this request to Accounting.

**Adam Burrows**
Studio Manager, Branding
P 949.660.9128
**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING
**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** mark miller [mailto:cba1970@gmail.com]
**Sent:** Tuesday, July 23, 2019 3:54 PM
**To:** Adam Burrows <aburrows@waremalcomb.com>
**Subject:** Re: 2019-03-18_Pic N Save Logo with SM- Request for payment copy

Could you please have accounting send me copy of the check and payment for the Branding you did for me.

Mark J. Miller

On Mar 22, 2019, at 8:59 AM, Adam Burrows <aburrows@waremalcomb.com> wrote:

Yes, coming right up.

**Adam Burrows**
Studio Manager, Branding
P 949.660.9128
**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING
**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** mark miller [mailto:cba1970@gmail.com]
**Sent:** Friday, March 22, 2019 8:58 AM
**To:** Adam Burrows <aburrows@waremalcomb.com>; Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com>
**Cc:** jshoemake@lee-associates.com
**Subject:** Fwd: 2019-03-18_Pic N Save Logo with SM

Can you send Jodi this in a JPEG. She is trying to put together a presentation for landlords.

Thank you for your help.

Begin forwarded message:

**From:** Jodi Shoemake <jshoemake@lee-associates.com>
**Date:** March 20, 2019 at 4:11:48 PM PDT
**To:** mark miller <cba1970@gmail.com>, "JHuckleberryWright@waremalcomb.com" <JHuckleberryWright@waremalcomb.com>, "aburrows@waremalcomb.com" <aburrows@waremalcomb.com>
**Cc:** "karial@waremalcomb.com" <karial@waremalcomb.com>, "dbryant@waremalcomb.com" <dbryant@waremalcomb.com>, "greg@rmgdeals.com" <greg@rmgdeals.com>, "gspon@waremalcomb.com" <gspon@waremalcomb.com>
**Subject: RE: 2019-03-18_Pic N Save Logo with SM**

Yes, thank you, but need the JPEG image file.

**Jodi Shoemake**
Founding Principal
Lee & Associates | Pasadena

D 626.240.2780
O 626.535.9888
C 818-383-5163
jshoemake@lee-associates.com

LEE & ASSOCIATES
COMMERCIAL REAL ESTATE SERVICES

Corporate ID 02059558 | BRE ID 01833063
155 N Lake Ave, | Suite 430 | Pasadena, CA 91101

---

**From:** mark miller <cba1970@gmail.com>
**Sent:** Wednesday, March 20, 2019 4:09 PM
**To:** JHuckleberryWright@waremalcomb.com; aburrows@waremalcomb.com
**Cc:** karial@waremalcomb.com; dbryant@waremalcomb.com; greg@rmgdeals.com; gspon@waremalcomb.com; Jodi Shoemake <jshoemake@lee-associates.com>
**Subject:** Fwd: 2019-03-18_Pic N Save Logo with SM

Could you please put the last set of logos with "sm" into a pdf and send to Jodi our real estate representative.

Thank you,

Mark J. Miller

Begin forwarded message:

**From:** Jodi Shoemake <jshoemake@lee-associates.com>
**Date:** March 20, 2019 at 4:01:07 PM PDT
**To:** mark miller <cba1970@gmail.com>
**Cc:** "greg@rmgdeals.com" <greg@rmgdeals.com>, "gspon@waremalcomb.com" <gspon@waremalcomb.com>, "karial@waremalcomb.com" <karial@waremalcomb.com>
**Subject: RE: 2019-03-18_Pic N Save Logo with SM**

Can I get a logo in JPEG for my marketing?

**Jodi Shoemake**
Founding Principal
Lee & Associates | Pasadena

D 626.240.2780
O 626.535.9888
C 818-383-5163
jshoemake@lee-associates.com

LEE & ASSOCIATES
COMMERCIAL REAL ESTATE SERVICES

Corporate ID 02059558 | BRE ID 01833063
155 N Lake Ave, | Suite 430 | Pasadena, CA 91101

---

**From:** mark miller <cba1970@gmail.com>
**Sent:** Wednesday, March 20, 2019 3:54 PM
**To:** Jodi Shoemake <jshoemake@lee-associates.com>
**Cc:** greg@rmgdeals.com; gspon@waremalcomb.com; karial@waremalcomb.com
**Subject:** 2019-03-18_Pic N Save Logo with SM

Here is one with sm.

Mark J. Miller

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged

information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

# EXHIBIT 10

**From:** mark miller <cba1970@gmail.com>
**Sent:** Tuesday, February 26, 2019 8:15 PM
**To:** mgrace@gracelaw.com
**Cc:** lisa@gracelaw.com; greg@rmgdeals.com; joe@poolefuels.com
**Subject:** Fwd: Final Logo Artwork for Registration
**Attachments:** 2019-02-26_Pic N Save Logo Design.pdf; Untitled attachment 00058.htm; 2019-02-26 _Pic N Save Logo Registration Submittal.pdf; Untitled attachment 00061.htm

Michael,
Here is final artwork for registration.

Thank you,
Mark J. Miller

**From:** Adam Burrows <aburrows@waremalcomb.com>
**Date:** February 26, 2019 at 2:45:19 PM PST
**To:** mark miller <cba1970@gmail.com>, Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com>
**Cc:** "greg@rmgdeals.com" <greg@rmgdeals.com>
**Subject: RE: This is one to add Bargains & Closeouts**

Mark,

No problem, attached are the latest files.

-Adam

**Adam Burrows**
Studio Manager, Branding
P 949.660.9128

WARE MALCOMB
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING

**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** mark miller [mailto:cba1970@gmail.com]
**Sent:** Tuesday, February 26, 2019 2:12 PM
**To:** Adam Burrows <aburrows@waremalcomb.com>; Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com>
**Cc:** greg@rmgdeals.com
**Subject:** Re: This is one to add Bargains & Closeouts

I will get you the copyright assignment agreement

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE
LOGO DESIGN

IRV19-8003-00
02.26.2019

TOTAL PAGE IN THIS PACKAGE: 6

WARE MALCOMB
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING

RMG_001044




## LOGO DESIGN

Our goal is to provide brand "spirit" and a fresh logo design for Pic 'N' Save. The logo strives to pair original brand recognition, nostalgia and customer value with an updated, present-day design. To align with trademark and copyright directives, the logo design will be original work differentiated from other entities highlighted by Pic 'N' Save's legal experts.

To differentiate the brand from a similar named business (Pick N' Save) and other direct competition, "Pic 'N' Save", which dates back to 1950, will now be paired with the context word "Outlets" and supported by the key identifier words "Bargains / Close-Outs".

The desire for the look and feel of the brand is to embrace the brand legacy, while appearing current and not dated. The target is to stay connected to the initial brand while capturing authentic brand recognition and connecting with a mixed demographic in the community of diverse Los Angeles County neighborhoods such as Torrance, La Puente and Hawthorne.

The primary use of the logo and associated brand will be print, super graphics and signage. The secondary use will be web, UX and social media. The brand's web presence will be informational based as opposed to ecommerce.

The brand is focused on conveying a retail store experience that provides a sense of adventure, and discovery to those looking for cool and interesting items and to those who need discounted grocery and goods at a bargain based value. The brand should evoke emotions such as nostalgia (a nod to the brand's legacy) and curiosity while keeping it unique and fun.

This conceptual design is based upon a preliminary review of entitlement requirements and on unverified and possibly incomplete site and/or building information, and is intended merely to assist in exploring how the project might be developed. Signage shown is for illustrative purposes only and does not necessarily reflect municipal code compliance.




This conceptual design is based upon a preliminary review of entitlement requirements and on unverified and possibly incomplete site and/or building information, and is intended merely to assist in exploring how the project might be developed. Signage shown is for illustrative purposes only and does not necessarily reflect municipal code compliance.

BRAND LEGACY

PIC 'N' SAVE

IRV19-8003-00

WARE MALCOMB 02.26.2019 PAGE 3

RMG_001046

STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

ALTERNATE STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

ALTERNATE HORIZONTAL LOGO FORMAT
W/ LOGO BUG

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

BARGAINS & CLOSE-OUTS & 'N'

This conceptual design is based upon a preliminary review of entitlement requirements and on unverified and possibly incomplete site and/or building information, and is intended merely to assist in exploring how the project might be developed. Signage shown is for illustrative purposes only and does not necessarily reflect municipal code compliance.

LOGO ANATOMY
PIC 'N' SAVE
IRV19-8003-00

WARE MALCOMB 02.26.2019 PAGE 4

RMG_001047

LOGO ANATOMY

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

BRAND NAME

LOGO BORDER

LOGO FIELD

BRAND CONTEXT WORD

BRAND KEY IDENTIFIER WORDS

LOGO ACTIVATOR

& CLOSE-OUTS & BARGAINS 'N'

LOGO BUG

LOGO COLORS

PANTONE 115C

PANTONE 485 C

PANTONE BLACK C

This conceptual design is based upon a preliminary review of entitlement requirements and on unverified and possibly incomplete site and/or building information, and is intended merely to assist in exploring how the project might be developed. Signage shown is for illustrative purposes only and does not necessarily reflect municipal code compliance.

SECONDARY LOGO
PIC 'N' SAVE
IRV19-8003-00

WARE MALCOMB 02.26.2019 PAGE 5

RMG_001048




This conceptual design is based upon a preliminary review of entitlement requirements and on unverified and possibly incomplete site and/or building information, and is intended merely to assist in exploring how the project might be developed. Signage shown is for illustrative purposes only and does not necessarily reflect municipal code compliance.

SPIRIT / MOOD - W/ LOGO APPLICATION

PIC 'N' SAVE

IRV19-8003-00

WARE MALCOMB 02.26.2019 PAGE 6

RMG_001049

STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

ALTERNATE STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT
W/ LOGO BUG

BARGAINS & CLOSE-OUTS & 'N'

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

LOGO ANATOMY




LOGO ACTIVATOR




LOGO COLORS

PANTONE 115C

PANTONE 485 C

PANTONE BLACK C

# EXHIBIT 11

| | |
|---|---|
| **From:** | Adam Burrows <aburrows@waremalcomb.com> |
| **To:** | mark miller <cba1970@gmail.com>;Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com> |
| **CC:** | greg@rmgdeals.com <greg@rmgdeals.com>;Kim Arial <karial@waremalcomb.com>;Gregory Spon <gspon@waremalcomb.com> |
| **Sent:** | 3/18/2019 9:40:39 PM |
| **Subject:** | RE: Request |

Mark,

Attached is an updated logo file with the service mark SM added. Looking forward to when the registration process is complete and we can add the ®, as I think it will look better graphically.

-Adam

**Adam Burrows**
Studio Manager, Branding
P 949.660.9128
**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING
**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** mark miller [mailto:cba1970@gmail.com]
**Sent:** Friday, March 15, 2019 4:37 PM
**To:** Joshua Huckleberry-Wright
**Cc:** Adam Burrows ; greg@rmgdeals.com; Kim Arial ; Gregory Spon
**Subject:** Re: Request

Thank you. You are correct we want to do it right. Appreciate the help.

Mark J. Miller

On Mar 15, 2019, at 4:36 PM, Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com> wrote:

Mark,

My apologies for the delay.

I understand your need and want to help, but I would like to get Adam's input on this as it starts to create an imbalance in the logo.

We will send this over to you as soon as we can, have a good weekend.

**Joshua Huckleberry-Wright**
Senior Project Designer
D 949.788.4108 P 949.660.9128 x1008
**WARE MALCOMB**
ARCHITECTURE | PLANNING | INTERIORS
BRANDING | CIVIL ENGINEERING
**Inc. 5000 Fastest-Growing Private Company**
**Zweig Best Firm to Work For**
**Zweig Hot Firm**

---

**From:** mark miller <cba1970@gmail.com>
**Sent:** Friday, March 15, 2019 8:04 AM
**To:** Adam Burrows <aburrows@waremalcomb.com>; Joshua Huckleberry-Wright <JHuckleberryWright@waremalcomb.com>
**Cc:** greg@rmgdeals.com; Kim Arial <karial@waremalcomb.com>; Gregory Spon

<gspon@waremalcomb.com>
**Subject:** Re: Request

Could you please put the small "sm" on the logo package you did for us and resend it to Greg and I. If you could do today, it would be greatly appreciated. We are at our largest annual trade show. We appreciate all your hard work for us.

Mark J. Miller

Begin forwarded message:

**From:** "Michael K. Grace" <mgrace@gracelaw.com>
**Date:** March 15, 2019 at 2:07:04 AM PDT
**To:** Greg Sherwin <greg@rmgdeals.com>
**Cc:** mark miller <cba1970@gmail.com>
**Subject: Description of services -- is this OK?**

Hi Greg,

It is OK to display the mark in business meetings and in public and to get a branded store up and running. Please use a small "sm" superscript beside the logo to indicate your claim of ownership of the mark to promote the retail selling services as described below. We do not have a registered mark, of course, and that process will take time and has a few hurdles yet to cross, so do not use the ® symbol beside the mark until the registration issues.

Regards,

Michael

On Mar 14, 2019, at 21:03, Greg Sherwin <greg@rmgdeals.com> wrote:

Quick question
Now that it is filed , can we/ should we put TM after the name now for logo purposes or only after the final grant is issued ?

Thoughts ?

Sent from my iPhone

On Mar 4, 2019, at 3:31 PM, mark miller <cba1970@gmail.com> wrote:

Michael,

1. We are a bargain and closeout store and we will sell anything at deeply deeply discounted prices, including food.

On Mar 4, 2019, at 3:19 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

"retail store services featuring deeply discounted consumer goods, excluding food items."

RETAIL STORE SERVICES FEATURING BARGAINS AND CLOSEOUTS

Michael K. Grace
**Grace+Grace LLP**

P.O. Box 412666
Los Angeles, CA 90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error, please notify us and delete it. Thank you.

On Mar 4, 2019, at 15:01, mark miller <cba1970@gmail.com> wrote:

Can you please help me out with below request from our trademark attorney.

Thank you. Please send to me.

Mark J. Miller

On Mar 4, 2019, at 2:40 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

By the way, the logo needs some tweaking, as there is a font issue with the "I" in bargains. What I'd like is a jpg of the logo centered on a blank sheet, no less than 300 dots per inch and no more than 350 dots per inch and with a length and width of no less than 250 pixels and no more than 944 pixels. Can the artist do that?

Michael K. Grace
**Grace+Grace LLP**
P.O. Box 412666
Los Angeles, CA 90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error, please notify us and delete it. Thank you.

On Mar 4, 2019, at 10:51, mark miller <cba1970@gmail.com> wrote:

What time today

On Mar 2, 2019, at 5:46 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

Good idea. I'll prepare a draft and we can talk Monday morning and proceed as directed based on the call.

Regards,

Michael

On Mar 2, 2019, at 15:16, Greg Sherwin <greg@rmgdeals.com> wrote:

In lieu of emails, maybe we just have a quickie conference call at your convenience to button up loose ends so you can file
as accurately and as soon as possible ???

On Sat, Mar 2, 2019 at 3:11 PM Michael Grace <mgrace@gracelaw.com> wrote:
Mark,

We can file an intent-to-use application in the name of Re-Marketing for the PNS logo that you chose for "retail store services." We might need to narrow the description later.

PNS Outlets, Inc. could be the name of the company to be formed, either a corporation or a limited liability company. Corporate counsel needs to help you make that choice. Unless PNS Outlets, Inc. will be on the storefront or other wise visible to the public, the term does not need to be registered as a service mark.

With your approval, I'll file the application. We likely will have a bit of a battle for the reasons outlined earlier, but we have a reasonable chance of success at obtaining a registration and common law rights, too.

Michael

On Mar 2, 2019, at 1:51 PM, mark miller <cba1970@gmail.com> wrote:

So you are going to file registration Monday ? Will you get something I can show at the Trade Show March 15

Do we need to register PicNSave Outlets Inc.?

Mark J. Miller

On Mar 1, 2019, at 10:05 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

Not to worry. The rights flow via license by Re-Marketing to newco. We will use the description of goods for newco. Assignment follows after the registration has issued.

On Mar 1, 2019, at 22:01, mark miller <cba1970@gmail.com> wrote:

But we are registering the name under Re- Marketing that is a wholesaler

Mark J. Miller

On Mar 1, 2019, at 10:00 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

Yes, what newco does.

On Mar 1, 2019, at 19:26, Greg Sherwin <greg@rmgdeals.com> wrote:

Aren't we stating what Newco is going to be and do in the filing not what RMG does?

I thought of it as a quasi DBA

I am no lawyer though.

Sent from my iPhone

On Mar 1, 2019, at 6:22 PM, mark miller <cba1970@gmail.com>

--

--

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

**CONFIDENTIALITY NOTICE:**

This email message and any attachments are for the sole use of the intended recipient(s) and may contain proprietary, confidential, trade secret or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited and may be a violation of law. If you are not the intended recipient or an authorized person responsible for delivering this message to an intended recipient, please notify the sender by reply email and permanently delete all copies of the original message with all attachments.

STACKED LOGO FORMAT

PIC 'N' SAVE SM
OUTLETS
BARGAINS & CLOSE-OUTS

ALTERNATE STACKED LOGO FORMAT

PIC 'N' SAVE SM
OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT

PIC 'N' SAVE OUTLETS SM
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT
W/ LOGO BUG

PIC 'N' SAVE OUTLETS SM
BARGAINS & CLOSE-OUTS

BARGAINS & CLOSE-OUTS & 'N'

LOGO ANATOMY

PIC 'N' SAVE SM
OUTLETS
BARGAINS & CLOSE-OUTS

BRAND NAME
SERVICE MARK
LOGO BORDER
LOGO FIELD
BRAND CONTEXT WORD
BRAND KEY IDENTIFIER WORDS

LOGO ACTIVATOR

BARGAINS & CLOSE-OUTS & 'N'

LOGO BUG

LOGO COLORS

PANTONE 115C

PANTONE 485 C

PANTONE BLACK C

# EXHIBIT 12

# ASSIGNMENT OF COPYRIGHT

This Assignment of Copyright is made as of September 18, 2019 by WARE MALCOMB, a California corporation ("**Assignor**") to WOW Bargains & Closeouts, dba PicnSave Outlets ("**COMPANY**").

## RECITALS

1. By its employees Assignor has created and is the sole author of the Work (the print logo sheet attached hereto as **Exhibit A**) and delivered to COMPANY.

2. COMPANY wishes to acquire all right, title to, and interest in the copyright to the Work, including but not limited to the exclusive right to reproduce the Work, to prepare derivative works based thereon, to publish, perform and distribute copies of the Work, and to authorize any person or entity to exercise any of the foregoing.

3. Assignor has not conveyed any interest in the Work to any other party as of the date of this Assignment of Copyright.

## AGREEMENT

NOW, THEREFORE, in consideration of the recitals set forth above and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Assignor hereby assigns to COMPANY all right, title to, and interest in the copyright to the Work, including without limitation, all moral rights pertaining thereto, and the right to sue for injunctive relief and damages for all past, present and future acts of infringement, and to collect the same for its own account and use.

IN WITNESS WHEREOF, Assignor has executed this Assignment of Copyright as of the date first written above.

Signature: [signature]

Name: Adam Paul Burrows

Title: Studio Manager, Branding

NOTARY PUBLIC:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of Orange )
On September/18/2019 before me, Kate mccracken, notary public
Date — *Here Insert Name and Title of the Officer*
personally appeared Adam Paul Burrows
*Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

KATE JACQUELINE MCCRACKEN
Notary Public - California
Orange County
Commission # 2279585
My Comm. Expires Mar 3, 2023

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature KM
*Signature of Notary Public*

*Place Notary Seal Above*

**OPTIONAL**

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Assignment of copyright
Document Date: ______ Number of Pages: 1
Signer(s) Other Than Named Above: ______

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Adam Paul Burrows
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☑ Other: Studio Manager
Signer Is Representing: ______

Signer's Name: ______
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: ______
Signer Is Representing: ______

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

EXHIBIT A

THE WORK
(Attach Here)

STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

ALTERNATE STACKED LOGO FORMAT

PIC 'N' SAVE
OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

HORIZONTAL LOGO FORMAT
W/ LOGO BUG

BARGAINS & CLOSE-OUTS

PIC 'N' SAVE OUTLETS
BARGAINS & CLOSE-OUTS

LOGO ANATOMY




LOGO ACTIVATOR




LOGO COLORS

PANTONE 115C

PANTONE 485 C

PANTONE BLACK C

# EXHIBIT 13

**From:** John Poxon <jpoxon@gjpattorneys.com>
**To:** mark miller <cba1970@gmail.com>
**Sent:** 10/31/2018 6:43:29 PM
**Subject:** RE: Next Week

Hi Mark: REDACTED

REDACTED

Re Trademark attorney - e-mail Mike Grace (who is here in Pasadena) and mention my name.
Mike's e-mail address is: mgrace@gracelaw.com

Thanks!

J Poxon

-------------------------------------------------
John P. Poxon, Jr., Esq.
Gorton, Janosik & Poxon, LLP
909 East Green Street
Pasadena CA 91106
626.795.2933
-------------------------------------------------
-----Original Message-----
From: mark miller [mailto:cba1970@gmail.com]
Sent: Wednesday, October 31, 2018 10:38 AM
To: John Poxon
Subject: Re: Next Week

REDACTED

Do you know a good Trademark Attorney?

Mark J. Miller
Cba1970@gmail.com
818-454-8864

> On Oct 12, 2018, at 2:56 PM, John Poxon <jpoxon@gjpattorneys.com> wrote:
>
> No problem - Tuesday (10/16) at around 2 p.m. here at my office.
>
> Have a nice weekend.
>
> J Poxon
>
> -------------------------------------------------
> John P. Poxon, Jr., Esq.
> Gorton, Janosik & Poxon, LLP
> 909 East Green Street
> Pasadena CA 91106
> 626.795.2933
> -------------------------------------------------
> -----Original Message-----
> From: mark miller [mailto:cba1970@gmail.com]
> Sent: Friday, October 12, 2018 2:43 PM
> To: John Poxon
> Subject: Re: Next Week
>
> Could we do Tuesday maybe at 2:00. I screwed up.
>
> Mark J. Miller

> Cba1970@gmail.com
> 818-454-8864
>
>
>> On Oct 9, 2018, at 11:28 AM, John Poxon <jpoxon@gjpattorneys.com> wrote:
>>
>> OK, how about we meet around 10 -10:30 a.m. next Tuesday, 10/16, in my office? Will that work for you?
>>
>> Please advise!
>>
>> J Poxon
>>
>> ------------------------------------------------
>> John P. Poxon, Jr., Esq.
>> Gorton, Janosik & Poxon, LLP
>> 909 East Green Street
>> Pasadena CA 91106
>> 626.795.2933
>> ------------------------------------------------
>>
>> -----Original Message-----
>> From: mark miller [mailto:cba1970@gmail.com]
>> Sent: Tuesday, October 09, 2018 11:25 AM
>> To: John Poxon
>> Subject: Re: Next Week

REDACTED

>>
>>> On Oct 9, 2018, at 11:14 AM, John Poxon <jpoxon@gjpattorneys.com> wrote:

REDACTED

>>>
>>> J Poxon
>>>
>>> ------------------------------------------------
>>> John P. Poxon, Jr., Esq.
>>> Gorton, Janosik & Poxon, LLP
>>> 909 East Green Street
>>> Pasadena CA 91106
>>> 626.795.2933
>>> ------------------------------------------------
>>> -----Original Message-----
>>> From: mark miller [mailto:cba1970@gmail.com]
>>> Sent: Tuesday, October 09, 2018 10:27 AM
>>> To: John Poxon
>>> Subject: Re: Next Week
>>> REDACTED
>>>
>>>
>>>> On Oct 9, 2018, at 9:47 AM, John Poxon <jpoxon@gjpattorneys.com> wrote:
>>>>
>>>> Hi Mark: How about next Tuesday, October 16th? I prefer mid mornings but I could do early/mid-afternoon. Please advise. REDACTED

REDACTED

>>>> J Poxon, Esq.
>>>>

```
>>>> ------------------------------------------------------
>>>> John P. Poxon, Jr., Esq.
>>>> Gorton, Janosik & Poxon, LLP
>>>> 909 East Green Street
>>>> Pasadena CA 91106
>>>> 626.795.2933
>>>> ------------------------------------------------------
>>>> -----Original Message-----
>>>> From: mark miller [mailto:cba1970@gmail.com]
>>>> Sent: Monday, October 08, 2018 11:58 PM
>>>> To: John Poxon
>>>> Subject: Re: Next Week
>>>>
>>>> Can we meet
>>>>
>>>> Mark J. Miller
>>>> Cba1970@gmail.com
>>>> 818-454-8864
>>>>
```

# EXHIBIT 14

**From:** mark miller <cba1970@gmail.com>
**Sent:** Friday, March 1, 2019 10:03 PM
**To:** Michael K. Grace
**Cc:** joe@poolefuels.com; greg@rmgdeals.com; lisa@gracelaw.com
**Subject:** Re: I am confused

Ok

Mark J. Miller

On Mar 1, 2019, at 10:02 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

> It's best to wait until newco is formed, but if it cannot be done and meet your deadline we can file under Re-Marketing and assign the registration to newco after it issues.
>
> mkg
>
> On Mar 1, 2019, at 18:22, mark miller <cba1970@gmail.com> wrote:
>
> Michael,
> If rights assigned to Re- Marketing does this have any effect on your point no. 3. An intention to offer goods and services by the owner using the Mark in the USA.
>
> Re-Marketing is a wholesaler and if registers he would have to State that he wholesales goods. Does that matter? Could a retailer come in and register the trademark because they offer goods directly to consumer.
>
> We have agreed on PicNSave Outlets as the S Corp. name. We have not set up the entity yet.
>
> Mark J. Miller
>
> On Mar 1, 2019, at 5:53 PM, Greg Sherwin <greg@rmgdeals.com> wrote:
>
>> I will sigh whatever RMG needs to sign
>> Once Newco set I will sell : assign rights to
>> Newco
>>
>> I believe this will expedite filing
>>
>> You create the structure
>>
>> Thoughts Michael ?
>>
>> Mark??

EXHIBIT
158

Sent from my iPhone

On Mar 1, 2019, at 5:46 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

> Yes, we can make that work. Who will sign?
>
> Michael
>
> On Mar 1, 2019, at 16:38, Greg Sherwin <greg@rmgdeals.com> wrote:
>
> Since Re-Marketing wrote the initial check, and may write a second, can you proceed as that
> and then Re-Marketing sells rights to use at $1.00 a year on a 5,10,20 year contact, or ???
>
> Does that expedite??
>
> On Fri, Mar 1, 2019 at 4:38 PM Michael K. Grace <mgrace@gracelaw.com> wrote:
>
>> Hi Mark,
>>
>> What we need to file is 1) an owner, 2) a mark, and 3) an intention to offer goods and services by the owner using the mark in the United States. I have your instructions as to the mark, and I can draft a description of services for your final review and approval. What I do not have is an owner. Has the corporation or limited liability company been formed? Note that during while an application is pending (normally a year), the rights may not be assigned to another entity except under extremely unlikely circumstances. Accordingly, the best order of business is to form the entity and then file the application.
>>
>> I'm in town this weekend and will be available to answer any questions and get this on file pronto.
>>
>> Regards,
>>
>> Michael K. Grace
>> **Grace+Grace LLP**
>> P.O. Box 412666
>> Los Angeles, CA 90041
>> +1.626.696.2450
>>
>> Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error, please notify us and delete it. Thank you.

On Mar 1, 2019, at 10:41, mark miller <cba1970@gmail.com> wrote:

I wanted to follow up and see if you are filing the trademark today?

> On Feb 27, 2019, at 5:17 AM, Michael K. Grace <mgrace@gracelaw.com> wrote:
>
> Hi Mark,
>
> The registration process per mark generally runs about $2,500. I raise the point simply to make clear that the process is not cost free.
>
> In registering logos, only the exact logo gets protection such that you can place the (R) beside it. (Sometimes the words alone may be registered, and once we settle on a mark, I'll consider that option, too.). If you display a logo that is different, even in a small way, from what has been registered, then you cannot use the (R) symbol beside it and cannot get the benefits of federal registration for it. You can display the unregistered, slightly different logo, but with a "sm" beside it to indicate an unregistered service mark.
>
> I'll return to LA on Thursday and could arrange for a call on Friday to answer other questions.
>
> Regards,
>
> Michael
>
> On Feb 27, 2019, at 00:44, mark miller <cba1970@gmail.com> wrote:
>
> Based on your email:
> 1. Do we pay $2500 for this horizontal logo format below to register?
> 2. Do we have to pay an additional $2500 each for the stacked logo format, alternate stacked logo

format, horizontal logo with logo bug?

Can you please clarify this for me. If we pay $2500 for the horizontal logo format
And register it , I assumed that we will have the ability to use all the other format layouts in this color way.

What am I missing ?

<IMG_1478.jpg>

Mark J. Miller

--

We are exhibiting at
ASD
MARKETWEEK
Las Vegas Convention Center
South Upper Hall
**Booth SU2432**

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 888-0880*

# EXHIBIT 15

**From:** Michael Grace <mgrace@gracelaw.com>
**Sent:** Saturday, March 2, 2019 3:12 PM
**To:** mark miller
**Cc:** Greg Sherwin; joe@poolefuels.com; lisa@gracelaw.com
**Subject:** Status

Mark,

We can file an intent-to-use application in the name of Re-Marketing for the PNS logo that you chose for "retail store services." We might need to narrow the description later.

PNS Outlets, Inc. could be the name of the company to be formed, either a corporation or a limited liability company. Corporate counsel needs to help you make that choice. Unless PNS Outlets, Inc. will be on the storefront or other wise visible to the public, the term does not need to be registered as a service mark.

With your approval, I'll file the application. We likely will have a bit of a battle for the reasons outlined earlier, but we have a reasonable chance of success at obtaining a registration and common law rights, too.

Michael

On Mar 2, 2019, at 1:51 PM, mark miller <cba1970@gmail.com> wrote:

> So you are going to file registration Monday ? Will you get something I can show at the Trade Show March 15
>
> Do we need to register PicNSave Outlets Inc.?
>
> Mark J. Miller
>
> On Mar 1, 2019, at 10:05 PM, Michael K Grace <mgrace@gracelaw.com> wrote:
>
>> Not to worry. The rights flow via license by Re-Marketing to newco We will use the description of goods for newco. Assignment follows after the registration has issued.
>>
>> On Mar 1, 2019, at 22:01, mark miller <cba1970@gmail.com> wrote:
>>
>> But we are registering the name under Re- Marketing that is a wholesaler
>>
>> Mark J. Miller
>>
>> On Mar 1, 2019, at 10:00 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:
>>
>>> Yes, what newco does.

EXHIBIT
160

On Mar 1, 2019, at 19:26, Greg Sherwin <greg@rmgdeals.com> wrote:

Aren't we stating what Newco is going to be and do in the filing not what RMG does?

I thought of it as a quasi DBA

I am no lawyer though.

Sent from my iPhone

On Mar 1, 2019, at 6:22 PM, mark miller <cba1970@gmail.com> wrote:

> Michael,
> If rights assigned to Re- Marketing does this have any effect on your point no. 3. An intention to offer goods and services by the owner using the Mark in the USA.
>
> Re-Marketing is a wholesaler and if registers he would have to State that he wholesales goods. Does that matter? Could a retailer come in and register the trademark because they offer goods directly to consumer.
>
> We have agreed on PicNSave Outlets as the S Corp. name. We have not set up the entity yet.
>
> Mark J. Miller
>
> On Mar 1, 2019, at 5:53 PM, Greg Sherwin <greg@rmgdeals.com> wrote:
>
> > I will sigh whatever RMG needs to sign
> > Once Newco set I will sell : assign rights to
> > Newco
> >
> > I believe this will expedite filing
> >
> > You create the structure
> >
> > Thoughts Michael ?

Mark??

Sent from my iPhone

On Mar 1, 2019, at 5:46 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

> Yes, we can make that work. Who will sign?
>
> Michael
>
> On Mar 1, 2019, at 16:38, Greg Sherwin <greg@rmgdeals.com> wrote:
>
> Since Re-Marketing wrote the initial check, and may write a second, can you proceed as that and then Re-Marketing sells rights to use at $1.00 a year on a 5,10,20 year contact, or ???
>
> Does that expedite??
>
> On Fri, Mar 1, 2019 at 4:38 PM Michael K. Grace <mgrace@gracelaw.com> wrote:
>
> > Hi Mark,
> >
> > What we need to file is 1) an owner, 2) a mark, and 3) an intention to offer goods and services by the owner using the mark in the United States. I have

your instructions as to the mark, and I can draft a description of services for your final review and approval. What I do not have is an owner. Has the corporation or limited liability company been formed? Note that during while an application is pending (normally a year), the rights may not be assigned to another entity except under extremely unlikely circumstances. Acco rdingly, the best order of business is to form the entity and then file the application.

I'm in town this weekend and will be available to answer any questions and get this on file pronto.

Regards,

Michael K. Grace
**Grace+Grace LLP**
P.O. Box 412666
Los Angeles, CA 90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error,

please notify us and delete it. Thank you.

On Mar 1, 2019, at 10:41, mark miller <cba1970@gmail.com> wrote:

I wanted to follow up and see if you are filing the trademark today?

> On Feb 27, 2019, at 5:17 AM, Michael K. Grace <mgrace@gracelaw.com> wrote:
>
> Hi Mark,
>
> The registration process per mark generally runs

about $2,500. I raise the point simply to make clear that the process is not cost free.

In registering logos, only the exact logo gets protection such that you can place the (R) beside it. (Sometimes the words alone may be registered, and once we settle

on a mark, I'll consider that option, too.). If you display a logo that is different, even in a small way, from what has been registered, then you cannot use the (R) symbol beside it and cannot get the benefits of federal registration for it. You can display the unregi

stered, slightly different logo, but with a “sm” beside it to indicate an unregistered service mark.

I’ll return to LA on Thursday and could arrange for a call on Friday to answer other questions.

Regards,

Michael

On Feb 27, 2019, at

00:44, mark miller <cba1970@gmail.com> wrote:

Based on your email:
1. Do we pay $2500 for this horizontal logo format below to register?
2. Do we have to pay an additional $2500 each for the stacked logo format, alternate stacked logo format, horizontal

logo with logo bug?

Can you please clarif y this for me. If we pay $2500 for the horizo ntal logo forma t And regist er it , I assum ed that we will have the ability to use all the other forma t layout s in this color way.

What am I missi ng ?

<IMG

_1478
.jpg>

Mark
J.
Miller

--



We are exhibiting at

ASD MARKETWEEK

Las Vegas Convention Center
South Upper Hall

**Booth SU2432**

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*



*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell*
*(323) 888-0880*

**From:** Michael K. Grace <mgrace@gracelaw.com>
**To:** Greg Sherwin <Greg@RMGdeals.com>;mark miller <cba1970@gmail.com>
**CC:** Lisa Amorino <lisa@gracelaw.com>
**Sent:** 3/5/2019 3:51:25 AM
**Subject:** United States Patent and Trademark Office: Filed Application to Register PIC 'N' SAVE OUTLETS BARGAINS & CLOSEOUTS and Design, Serial number 88325180

Greg and Mark,

This is now a matter of public record, and your place in line has been reserved.

The next step will be in 3-4 months from now, when the Examining Attorney evaluates the application and responds to me.

Thanks,

Michael

Michael K. Grace
Grace+Grace LLP
P.O. Box 412666
Los Angeles, CA 90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error, please notify us and delete it. Thank you.

**Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process**

1. **Your mark.** PIC 'N SAVE OUTLETS BARGAINS & CLOSE-OUTS (stylized and/or with design, MRK138229255232-220326811_._PNSOutlets.jpg)

The literal element of the mark consists of PIC 'N SAVE OUTLETS BARGAINS & CLOSE-OUTS. The color(s) yellow and red is/are claimed as a feature of the mark. The mark consists of the words PIC 'N' SAVE OUTLETS BARGAINS & CLOSEOUTS with a yellow rectangular background and thin red line as a rectangular border.

2. **Your serial number.** Your application was assigned serial number '88325180'. You must refer to your serial number in all communications about your application.

3. **What happens next—legal examination.** Your mark will not be registered automatically. In approximately three months, your application will be assigned to a USPTO examining attorney for review. The attorney will determine if your application meets all applicable legal requirements, and if it doesn't you will be notified in an email with a link to the official Office action (official letter from the USPTO). Visit our website for an explanation of application process timelines.

If your mark includes a design element, we will assign it one or more design search codes. We will notify you of these codes within the next few weeks and you can suggest that we add or delete a design search code from your file.

4. **Keep your addresses current in USPTO records.** We do not extend filing deadlines if you do not receive USPTO mail or email. If your postal address or email address changes, you must update the correspondence or owner's address using the address forms on our website.

5. **Check your application status in our database every three to four months.** To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.

6. **Warning about private companies offering trademark-related services.** Private companies may send you communications that resemble official USPTO communications. These private companies are not associated with the USPTO. All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you are unsure about whether the correspondence is from us, check your records in our database, TSDR. Visit our website for more information on trademark-related communications that may resemble official USPTO communications.

7. **Questions?** Please visit our website, email us, or call us at 1-800-786-9199 and select option 1.

8. **Application data.** If you find an error in the data below, visit the After You File page on our website for information on correcting errors.

**The information submitted in the application appears below:**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

Trademark/Service Mark Application, Principal Register

**TEAS Plus Application**

*NOTE:* *Data fields with the* * *are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| MARK INFORMATION | |
| *MARK | MRK138229255232-220326811_._PNSOutlets.jpg |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | PIC 'N SAVE OUTLETS BARGAINS & CLOSE-OUTS |
| *COLOR MARK | YES |
| *COLOR(S) CLAIMED (If applicable) | The color(s) yellow and red is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the words PIC 'N' SAVE OUTLETS BARGAINS & CLOSEOUTS with a yellow rectangular background and thin red line as a rectangular border. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 299 x 335 |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | The Re-Marketing Group, Inc. |
| *STREET | 314 22nd Street |
| *CITY | Huntington Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 92648 |
| LEGAL ENTITY INFORMATION | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | California |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |

| | |
|---|---|
| *INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Retail store services featuring **deeply discounted consumer goods.** |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Michael K. Grace |
| ATTORNEY DOCKET NUMBER | PNS |
| FIRM NAME | GRACE AND GRACE LLP |
| STREET | P.O. Box 412666 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90041-9666 |
| PHONE | 626-696-2450 |
| EMAIL ADDRESS | mgrace@gracelaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | Lisa Y. Amorino |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Michael K. Grace |
| FIRM NAME | GRACE AND GRACE LLP |

| | |
|---|---|
| *STREET | P.O. Box 412666 |
| *CITY | Los Angeles |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 90041-9666 |
| PHONE | 626-696-2450 |
| *EMAIL ADDRESS | mgrace@gracelaw.com; lisa@gracelaw.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 225 |
| *TOTAL FEES DUE | 225 |
| *TOTAL FEES PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Greg Sherwin/ |
| * SIGNATORY'S NAME | Greg Sherwin |
| * SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 323-888-0880 |
| * DATE SIGNED | 03/04/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

**Trademark/Service Mark Application, Principal Register**

# TEAS Plus Application

**Serial Number: 88325180**
**Filing Date: 03/04/2019**

## To the Commissioner for Trademarks:

The applicant, The Re-Marketing Group, Inc., a corporation of California, having an address of
314 22nd Street
Huntington Beach, California 92648
United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 035: Retail store services featuring deeply discounted consumer goods.
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
Michael K. Grace and Lisa Y. Amorino of GRACE AND GRACE LLP P.O. Box 412666
Los Angeles, California 90041-9666
United States
626-696-2450(phone)
mgrace@gracelaw.com (authorized)
The attorney docket/reference number is PNS.

The applicant's current Correspondence Information:
Michael K. Grace
GRACE AND GRACE LLP
P.O. Box 412666
Los Angeles, California 90041-9666
626-696-2450(phone)
mgrace@gracelaw.com; lisa@gracelaw.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS).

Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Greg Sherwin/ Date: 03/04/2019

Signatory's Name: Greg Sherwin
Signatory's Position: President
Signatory's Phone Number: 323-888-0880

Thank you,

The TEAS support team
Mon Mar 04 22:45:38 EST 2019
STAMP: USPTO/FTK-138.229.255.232-20190304224537979819-88325180-6205a9d901b9d97a8145fdb9adfc529b66b40239d2c206dce2b4c422d7d6fd6a0-CC-7755-20190304220326811945

# EXHIBIT 17

**From:** Greg Sherwin <greg@rmgdeals.com>
**To:** mark miller <cba1970@gmail.com>
**Sent:** 4/16/2019 1:39:52 PM
**Subject:** Re: Changing Corporate Name to WOW Bargains&Outlets

Cool.
I guess

On Mon, Apr 15, 2019 at 10:04 PM mark miller <cba1970@gmail.com> wrote:
See below

Mark J. Miller

On Apr 15, 2019, at 2:36 PM, Jon Haddan <jrh@haddanzepfel.com> wrote:

Mark,

Attached is a copy of the election of you as the sole director signed by me as incorporator on September 6. Also attached are organizational resolutions that should have been signed by you back in September appointing officers and, together with a certificate to be signed by you as secretary regarding the bylaws.

To change the name, the board (you) have to adopt resolutions and an officers' certificate signed by the president and secretary (also you) has to be filed with the Secretary of State. But for the fact that no shares have been issued yet, the amendment to the articles would also have to be approved by the shareholders.

Instead of just changing the name, you also need to change the address for the agent for service of process (you) and there is no need to have preferred shares authorized. Therefore, I prepared an amendment and restatement so that once the articles are amended you only have to read one set rather than the original plus an amendment.

Please sign and return to me all the attached documents that call for you signature. We will then forward the Restated Articles to the Secretary of State. It will be 7 to 10 business days to get confirmation of filing. You won't need a new tax ID number. You will need to file an S election, if you want to be taxed as an S corp, but you can't do that until you issue shares.

If you have any questions, please call.

Regards,

Jon Haddan

Haddan & Zepfel LLP

610 Newport Center Drive

Suite 330

Newport Beach, CA 92660

949-706-6000

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

# EXHIBIT 18

**From:** mark miller <cba1970@gmail.com>
**Sent:** Friday, May 17, 2019 10:18 AM
**To:** mgrace@gracelaw.com
**Cc:** greg@rmgdeals.com; joe@poolefuels.com
**Subject:** Re: Question

Michael,
I spoke to Greg today about the trademark being registered to ReMarketing Group( RMG.) We did that because I did not have a corporation set up and Greg was kind enough to pay for your fees to set it up and I paid for the creative piece. Having said that, I know we discussed as indicated below WOW Bargains & Closeouts Licensing the name back from RMG( at a nominal fee,) but we can also purchase the trademark outright from RMG ( for a nominal fee) and transfer ownership to the new corporation correct?

The reason for the question is that now that we have he corporation registered, it would be the perfect time to get this asset under the WOW Bargains & Closeouts umbrella, or do we wait until the registration is completed on the trademark ?

Thank you

> **From:** "Michael K. Grace" <mgrace@gracelaw.com>
> **Date:** March 1, 2019 at 10:05:31 PM PST
> **To:** mark miller <cba1970@gmail.com>
> **Cc:** Greg Sherwin <greg@rmgdeals.com>, joe@poolefuels.com, lisa@gracelaw.com
> **Subject: Re: I am confused**
>
> Not to worry. The rights flow via license by Re-Marketing to newco. We will use the description of goods for newco. Assignment follows after the registration has issued.
>
> On Mar 1, 2019, at 22:01, mark miller <cba1970@gmail.com> wrote:
>
> But we are registering the name under Re- Marketing that is a wholesaler
>
> Mark J. Miller
>
> On Mar 1, 2019, at 10:00 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:
>
>> Yes, what newco does.
>>
>> On Mar 1, 2019, at 19:26, Greg Sherwin <greg@rmgdeals.com> wrote:

EXHIBIT
161

Aren't we stating what Newco is going to be and do in the filing not what RMG does?

I thought of it as a quasi DBA

I am no lawyer though.

Sent from my iPhone

On Mar 1, 2019, at 6:22 PM, mark miller <cba1970@gmail.com> wrote:

> Michael,
> If rights assigned to Re- Marketing does this have any effect on your point no. 3. An intention to offer goods and services by the owner using the Mark in the USA.
>
> Re-Marketing is a wholesaler and if registers he would have to State that he wholesales goods. Does that matter? Could a retailer come in and register the trademark because they offer goods directly to consumer.
>
> We have agreed on PicNSave Outlets as the S Corp. name. We have not set up the entity yet.
>
> Mark J. Miller
>
> On Mar 1, 2019, at 5:53 PM, Greg Sherwin <greg@rmgdeals.com> wrote:
>
>> I will sigh whatever RMG needs to sign
>> Once Newco set I will sell : assign rights to
>> Newco
>>
>> I believe this will expedite filing
>>
>> You create the structure
>>
>> Thoughts Michael ?
>>
>> Mark??

Sent from my iPhone

On Mar 1, 2019, at 5:46 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

Yes, we can make that work. Who will sign?

Michael

On Mar 1, 2019, at 16:38, Greg Sherwin <greg@rmgdeals.com> wrote:

Since Re-Marketing wrote the initial check, and may write a second, can you proceed as that and then Re-Marketing sells rights to use at $1.00 a year on a 5,10,20 year contact, or ???

Does that expedite??

On Fri, Mar 1, 2019 at 4:38 PM Michael K. Grace <mgrace@gracelaw.com> wrote:

Hi Mark,

What we need to file is 1) an owner, 2) a mark, and 3) an intention to offer goods and services by the owner using the mark in the United States. I have your instructions as to the mark, and I can draft a description of

services for your final review and approval. What I do not have is an owner. Has the corporation or limited liability company been formed? Note that during while an application is pending (normally a year), the rights may not be assigned to another entity except under extremely unlikely circumstances. Acco rdingly, the best order of business is to form the entity and then file the application.

I'm in town this weekend and will be available to answer any questions and get this on file pronto.

Regards,

Michael K. Grace
**Grace+Grace LLP**
P.O. Box 412666
Los Angeles, CA
90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosure. If you have received this e-mail in error, please notify us and delete it. Thank you.

On Mar 1, 2019, at 10:41, mark miller <cba1970@gmail.com> wrote:

I wanted to follow up and see if you are filing the trademark today?

On Feb 27, 2019, at 5:17 AM, Michael K. Grace <mgrace@gracelaw.com> wrote:

Hi Mark,

The registration process per mark generally runs about $2,500. I raise

the point simply to make clear that the process is not cost free.

In registering logos, only the exact logo gets protection such that you can place the (R) beside it. (Sometimes the words alone may be registered, and once we settle on a mark, I'll consi

der that option, too.). If you display a logo that is different, even in a small way, from what has been registered, then you cannot use the (R) symbol beside it and cannot get the benefits of federal registration for it. You can display the unregistered, slightly

different logo, but with a “sm” beside it to indicate an unregistered service mark.

I’ll return to LA on Thursday and could arrange for a call on Friday to answer other questions.

Regards,

Michael

On Feb 27, 2019, at 00:44, mark miller <cba1

970@gmail.com> wrote:

Based on your email:
1. Do we pay $2500 for this horizontal logo format below to register?
2. Do we have to pay an additional $2500 each for the stacked logo format, alternate stacked logo format, horizontal logo with logo bug?

Can you please clarif y this for me. If we pay $2500 for the horizo ntal logo forma t And regist er it , I assum ed that we will have the ability to use all the other forma t layout s in this color way.

What am I missi ng ?

<IMG _1478 .jpg>

Mark J. Miller

--

**We are exhibiting at**

ASD MARKETWEEK

Las Vegas Convention Center

South Upper Hall

**Booth SU2432**

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell*
*(323) 888-0880*

# EXHIBIT 19

**From:** Michael K. Grace <mgrace@gracelaw.com>
**Sent:** Friday, May 17, 2019 10:32 AM
**To:** mark miller
**Cc:** Greg Sherwin; joe@poolefuels.com
**Subject:** Re: Question

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

Mark,

It would be best to wait until the registration issues before making an assignment. In the mean time, a license to use the mark would be best.

By the way, we have received the Examining Attorney's objections to the application this week and are in the process of digesting them and preparing a response. There is the expected objection of likelihood of confusion with respect to the existing registration by the grocery store chain. I think that we have a decent chance of getting past that objection; the other objections are as to form and not substantive.

More to follow shortly,

Michael

On 17May.2019, at 10:17, mark miller <cba1970@gmail.com> wrote:

Michael,
I spoke to Greg today about the trademark being registered to ReMarketing Group( RMG.) We did that because I did not have a corporation set up and Greg was kind enough to pay for your fees to set it up and I paid for the creative piece. Having said that, I know we discussed as indicated below WOW Bargains & Closeouts Licensing the name back from RMG( at a nominal fee,) but we can also purchase the trademark outright from RMG ( for a nominal fee) and transfer ownership to the new corporation correct?

The reason for the question is that now that we have he corporation registered, it would be the perfect time to get this asset under the WOW Bargains & Closeouts umbrella, or do we wait until the registration is completed on the trademark ?

Thank you

**From:** "Michael K. Grace" <mgrace@gracelaw.com>
**Date:** March 1, 2019 at 10:05:31 PM PST
**To:** mark miller <cba1970@gmail.com>

EXHIBIT
162

**Cc:** Greg Sherwin <greg@rmgdeals.com>, joe@poolefuels.com, lisa@gracelaw.com
**Subject: Re: I am confused**

Not to worry. The rights flow via license by Re-Marketing to newco. We will use the description of goods for newco. Assignment follows after the registration has issued.

On Mar 1, 2019, at 22:01, mark miller <cba1970@gmail.com> wrote:

But we are registering the name under Re- Marketing that is a wholesaler

Mark J. Miller

On Mar 1, 2019, at 10:00 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:

> Yes, what newco does.
>
> On Mar 1, 2019, at 19:26, Greg Sherwin <greg@rmgdeals.com> wrote:
>
> Aren't we stating what Newco is going to be and do in the filing not what RMG does?
>
> I thought of it as a quasi DBA
>
> I am no lawyer though.
>
> Sent from my iPhone
>
> On Mar 1, 2019, at 6:22 PM, mark miller <cba1970@gmail.com> wrote:
>
>> Michael,
>> If rights assigned to Re- Marketing does this have any effect on your point no. 3. An intention to offer goods and services by the owner using the Mark in the USA.
>>
>> Re-Marketing is a wholesaler and if registers he would have to State that he wholesales goods. Does that matter? Could a retailer come in and

register the trademark because they offer goods directly to consumer.

We have agreed on PicNSave Outlets as the S Corp. name. We have not set up the entity yet.

Mark J. Miller

On Mar 1, 2019, at 5:53 PM, Greg Sherwin <greg@rmgdeals.com> wrote:

> I will sigh whatever RMG needs to sign Once Newco set I will sell : assign rights to Newco
>
> I believe this will expedite filing
>
> You create the structure
>
> Thoughts Michael ?
>
> Mark??
>
> Sent from my iPhone
>
> On Mar 1, 2019, at 5:46 PM, Michael K. Grace <mgrace@gracelaw.com> wrote:
>
>> Yes, we can make that work. Who will sign?
>>
>> Michael

On Mar 1, 2019, at 16:38, Greg Sherwin <greg@rmgdeals.com> wrote:

Since Re-Marketing wrote the initial check, and may write a second, can you proceed as that and then Re-Marketing sells rights to use at $1.00 a year on a 5,10,20 year contact, or ???

Does that

expedite??

On Fri, Mar 1, 2019 at 4:38 PM Michael K. Grace <mgrace@gracelaw.com> wrote:

> Hi Mark,
>
> What we need to file is 1) an owner, 2) a mark, and 3) an intention to offer goods and services by the owner using the mark in the United States. I have your

instru
ctions
as to
the
mark,
and I
can
draft a
descri
ption
of
servic
es for
your
final
revie
w and
appro
val.
What
I do
not
have
is an
owner
. Has
the
corpo
ration
or
limite
d
liabili
ty
comp
any
been
forme
d? N
ote
that
durin
g
while
an
applic
ation
is
pendi
ng
(norm

ally a year), the rights may not be assigned to another entity except under extremely unlikely circumstances. Accordingly, the best order of business is to form the entity and then file the application.

I'm in town this weekend and will be available to answe

r any questions and get this on file pronto.

Regards,

Michael K. Grace
**Grace+Grace LLP**
P.O. Box 412666
Los Angeles, CA 90041
+1.626.696.2450

Please note that this e-mail (including attachments) is intended solely for the addressee and may contain confidential information privileged from disclosu

re. If you have received this e-mail in error, please notify us and delete it. Thank you.

On Mar 1, 2019, at 10:41, mark miller <cba1970@gmail.com> wrote:

I wanted to follow up and see if you are filing the trademark today?

On Feb 27, 2019, at 5:17 AM, Michael K. Grace <mgrace@gracela

w.com> wrote:

Hi Mark,

The registration process per markg

enerally runs about $2,500.

I raise the point simply to make

clear that the process is not cost free. In registering logo

s, only the exact logo gets protection such that you can place

the (R) beside it.

(Sometimes the words alone may be registe

red, and once we settle on a mark, I’ll consider that option, t

oo.). If you display a logo that is different, even in a small w

ay, from what has been registered, then you cannot use the (R)

symbol beside it and cannot get the benefits of federal regis

tration for it. You can display the unregistered, slightly

different logo, but with a “sm” beside it to indicate an unreg

istered service mark.

I'll return to LA on Thursday and coul

darrange for a call on Friday to answer other questions. Reg

ards,

Michael

On Feb 27, 2019, at 00:44, markmiller <cba19

70@gmail.com> wrote:

Based on your email: 1. Do we pay $2500

for this horizontal logo format below to register? 2. Do we ha

ve to pay an additional $2500 each for the stacked logo format

, alternate stacked logo format, horizontal logo with logo b

ug?

Can you please clarify this for me. If we pay $2500 for the

horizontal logo format And register it, I assumed that we wil

lhavetheabilitytouseallotherformatlayoutsinthisc

olorway.

What am I missing?

<IMG_1478.jpg>

Mark J. Mill

e
r

--




**We are exhibiting at**

ASD MARKETWEEK

Las Vegas Convention Center

South Upper Hall

**Booth SU2432**

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*[Greg@RMGdeals.com](mailto:Greg@RMGdeals.com)*



*Sales Offices: 3424 A Garfield Avenue Commerce, CA 90040 Office (323) 888-0880 Cell (562) 370-0740 Greg@RMGdeals.com*

*Warehouse: 3422 Garfield Ave. Commerce, Ca. 90040 Appts. Bryan Haskell (323) 888-0880*

# EXHIBIT 20

**From:** Greg Sherwin <greg@rmgdeals.com>
**Sent:** Friday, May 17, 2019 7:51 AM
**To:** mark miller
**Cc:** Joe Swisher
**Subject:** Re: PNSO

There still has to be a licensing of the name
from RMG to Newco.

If you recall, Michael Grace agreed with me on that and how to set it up

On Fri, May 17, 2019 at 7:53 AM mark miller <cba1970@gmail.com> wrote:

The upfront cost for the attorney fees for trademark work ($8235.00 )would be reimbursed to you at the closing and funding of the company.

On May 17, 2019, at 7:35 AM, Greg Sherwin <greg@rmgdeals.com> wrote:

**We need to discuss the licensing agreement of PNSO
from Re-Marketing to Newco.**

**My hopes are that the agreement amt could/would be enough
to cover the upfront fees of $8235.00 spent so far.**

**Let me know your thoughts**

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

EXHIBIT
164

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

# EXHIBIT 21

| | |
|---|---|
| **From:** | PRINTEFEX <printefexlc@sbcglobal.net> |
| **To:** | Mark Miller <cba1970@gmail.com> |
| **Sent:** | 6/7/2019 7:01:12 PM |
| **Subject:** | PIC N SAVE OUTLETS BC 2019 PROOFS |

Hi,

Your change has been made.
Attached is a new proof.

Thanks
Art Dept.

PRINTEFEX
456 Foothill Blvd. Suite B
La Cañada Flintridge, CA 91011
Tel: 818.952.0202
Fax: 818.952.5255

Mark J. Miller
CEO

(818) 454-8864

mmiller@picnsaveoutlets.com
www.picnsaveoutlets.com

3422 Garfield Avenue | Commerce, CA 90040

WOW00013657

Joe Swisher
CFO/COO

(714) 231-7627

jswisher@picnsaveoutlets.com
www.picnsaveoutlets.com

3422 Garfield Avenue | Commerce, CA 90040

WOW00013658

PIC 'N' SAVE℠
OUTLETS
BARGAINS & CLOSE-OUTS

WOW00013659

# EXHIBIT 22

**From:** PRINTEFEX <printefexlc@sbcglobal.net>
**To:** mark miller <cba1970@gmail.com>
**Sent:** 7/23/2019 6:10:05 PM
**Subject:** Re: PIC N SAVE OUTLETS BC 2019 PROOF

Hey Mark,
Both sets of cards are ready!

-Sylvia

PRINTEFEX
456 Foothill Blvd. Suite B
La Cañada Flintridge, CA 91011
Tel: 818.952.0202
Fax: 818.952.5255

On Tuesday, July 23, 2019, 10:46:08 AM PDT, mark miller wrote:

Could I please get some of these for Thursday this week.

**From:** mark miller <cba1970@gmail.com>
**Date:** July 16, 2019 at 9:12:36 AM PDT
**To:** Eric <printefexlc@sbcglobal.net>
**Subject: Fwd: PIC N SAVE OUTLETS BC 2019 PROOF**

Thank you. One change- Joe Swisher is only CFO, take out COO.

Once that done will you print 100 each.

Thank you.

# EXHIBIT 23

# ICSC 2019 RETAILER FACT SHEET

| | |
|---|---|
| **Retailer Name:** | PIC "N" SAVE OUTLETS |
| **Company Website:** | TBD |
| **General Retail Category (per store concept):** | Variety Store (Bargains and Closeouts) |
| **Customer:** | Treasure Hunt, Grocery, Daily Needs, Extreme Value |
| **Total Square Footage Preferred:** | 15,000-20,000 |
| **Type of Real Estate Preferred:** | Neighborhood/Community Centers and Freestanding Buildings; good visibility, ample parking, easy access |
| **Co-Tenants Preferred:** | Daily needs, health/beauty service, value fashion, QSR |
| **Growth Markets:** | Los Angeles County |
| **Growth in 2019:** | 2 stores |
| **Anticipated Growth in 2019-2020:** | 8-10 stores |
| **Demographics Preferred:** | • Population: Minimum 35K=1 mile - 200K=3 mile;<br>• HH Inc $50K+<br>• Traffic Counts 25-35K cpd |

## CONTACT INFORMATION

| | |
|---|---|
| **Name:** | Jodi Shoemake |
| **Title:** | Principal |
| **Company Name:** | Lee & Associates-Pasadena |
| **Contact Information:** | jshoemake@lee-associates.com<br>818-383-5163 |
| **Real Estate Website:** | |