# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 24

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 25

# EXHIBIT 26

Message

**From**: Joe Swisher [jswisher@pnsoutlets.com]
on behalf of Joe Swisher <jswisher@pnsoutlets.com> [jswisher@pnsoutlets.com]
**Sent**: 9/11/2019 7:07:34 PM
**To**: Andy Acevedo [andy@rmgdeals.com]
**Subject**: Fw: Suggestions from our insurance carrier
**Attachments**: Commercial Lease Agreement - JS Revised RMG v2.doc

Joe Swisher
Chief Financial Officer
WOW Bargains & Closeouts, Inc.
dba Pic'N'Save Outlets
3422 Garfield Avenue
Commerce, CA 90040

jswisher@PNSOutlets.com
714.231.7627

---

**From:** Joe Swisher <jswisher@pnsoutlets.com>
**Sent:** Tuesday, September 10, 2019 11:23 AM
**To:** Greg Sherwin <greg@rmgdeals.com>; Mark Miller <mmiller@pnsoutlets.com>; Sarah Sherwin <sarah@rmgdeals.com>
**Subject:** Re: Suggestions from our insurance carrier

I made the change to the internet service that we discussed and will have a hard copy for execution this afternoon along with the rent check. The only thing that we will need is the exhibit map detailing the space rented.

Joe Swisher
Chief Financial Officer
WOW Bargains & Closeouts, Inc.
dba Pic'N'Save Outlets
3422 Garfield Avenue
Commerce, CA 90040

jswisher@PNSOutlets.com
714.231.7627

---

**From:** Greg Sherwin <greg@rmgdeals.com>
**Sent:** Monday, September 9, 2019 1:08 PM
**To:** Joe Swisher <jswisher@pnsoutlets.com>; Mark Miller <mmiller@pnsoutlets.com>; Sarah Sherwin <sarah@rmgdeals.com>
**Subject:** Re: Suggestions from our insurance carrier

Hi Joe,

Anything else needed here in order to get this done??

On Fri, Sep 6, 2019 at 11:15 AM Greg Sherwin <greg@rmgdeals.com> wrote:

**Hi Joe,**
**Some we covered, some maybe not.**
**Some overkill, others obvious.**

**I think we are all on the same page(s) but read below**
**and maybe run it by your carrier too and lets wrap it up.**

**Hi sorry, it has been one of those weeks.**

Requirements for your tenant:

1. General liability at a minimum of $1mil occurrence/$2mil aggregate
2. Naming the entity on the lease that represents your interests as an additional insured.
3. Certificate of insurance providing proof of above
4. Tenant must insure his own contents including Tenants and improvements
5. Tenant must carry WC for that premises and provide a Certificate of insurance to you
6. Must include waiver of subrogation which means if something happens to the premises, your insurance will handle your stuff and his will handle his stuff
7. You should include wording that makes his liability primary and noncontributory.
8. Address how tenant has to leave the premises if he chooses to leave or at end of lease
9. You can also add language on rents, if you want to offer abatement or not should there be a fire.

There is sooo much more you can add but the above are kind of basic.

Remember I am not an atty and I highly suggest you consult and atty to best protect you position in this lease,

Regards,

*Marina*

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*

*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

--

*Regards,*
*Greg Sherwin*
*The Re-Marketing Group, Inc*
*Greg@RMGdeals.com*

*Sales Offices:*
*3424 A Garfield Avenue*
*Commerce, CA 90040*
*Office (323) 888-0880*
*Cell (562) 370-0740*
*Greg@RMGdeals.com*

*Warehouse:*
*3422 Garfield Ave.*
*Commerce, Ca. 90040*
*Appts. Bryan Haskell (323) 837-0965*

# COMMERCIAL LEASE AGREEMENT

**THIS LEASE (this "Lease") dated this 1st day of September, 2019**

**BETWEEN:**

**ReMarketing Group of 3424A Garfield Ave Commerce, CA 90040**
Telephone: (323) 888-0880 Fax: (323) 888-0990
(the "Landlord")

OF THE FIRST PART

**- AND -**

**WOW Bargains & Closeouts, Inc. of 3422 Garfield Place Commerce CA 90040**
Telephone: (818) 454-8864
(the "Tenant")

OF THE SECOND PART

**IN CONSIDERATION OF** the Landlord leasing certain premises to the Tenant, the Tenant leasing those premises from the Landlord and the mutual benefits and obligations set forth in this Lease, the receipt and sufficiency of which consideration is hereby acknowledged, the Parties to this Lease (the "Parties") agree as follows:

## Definitions

1. When used in this Lease, the following expressions will have the meanings indicated:
   a. "Additional Rent" means all amounts payable by the Tenant under this Lease except Base Rent, whether or not specifically designated as Additional Rent elsewhere in this Lease;
   b. "Building" means all buildings, improvements, equipment, fixtures, property and facilities from time to time located at 3422 Garfield Ave. Commerce CA 90040, as from time to time altered, expanded or reduced by the Landlord in its sole discretion;
   c. "Common Areas and Facilities" mean:
      i. those portions of the Building areas, buildings, improvements, facilities, utilities, equipment and installations in or forming part of the Building which from time to time are not designated or intended by the Landlord to be leased to tenants of the Building including,

without limitation, exterior weather walls, roofs, entrances and exits, parking areas, driveways, loading docks and area, storage, mechanical and electrical rooms, areas above and below leasable premises and not included within leasable premises, security and alarm equipment, grassed and landscaped areas, retaining walls and maintenance, cleaning and operating equipment serving the Building; and

ii. those lands, areas, buildings, improvements, facilities, utilities, equipment and installations which serve or are for the useful benefit of the Building, the tenants of the Building or the Landlord and those having business with them, whether or not located within, adjacent to or near the Building and which are designated from time to time by the Landlord as part of the Common Areas and Facilities;

d. "Leasable Area" means with respect to any rentable premises, the area expressed in square feet of all floor space including floor space of mezzanines, if any, determined, calculated and certified by the Landlord and measured from the exterior face of all exterior walls, doors and windows, including walls, doors and windows separating the rentable premises from enclosed Common Areas and Facilities, if any, and from the center line of all interior walls separating the rentable premises from adjoining rentable premises.

e. "Premises" means the office space at 3422 Garfield Ave. Commerce, CA 90040 which is located approximately as shown in red on Exhibit 'A' attached to and incorporated in the Lease and comprises a Leasable Area of approximately 1,000 square feet.

f. "Rent" means the total of Base Rent and Additional Rent.

## Intent of Lease

2. It is the intent of this Lease and agreed to by the Parties to this Lease that rent for this Lease will be on a gross rent basis meaning the Tenant will pay the Base Rent and any Additional Rent and the Landlord will be responsible for all other service charges related to the Premises and the operation of the Building save as specifically provided in this Lease to the contrary.

## Leased Premises

3. The Landlord agrees to rent to the Tenant the office space municipally described as 3422 Garfield Ave. Commerce, CA 90040, (the "Premises") which is located approximately as shown in red on Exhibit "A" attached to and incorporated in the Lease and comprises a Leasable Area of approximately 1,000 square feet. The Premises are temporarily described as follows:

   Large conference room/showroom, four (4) offices and one (1) sample room with full access to bathrooms, employee rest areas/break room. This agreement and its descriptions will change and be

©2002-2019 LawDepot.com®

updated December of 2019. But will continue to be approximately 1,000 square feet.

The Premises will be used for only the following permitted use (the "Permitted Use"): Corporate offices for the purposes of operating a discount retail merchandise business, procuring goods and services for general corporate, retail sales and E-Commerce activities and all other related and necessary activities to operate the business.

4. While the Tenant, or an assignee or subtenant approved by the Landlord, is using and occupying the Premises for the Permitted Use and is not in default under the Lease, the Landlord agrees not to Lease space in the Building to any tenant who will be conducting in such premises as its principal business, the services of: any other tenant operating or conducting sales of retail, wholesale or online E-Commerce merchandise, goods or services.
5. No pets or animals are allowed to be kept in or about the Premises or in any common areas in the Building containing the Premises with the consent of the Landlord.
6. Subject to the provisions of this Lease, the Tenant is entitled to the use of parking (the 'Parking') on or about the Premises. Only properly insured motor vehicles may be parked in the Tenant's space.
7. The Premises are provided to the Tenant in an as-is condition with existing fixtures, chattels or leasehold improvements.

## Term

8. The term of the Lease is a periodic tenancy commencing at 12:00 midnight August 1st, 2019. and continuing on a month-to-month basis until the Landlord or the Tenant terminates the tenancy (the "Term").
9. Notwithstanding that, the Term commencing on August 1, 2019, the Tenant has been occupying the space on a temporary part-time basis with the Landlord’s approval and permission since May 1, 2019 and the Landlord has provided the Premises without charge to assist Tenant in establishing their business.

## Monthly Rent

10. Subject to the provisions of this Lease, the Tenant will pay a base rent of **$1,000.00**, payable per month, for the Premises (the "Base Rent"). In addition to the Base Rent, the Tenant will pay for any fees or taxes that may arise as the direct result of operating the Tenant's business.
11. The Base Rent shall be adjusted on the first year anniversary date from the inception of the lease and each anniversary thereafter based on the Consumer Price Index for All Urban Consumers for the Los

©2002-2019 LawDepot.com®

Angeles/Riverside/Anaheim Area as published by the United States Department of Labor, Bureau of Labor Statistics. The Base Rent adjustment amount shall be the fraction of this year's index amount divided by the preceding year's index amount for the same month multiplied by current Base Rent.

12. The Tenant will pay the Base Rent on or before the first day of each and every month of the Term to the Landlord at 3424A Garfield Ave. Commerce, CA 90040, or at such other place as the Landlord may later designate.

13. No acceptance by the Landlord of any amount less than the full amount owed will be taken to operate as a waiver by the Landlord for the full amount or in any way to defeat or affect the rights and remedies of the Landlord to pursue the full amount.

## Use and Occupation

14. The Tenant will carry on business under the name of WOW Bargains & Closeouts, Inc. dba Pic'N'Save Outlets and will not change such name without the prior written consent of the Landlord, such consent not to be unreasonably withheld. The Tenant will continuously occupy and utilize the entire Premises in the active conduct of its business in a reputable manner.

15. The Tenant covenants that the Tenant will carry on and conduct its business from time to time carried on upon the Premises in such manner as to comply with all statutes, bylaws, rules and regulations of any federal, state, municipal or other competent authority and will not do anything on or in the Premises in contravention of any of them.

    A. The tenant will restrict their movements outside of their lease area, such that an employee/agent of the landlord is accompanying the tenant at all times.

## Advance Rent

16. On execution of this Lease, the Tenant will pay the Landlord advance rent (the "Advance Rent") to be held by the Landlord without interest and to be applied on account of the Pre pay one month rent as they fall due and to be held to the extent not so applied as security for and which may be applied by the Landlord to the performance of the covenants and obligations of the Tenant under this Lease.

## Quiet Enjoyment

17. The Landlord covenants that on paying the Rent and performing the covenants contained in this Lease, the Tenant will peacefully and quietly have, hold, and enjoy the Premises for the agreed term.

## Distress

©2002-2019 LawDepot.com®

18. If and whenever the Tenant is in default in payment of Rent or any monies, whether hereby expressly reserved or deemed as rent, or any part of the rent, the Landlord may, with 24 hour notice or any form of legal process, enter upon the Premises and remove the Tenant's goods, chattels and equipment from the Premises or remove any goods, chattels and equipment at any place to which the Tenant or any other person may have removed them, in the same manner as if they had remained and been distrained upon the Premises, all notwithstanding any rule of law or equity to the contrary, and the Tenant hereby waives and renounces the benefit of any present or future statute or law limiting or eliminating the Landlord's right of distress.
19. If the Tenant continues to occupy the Premises without the written consent of the Landlord at the expiration or other termination of the Term, then the Tenant will be a tenant at will and will pay to the Landlord, as liquidated damages and not as rent, an amount equal to one hundred twenty percent (120%) of the Base Rent plus any Additional Rent during the period of such occupancy, accruing from day to day and adjusted pro rata accordingly, and subject always to all the other provisions of this Lease insofar as they are applicable to a tenancy at will and a tenancy from month to month or from year to year will not be created by implication of law; provided that nothing in this clause contained will preclude the Landlord from taking action for recovery of possession of the Premises.

## Inspections

20. Tenant acknowledges that it inspected the Premises, including the grounds and all buildings and improvements, and that they are, at the time of the execution of this Lease, in good order, good repair, safe, clean, and tenantable condition.

## Landlord Chattels

21. The Landlord will not supply any chattels other than those items provided in the common shared areas of the Premises.

## Tenant Improvements

22. The Tenant will obtain written permission from the Landlord before doing any of the following:
    a. painting, wallpapering, redecorating or in any way significantly altering the appearance of the Premises;
    b. removing or adding walls, or performing any structural alterations;
    c. changing the amount of heat or power normally used on the Premises as well as installing additional electrical wiring or heating units;

©2002-2019 LawDepot.com®

d. affixing to or erecting upon or near the Premises any radio or TV antenna or tower, or satellite dish; or

e. installing or affixing upon or near the Premises any plant, equipment, machinery or apparatus without the Landlord's prior consent.

f. Tenant will supply a written inventory list of current furniture and related equipment, as well as its condition that is on loan from the landlord.

## Tenant Chattels

23. The Tenant will not supply any chattels.

## Utilities and Other Costs

24. The Landlord is responsible for the payment of the following utilities and other charges in relation to the Premises: electricity, natural gas, water, sewer, security, heat/air conditioning, and internet service, provided that the existing broadband internet service can support the current and future needs of both parties. In the event the internet service requires additional bandwidth, Tenant agrees to pay incremental cost for additional service requirements.

25. The Tenant is responsible for the direct payment of the following utilities and other charges in relation to the Premises: telephone.

## Insurance

26. The Tenant is hereby advised and understands that the personal property of the Tenant is not insured by the Landlord for either damage or loss, and the Landlord assumes no liability for any such loss. The Tenant is advised that, if insurance coverage is desired by the Tenant, the Tenant should inquire of Tenant's insurance agent regarding a Tenant's policy of insurance.

27. The Tenant is not responsible for insuring the Landlord's contents and furnishings in or about the Premises for either damage and loss, and the Tenant assumes no liability for any such loss.

28. The Tenant is not responsible for insuring the Premises for either damage and loss to the structure, mechanical or improvements to the Building on the Premises, and the Tenant assumes no liability for any such loss.

29. The Tenant is responsible for insuring their Premises themselves, associates, agents, guests and employees with appropriate coverage . On the policy, it shall name The Re-Marketing Group, Inc. as an additional insured. Tenant minimum liability amount will be determined.

©2002-2019 LawDepot.com®

## Abandonment

30. If at any time during the Term, the Tenant abandons the Premises or any part of the Premises, the Landlord may, at its option, enter the Premises by any means without being liable for any prosecution for such entering, and without becoming liable to the Tenant for damages or for any payment of any kind whatever, and may, at the Landlord's discretion, as agent for the Tenant, relet the Premises, or any part of the Premises, for the whole or any part of the then unexpired Term, and may receive and collect all rent payable by virtue of such reletting, and, at the Landlord's option, hold the Tenant liable for any difference between the Rent that would have been payable under this Lease during the balance of the unexpired Term, if this Lease had continued in force, and the net rent for such period realized by the Landlord by means of the reletting. If the Landlord's right of reentry is exercised following abandonment of the premises by the Tenant, then the Landlord may consider any personal property belonging to the Tenant and left on the Premises to also have been abandoned, in which case the Landlord may dispose of all such personal property in any manner the Landlord will deem proper and is relieved of all liability for doing so.

## Termination

31. Either party may terminate this agreement with 60 days advance written notice.

32. Any notice, request, demand or other communication hereunder shall be in writing an shall be considered duly given or furnished when:

    a. delivered personally, by courier, messenger or overnight service with adequate confirmation of delivery;
    b. upon the date of delivery after being mailed in a postpaid envelope sent certified mail with return receipt requested; or
    c. upon confirmation of good transmission if sent via facsimile to such phone as shall have been provided in writing by either party.

## Attorney Fees

33. In the event that any action is filed in relation to this Lease, the unsuccessful party in the action will pay to the successful party, in addition to all the sums that either party may be called on to pay, a reasonable sum for the successful party's attorney fees.

## Governing Law

34. It is the intention of the Parties to this Lease that the tenancy created by this Lease and the performance under this Lease, and all suits and special proceedings under this Lease, be construed in

©2002-2019 LawDepot.com®

accordance with and governed, to the exclusion of the law of any other forum, by the laws of the , without regard to the jurisdiction in which any action or special proceeding may be instituted.

## Severability

35. If there is a conflict between any provision of this Lease and the applicable legislation of the State of California (the 'Act'), the Act will prevail and such provisions of the Lease will be amended or deleted as necessary in order to comply with the Act. Further, any provisions that are required by the Act are incorporated into this Lease.

## Assignment and Subletting

36. The Tenant will not assign this Lease in whole or in part, nor sublet all or any part of the Premises, nor grant any license or part with possession of the Premises or transfer to any other person in whole or in part or any other right or interest under this Lease (except to a parent, subsidiary or affiliate of the Tenant), without the prior written consent of the Landlord in each instance, which consent will not be unreasonably withheld so long as the proposed assignment or sublease complies with the provisions of this Lease.
37. Notwithstanding any assignment or sublease, the Tenant will remain fully liable on this Lease and will not be released from performing any of the terms, covenants and conditions of this Lease.
38. If the Lease is assigned or if the Premises or any part of the Premises are sublet or occupied by anyone other than the Tenant, the Landlord may collect rent directly from the assignee, subtenant or occupant, and apply the net amount collected, or the necessary portion of that amount, to the rent owing under this Lease.
39. The prohibition against assigning or subletting without the consent required by this Lease will be constructed to include a prohibition against any assignment or sublease by operation of law.
40. The consent by the Landlord to any assignment or sublease will not constitute a waiver of the necessity of such consent to any subsequent assignment or sublease.
41. Landlord and Tenant acknowledge the Premises are subject to a lease agreement ("Master Agreement") between Landlord and ____________________________________________________ dated _______________________ . Landlord acknowledges it has the right to sublease the Premises under the Master Agreement. Landlord acknowledge and agrees that Landlord is solely responsible for the Master Agreement and expressly indemnifies Tenant for any potential or actual breach of the Master Agreement

## Bulk Sale

©2002-2019 LawDepot.com®

42. No bulk sale of goods and assets of the Tenant may take place without first obtaining the written consent of the Landlord, which consent will not be unreasonably withheld so long as the Tenant and the Purchaser are able to provide the Landlord with assurances, in a form satisfactory to the Landlord, that the Tenant's obligations in this Lease will continue to be performed and respected, in the manner satisfactory to the Landlord, after completion of the said bulk sale.

## Care and Use of Premises

43. The Tenant will promptly notify the Landlord of any damage, or of any situation that may significantly interfere with the normal use of the Premises.
44. Vehicles which the Landlord reasonably considers unsightly, noisy, dangerous, improperly insured, inoperable and/or unlicensed are not permitted in the Tenant's parking stall(s), and such vehicles may be towed away at the Tenant's expense provided the Landlord shall notify Tenant 48 hours prior to removing such Vehicle. Tenant Parking facilities are provided at the Tenant's own risk. The Tenant is required to park in only the space allotted to them.
45. The Tenant will not make (or allow to be made) any noise or nuisance which, in the reasonable opinion of the Landlord, disturbs the comfort or convenience of other tenants.
46. The Tenant will not engage in any illegal trade or activity on or about the Premises.
47. The Landlord and Tenant will comply with standards of health, sanitation, fire, housing and safety as required by law.

## Surrender of Premises

48. At the expiration of the lease term, the Tenant will quit and surrender the Premises in as good a state and condition as they were at the commencement of this Lease, reasonable use and wear and damages by the elements excepted.

## Hazardous Materials

49. The Tenant will not keep or have on the Premises any article or thing of a dangerous, flammable, or explosive character that might unreasonably increase the danger of fire on the Premises or that might be considered hazardous by any responsible insurance company.

## Rules and Regulations

50. The Tenant will obey all rules and regulations posted by the Landlord regarding the use and care of the Building, parking lot and other common facilities that are provided for the use of the Tenant in and around the Building on the Premises.

©2002-2019 LawDepot.com®

## Access Inspection

51. The Premises has been inspected by a Certified Access Specialist, and the Tenant acknowledges receiving the information required by section 1938 of the California Civil Code (the "Access Disclosure") at least 48 hours prior to executing this Lease. The Tenant will keep the Access Disclosure confidential.

52. The Access Disclosure is provided only to comply with section 1938 of the California Civil Code and is not a warranty or representation under the Lease or of any current or future compliance with accessibility standards regarding the Premises.

## General Provisions

53. Any waiver by the Landlord of any failure by the Tenant to perform or observe the provisions of this Lease will not operate as a waiver of the Landlord's rights under this Lease in respect of any subsequent defaults, breaches or nonperformance and will not defeat or affect in any way the Landlord's rights in respect of any subsequent default or breach.

54. This Lease will extend to and be binding upon and inure to the benefit of the respective heirs, executors, administrators, successors and assigns, as the case may be, of each party to this Lease. All covenants are to be construed as conditions of this Lease.

55. All sums payable by the Tenant to the Landlord pursuant to any provision of this Lease will be deemed to be Additional Rent and will be recoverable by the Landlord as rental arrears.

56. Where there is more than one Tenant executing this Lease, all Tenants are jointly and severally liable for each other's acts, omissions and liabilities pursuant to this Lease.

57. Time is of the essence in this Lease.

58. This Lease will constitute the entire agreement between the Landlord and the Tenant. Any prior understanding or representation of any kind preceding the date of this Lease will not be binding on either party to this Lease except to the extent incorporated in this Lease. In particular, no warranties of the Landlord not expressed in this Lease are to be implied.

**IN WITNESS WHEREOF** the Parties to this Lease have duly affixed their signatures under hand and seal, or by a duly authorized officer under seal, on this 1st day of September, 2019.

©2002-2019 LawDepot.com®

ReMarketing Group (Landlord)

______________________________

(Witness) Per:______________________(SEAL)

WOW Bargains & Closeouts, Inc. (Tenant)

______________________________

(Witness) Per:______________________(SEAL)

©2002-2019 LawDepot.com®

**EXHIBIT "A"**

©2002-2019 LawDepot.com®

# EXHIBIT 27

October 23, 2019

ReMarketing Group
3424A Garfield Avenue
Commerce CA 90040
Attn: Greg Sherwin

RE: Lease Agreement between ReMarketing Group and WOW Bargains & Closeouts, Inc. dated August 1, 2019

Greg,

Please accept this letter as our notice to terminate the above referenced agreement per paragraph 31 as stated: "Either party may terminate this agreement with 60 days advance written notice". As a result, our last day of occupancy will be December 22nd, 2019. We can schedule a final walk through on Friday, December 20th, 2019 at a mutually convenient time to inspect the premises and confirm the condition upon our departure.

We would like to thank you for the opportunity and courtesy provided during our tenancy.

Best regards,

Mark J. Miller
WOW Bargains and Closeouts, Inc.
3422 Garfield Avenue
Commerce CA 90040

ReMarketing Group (Landlord)

Per:______________________________(SEAL)

WOW Bargains & Closeouts, Inc. (Tenant)

Per:______________________________(SEAL)

# EXHIBIT 28

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

PIC 'N' SAVE[SM]
BARGAINS & CLOSE-OUTS

Mark J. Miller
CHAIRMAN / CEO / PRESIDENT

(818) 454-8864

mmiller@pnsoutlets.com

4519 Everett Ave | Vernon, CA 90058

PIC 'N' SAVE℠

BARGAINS & CLOSE-OUTS

Wendell Daniel
CFO

(949) 375-8566

wdaniel66@gmail.com

4519 Everett Ave | Vernon, CA 90058

PIC 'N' SAVE℠

BARGAINS & CLOSE-OUTS

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 29

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 30

# EXHIBIT 31

PageVault

| | |
|---|---|
| Document title: | Pic 'N' Save Bargains \| Facebook |
| Capture URL: | https://www.facebook.com/pnsbargains |
| Captured site IP: | 157.240.229.35 |
| Page loaded at (UTC): | Thu, 15 Apr 2021 01:20:22 GMT |
| Capture timestamp (UTC): | Thu, 15 Apr 2021 01:40:08 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 35 |
| Capture ID: | b2564342-ed7d-482c-aa43-54a3b5b49665 |
| User: | lrrc-sgoodwin |

PDF REFERENCE #: 7CTpC6cKsjrDU9CZtnfFrv

Search Facebook

Stacy




## Pic 'N' Save Bargains

@pnsbargains · Shopping & Retail

Contact Us

pnsbargains.com

Home Reviews Photos Community More

Like Message

**About** See All

2120 E. Lincoln Ave. Anaheim, CA

Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

**Suggest Edits**

Is this the right phone number for this place?

+18337426728

Yes Unsure No

**Photos** See All



**Videos** See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

Create Post

Photo/Video Check in Tag Friends

**Pic 'N' Save Bargains**
8h ·

Tell the Senior Citizens (65+) in your life that on the 15th of every month, they can save 10% off their purchases.

The opportunities to save are endless at Pic 'N' Save Bargains!




Like Comment Share

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
April 8 at 12:35 AM · Anaheim, CA ·

Did you know Pic 'N' Save Bargains receives new merchandise every week?!

Every.

Single.

Week.

So it truly is like a new store every week!

Come in, see for yourself, and bring a friend.




7 1 Share

Like Comment Share

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT



WOW00002580

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

7 | 1 Share

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
April 4 at 1:21 AM · Anaheim, CA

Just a friendly reminder... we will be closed tomorrow, Sunday, April 4, for Easter.

If you celebrate the holiday, enjoy the day with your family.

Happy Easter!




13 | 1 Comment

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**Sylvia Ramirez-Sanchez**
Thank you! Happy Resurrection Day
2
Like · Reply · 1w

Write a comment...

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
April 3 at 12:08 AM · Anaheim, CA

Woo hoo!! Looks who's coming back at PNSB!!

Bring your Happy Ice receipt into the store for 10% off your purchase.

Tomorrow (Saturday, April 3 only). 1:00-6:00 pm.




11 | 1 Comment 2 Shares

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**David Eckels**
Hawaiian style?
Like · Reply · 1w

Write a comment...

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
March 31 at 2:31 PM · Anaheim, CA

Come in today for everything you need for Easter, enter to win a

Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

---

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
March 31 at 2:31 PM · Anaheim, CA

Come in today for everything you need for Easter, enter to win a basket full of goodies, and SATURDAY to meet the Easter Bunny! 🐰🐰🐰




1

Like Comment Share

Write a comment...

Press Enter to post.

---

**Pic 'N' Save Bargains**
March 30 at 4:02 PM

We can never say ~thank you~ enough to all of our first responders and those that keep us safe.

One small way we can show our appreciation is by offering a discount. On the 30th of every month all first responders and military personnel (with valid ID) receive 10% off of their entire purchase.

Make sure to share this post with any first responders you know or tag them below and say thanks. 😉




2

Like Comment Share

Write a comment...

Press Enter to post.

---

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
March 26 at 5:16 PM · Anaheim, CA

Do you have plans this weekend?

Come to the Anaheim Town Square Pic 'N' Save Bargains to enter to win an Easter basket full of all sorts of goodies, including $150 IN COLD HARD CASH!! 🤑🤑🤑 #nopurchasenecessary




---

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook    Stacy

**Pic 'N' Save Bargains**    Contact Us    Like    Message

## About

See All



2120 E. Lincoln Ave, Anaheim, CA

Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes    Unsure    No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




2

Like    Comment    Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** updated their cover photo.
March 25 at 5:09 PM




4

Like    Comment    Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
March 24 at 10:59 PM · Anaheim, CA

Did you know that 9 out of 10 Pic 'N' Save Bargains customers are repeat customers? We love seeing friendly faces over and over.

We also love reviews like this... Thank you, Megan C. We hope to see you again soon. 😉




14    1 Share

Like    Comment    Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
March 22 at 6:09 PM · Anaheim, CA

Easter is right around the corner!

Come stock up all all your Easter goodies and meet the Easter Bunny on Saturday, April 3. 🐰

This will be a socially distance event.




**Pic 'N' Save Bargains**
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




5 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
March 17 at 8:53 PM · Anaheim, CA

1:00-6:00 TODAY ONLY!!

And bring your Happy Ice receipt to receive 10% off your entire purchase!! #winwin




2

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
March 17 at 3:10 PM · Anaheim, CA

Happy St. Patrick's Day! Pic a green coin and your entire purchase is FREE!! One winner every four hours. Today only!!




4

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
March 16 at 5:58 PM · Anaheim, CA

It's a new store each and every week! Come visit us today to see what's new. #shophappy #alldayeveryday




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

- 1,395 people like this
- 1,441 people follow this
- 89 people checked in here
- http://pnsbargains.com/
- (833) 742-6728
- Send Message
- Price Range · $
- customerhelp@pnsbargains.com
- Open Now 9:00 AM - 8:00 PM
- Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

- Page created - June 29, 2020
- Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




2 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains**.

March 12 · Anaheim, CA

Forgot your mask? No problem!
If you don't have a mask when you come to the store, we will have one waiting for you, so you're able to browse for bargains while staying safe. 😊

Your health is our team's top priority, so we will ensure that you're safe anytime you visit Pic 'N' Save Bargains.




2

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**

March 10

Feeling lucky? 🍀🍀🍀 We have something fun planned for St. Patrick's Day... When you check out on Wednesday, March 17, you'll have four opportunities (one winner every four hours) to Pic 'N' Win!! If you pick a green coin, your entire purchase is FREE!




10 · 4 Shares

Like · Comment · Share

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
March 8 ·

Did you know that 9 out of 10 Pic 'N' Save Bargains customers are repeat customers? We love seeing friendly faces over and over.

We also love reviews like this... Thank you Patricia M. of Quail Valley. We hope to see you again soon. 😉




10

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
March 4 · Anaheim, CA ·

Have you been to the all new Pic 'N' Save Bargains? We are a ⭐new⭐ store every week full of quality, brand name products at amazing prices!

Come say hi and you may find yourself featured in our Customer 💛 Highlights! 😉




11 · 1 Share

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
March 2 · Anaheim, CA ·

We appreciate our educators and all that they do, so we have a special gift for you.

On the 1st of every month, if you stop by our store and present your teaching badge, you'll receive 10% off of your entire purchase.

It's still March 1st for a few more hours... hurry in! ⏰⏰⏰



Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

**About** See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

**Suggest Edits**

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

**Photos** See All



**Videos** See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

**Page Transparency** See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

**Add Your Business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021



3 · 2 Shares

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
February 26 · Anaheim, CA ·

It's a new story each and every week! Come visit us today to see what's new. #shophappy




5 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
February 24 · Anaheim, CA ·

Regular hand sanitizers are hard on your hands and leave them feeling dry and cracked.

Not BEE CLEAN.

Their beeswax formula softens and moisturizes while killing 99.99% of germs. Plus, it's 100% organic.

Pic 'N' Save Bargains has BEE CLEAN in stock for less... Come try it for yourself! 🐝🐝🐝




3 · 1 Comment

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT



WOW00002587

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

3 · 1 Comment

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Colette Truax**
I wish you had had some yesterday 😉

Like · Reply · 3w

Write a comment...

**Pic 'N' Save Bargains**
February 21 ·

It's National Love Your Pet Day and our pet spokesdog, Cooper wants you to spoil your pet and knows just the place to find all the best gear. 🐾❤️




6

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains**.
February 18 · Anaheim, CA ·

These readers are so cool and ultra-thin so they fit on or in phones, keys, wallets, or purses. We've got 'em at an unbelievable price... hurry in! 😎😎😎




5 · 2 Comments

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Sue Bolton Edwards**
Oh Wow!!! Thanks! I will tell Johann!

Like · Reply · 7w

Author
**Pic 'N' Save Bargains**
Please do, they are kind of amazing and you can't beat the price! 😉

Like · Reply · 7w · Edited

Write a reply...

Press Enter to post.

**Pic 'N' Save Bargains**
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Write a reply...
Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains** updated their cover photo.
February 18 ·




4

Like | Comment | Share

Write a comment...
Press Enter to post.

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
February 18 · Anaheim, CA ·

Got milk, but need cereal?

Stock up today at PNSB!

We have all the best brands! Your choice, 12 oz. boxes or larger, for just $1.99-$2.99. Hurry in before they're gone!




2

Like | Comment | Share

Write a comment...
Press Enter to post.

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
February 15 · Anaheim, CA ·

It's President's Day, also known as Washington's Birthday. It's a day dedicated to celebrating all U.S. presidents, past and present.

Pic 'N' Save Bargains is proud to feature an entire section of our store dedicated to items made in America.

Visit us today to see what's for sale! We are open 9:00 a.m. - 8:00 p.m. as usual.




Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021



6 | 1 Share

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
February 12 ·




Now it's easier to contact Pic 'N' Save Bargains.

Contact Us

Like | Comment | Share

**Pic 'N' Save Bargains**
February 12 ·

Check out this great deal!! Compare at $74.99, at PNSB ONLY $49.99!!

Ingenuity's Trio 3-In-1 High Chair is every feeding chair baby will need from 6 months to 5 years old!

Three modes include a full-size high chair, booster seat, and toddler chair. When used as a booster and toddler chair, it can even seat two children at the same time.

These will move fast... hurry in!




2 | 1 Share

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at Pic 'N' Save Bargains.
February 11 · Anaheim, CA ·

Come visit us, say hi, snap a photo, and share your experience on social media.

Don't forget to use our hashtags: #PicNSaver and #PNSBargains for a chance to be featured in our IG Stories!




Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

## About
See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos
See All



## Videos
See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency
See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




7 · 4 Comments

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Tucker James**
welcome back 1

Like · Reply · 8w

Author
**Pic 'N' Save Bargains**
**Tucker James** Thanks! Have you been in the store yet?

Like · Reply · 8w

**Tucker James**
I worked for pic n save from 1980 to 1984 at the garden grove location 1

Like · Reply · 8w

Author
**Pic 'N' Save Bargains**
How wonderful! We'd love to hear what you think of the all new Pic 'N' Save Bargains.

Like · Reply · 8w

Write a reply...

Press Enter to post.

Write a reply...

Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains**.
February 6 · Anaheim, CA

Have you visited Pic 'N' Save Bargains yet?

We get a new shipment of exciting merchandise every week, so every week it's like a new store!

Come say hi! And bring a friend. 😉




7 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains**.
February 6 · Anaheim, CA

With Valentine's Day just around the corner, check this out!

Visit our store and enter to win 1 of 5 Valentine's Day Gift Baskets (valued at $300!).

Here's what you'll get if you win:

❤️2 field level seats to any 2021 Dodger home game (no playoff games), ($150.00 value)
❤️1 Box of Sees chocolate ($30.00 value)
❤️1 $25.00 Cancun Juice gift certificate
❤️1 $25.00 Visa gift card
❤️1 $25.00 PNSB gift card
❤️1 $25.00 Applebee's gift certificate
❤️ $20.00 worth of assorted PNSB Valentine's Day merchandise

Simply fill out a card at one of the registers and winners will be selected at random and notified February 13.

Good luck!

This giveaway is not affiliated with Facebook or Instagram. No

**Pic 'N' Save Bargains**

**Pic 'N' Save Bargains**
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa



**Exhibit 31**
**Page 299**

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

selected at random and notified February 13.

Good luck!

This giveaway is not affiliated with Facebook or Instagram. No purchase necessary. Pic 'N' Save Bargains Anaheim Town Square location only.




26 · 3 Comments 6 Shares

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

John McCrocklin
Heidi Dawson 2
Like · Reply · 9w

Tucker James
welcome back PNS 1
Like · Reply · 9w

Tonya D. Wertman
Tucker James Thanks so much!
Like · Reply · 9w

Write a reply...

Press Enter to post.

Write a comment...

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
February 4 · Anaheim, CA

It was an honor just to be nominated and then we ranked #1!! Thank you, Bargains LA!!

Visit https://bargainsla.com/.../2020-top-ten-frugal-bugles.../... for complete list and more information.




8 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains is at Pic 'N' Save Bargains.
February 2 · Anaheim, CA

In addition to having an entire section devoted to Valentine's Day goodies, we also have these 15.7 oz. bags of assorted scrumptious chocolates.

Get 'em before they're gone!

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook
Stacy

Pic 'N' Save Bargains
Contact Us | Like | Message

## About
See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

- 1,395 people like this
- 1,441 people follow this
- 89 people checked in here
- http://pnsbargains.com/
- (833) 742-6728
- Send Message
- Price Range · $
- customerhelp@pnsbargains.com
- Open Now 9:00 AM - 8:00 PM
- Shopping & Retail

## Suggest Edits
Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos
See All



## Videos
See All




Tell the Senior Citizens (65+) in your life ...
13 Views · 8 hours ago

## Page Transparency
See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

- Page created - June 29, 2020
- Page manager location: United States

## Add Your Business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




2

Like | Comment | Share

Write a comment...
Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains**.
January 29 · Anaheim, CA

Hurry in, at only $4.99 each, these NARS eyeshadows will go fast!!

Available in the following colors:
Argentina
Big Sur
Goa
New York
Night Clubbing
Night Reef
Pointe Noir
Pyrenees




2

Like | Comment | Share

Write a comment...
Press Enter to post.

**Pic 'N' Save Bargains**
January 27

Hurry in for this great deal... 25% off other retailers?! What a bargain! #picnsaver




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail
When you send a message, Pic 'N' Save Bargains will see your public info.
Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message




6

Like Comment Share

Write a comment...

Press Enter to post.

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 24 · Anaheim, CA

Looking for an energy boost to get you through a new week?

We've got Red Bull... four flavors - peach, blueberry, tropical, and cola - 8oz. cans for 50% off other retailers!

Hurry in soon before they're gone!




3

Like Comment Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 23 · Anaheim, CA

We ❤️ our customers and your friends too!

For a limited time, bring your friend to Pic 'N' Save Bargains and you BOTH will get 10% off your entire purchase.

Offer expires February 15, 2021 and is only valid at Anaheim Town Square location.




9 3 Shares

Like Comment Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** updated their cover photo.
January 21




Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




8 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 21 · Anaheim, CA

Pic 'N' Save Bargains is here to deliver branded products and a superior experience for our customers. With a clean, organized, shopping environment, excellent customer service, and more deals than ever before, we're bringing the excitement back to bargain hunting in a big way. Come say hi!




14 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 18 · Anaheim, CA

At Pic 'N' Save Bargains, we believe you can never have enough friends. 🥰

This is more than just an inspirational quote, it's a movement. And today is a day to honor and reflect on the life and accomplishments of Dr. King.




9 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 15 · Anaheim, CA

Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook Stacy

Pic 'N' Save Bargains | Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

---

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 15 · Anaheim, CA

When it comes to cleaning products, Pic 'N' Save Bargains has got you covered. Come in today for name brands you know and trust and pay less!! 😊




1

Like | Comment | Share

Write a comment...

Press Enter to post.

---

**Pic 'N' Save Bargains**
January 15

Did you hear? Pic 'N' Save Bargains was named #1 in Bargains_A's 2020 Top Ten "Frugal Bugles Awards"!! 😊

https://bargainsla.com/.../2020-top-ten-frugal-bugles.../



BARGAINSLA.COM

**2020 Top Ten " Frugal Bugles Awards"**

BargainsLA Top Ten Discount Outlets in Southern California and onl...

5

Like | Comment | Share

Write a comment...

Press Enter to post.

---

**Pic 'N' Save Bargains** is at **Pic 'N' Save Bargains.**
January 13 · Anaheim, CA

You're not going to believe this, but we can't keep this 5 gallon water bottle in stock! 💦

Get yours today while supplies last. Only $4.99!! Compared to $23.57 at other retailers.




6 · 9 Comments

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**Lawrence Pagsanjan**
We just got like 5pcs of them 😊 thank you!!

Like · Reply · 13w

Author

---

**Pic 'N' Save Bargains**
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT



WOW00002596

**Exhibit 31**
**Page 304**

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Like · Reply · 13w

Author
Pic 'N' Save Bargains
Lawrence Pagsanjan Oh, that is awesome!

Like · Reply · 12w

Write a reply...

Press Enter to post.

David Eckels
Happy Birthday to me, Happy Birthday to me. 😀

Like · Reply · 13w

David Eckels
Do you have online ordering? I am house-bound.

Like · Reply · 12w

Author
Pic 'N' Save Bargains
David Eckels No, not at this time. So sorry.

Like · Reply · 12w

David Eckels
When you grow- and you will- the online route may be an option in the future.

Like · Reply · 12w

Author
Pic 'N' Save Bargains
David Eckels Most definitely! One of the issues with online sales is that we are constantly revolving our inventory but do keep following so you'll know once and if we start.

Like · Reply · 12w

David Eckels
Pic 'N' Save Bargains Maybe approach things like Grocery Outlet- "Get it now, because once it is gone, it's gone." Food for thought.

Like · Reply · 12w

Write a reply...

Press Enter to post.

Write a reply...

Press Enter to post.

Write a comment...

Pic 'N' Save Bargains
January 7

In this time of COVID-19, maintaining a clean space is essential. Stop by to get Awesome cleaner for .99¢ or Fabuloso for only .89¢! Hop into your New Years routine by staying clean!✨

#PNSBargains #NewYearNewBargains



2

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains
January 7

Pic 'N' Save Bargains is a place filled with fun for the whole family! With a variety of new products every week, you'll feel like you're shopping at a new store every time!

#PNSBargains #HappyNewYear #AnaheimTownSquare




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




14 · 6 Comments 1 Share

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**Malia Augustine**
Went for the first time yesterday and was amazed at the prices, selection and how friendly everyone was! I'll definitely be a regular shopper! The only suggestion I have is that for the area you're in, it would be great if you accepted ebt.
Like · Reply · 13w · 1

Author
**Pic 'N' Save Bargains**
Thank you so much for the feedback, we are definitely looking into adding this.
Like · Reply · 12w

Write a reply...
Press Enter to post.

**Geoff Henderson**
plan to stop by after the covid risk improves....
Like · Reply · 13w · 1

Author
**Pic 'N' Save Bargains**
Sounds good! We understand.
Like · Reply · 13w · 1

**Susan Zaragoza**
Geoff Henderson where are you located?
Like · Reply · 13w · 1

**Geoff Henderson**
Susan Zaragoza we live in the neighborhood next to the Anaheim Town Square- walking distance.... lived here for over 25 years... :->
Like · Reply · 13w · 1

Write a reply...
Press Enter to post.

Write a reply...
Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains**
January 1 ·

We are starting off the year with a Thank You to all first responders. On the 1st of every month, when you come into our store, all first responders and military personnel will receive 10% off of their entire purchase. Make sure to share this post with any military & first responders that you know!




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message




2

Like Comment Share

Write a comment...

Press Enter to post.

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Pic 'N' Save Bargains
December 31, 2020

The New Year calls for NEW bargains!
Save $9 on this 24 pack of exclusive Mexican Coca Cola! Now THAT'S a reason to stop by our store this season 😜✨🎁

#PNSBargains #MexicanCocaCola #AnaheimTownSquare #HolidaySeason #HappyHolidays #Anaheim #HolidayGifts #PicNSaver #SaveMoney #SocialDistancing #CouponCommunity #HolidayEssentials #RetailPrice




1 Share

Like Comment Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains
December 30, 2020

NARS is one of the leading brands in the makeup industry... and we now carry NARS eyeshadows for more than half price off!

#PNSBargains #SeasonsGreetings




2 · 1 Share

Like Comment Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains
December 29, 2020

50% off Dr. Scholls Insoles? That bargain is out of control!! 😍
Make your walk into the New Year smoother with insoles that are only $5.99!

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message | ...

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




3

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 28, 2020

COVID-19 has changed our day-to-day lives, but our team is adapting as needed. Rest assured, we'll provide you with a safe and healthy experience anytime you come into our store and so much more!




12

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 24, 2020

Need a last minute gift? We are open today!




Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




5 · 1 Comment 1 Share

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

Tucker James
Welcome back pic n save I worked for the original company for four years
Like · Reply · 15w · 1

Write a comment...

Pic 'N' Save Bargains
December 23, 2020

Tis the season for bargains that make holiday shopping a good reason!
Save $9 on this 24 pack of exclusive Mexican Coca Cola! Now THAT'S a reason to stop by our store this season 😜✨🎁
#PNSBargains #CocaCola




3

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains
December 18, 2020

There's nothing like the gift of a bike under the tree, but being safe while riding it is just as important. Stop by and pick out a cool helmet for at the low price of $9.99!
We have Holiday gifts and fun for everyone!

#PNSBargains #AnaheimTownSquare #HolidaySeason




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




2

Like | Comment | Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 17, 2020

Tis the season for Holiday Giveaways! Read the information below to learn more on how-to enter our gift giveaway!




14

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**David Eckels**
Amanda Reimer Kirk Reimer Jennifer Winters
Like · Reply · 16w

Write a comment...

**Pic 'N' Save Bargains**
December 17, 2020

Make sure you tune into The Tim Conway Jr. Show on KFI-AM 640 from 6-10PM on Weekdays! If you stop by to shop with us, you can get 10% off when you say "KFI" at checkout!

#TimConwayJrShow #PNSBargains #AnaheimTownSquare #HolidaySeason




Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message




2 · 2 Comments 1 Share

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Lynella Jordan**
Kololia Pagala, remember, we gotta say KFI. LOL.
Like · Reply · 16w

**Lynella Jordan**
Kololia Pagala, this ad.
Like · Reply · 15w

Write a reply...

Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains**
December 16, 2020

COVID-19 safety is our top priority, so we're making sure your shopping experience is the best and safest possible!
The holiday season at Pic 'N' Save Bargains is safe and fun for everyone! ✨

#PNSBargains #COVID19 #HealthSafety #AnaheimTownSquare




10 · 2 Comments 1 Share

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Betsy Jane Kennedy**
I really appreciated walking into the store today and being offered a freshly wiped down cart. The store is immaculate! We appreciate all your hard work and effort!
Like · Reply · 17w

Author
**Pic 'N' Save Bargains**
Thank you, we love hearing this. It is our duty to keep our staff and every customer that walks through the door safe.
Like · Reply · 15w

Write a reply...

Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains**
December 15, 2020

Paper Towels, Toilet Paper, Napkins, oh my! Mix and Match these everyday essentials for only $0.89!

-Paper Towels: 90 Sheets
-Napkins: 180 Count
-Toilet Paper: 4 rolls

#PNSBargains #AnaheimTownSquare




## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

**Pic 'N' Save Bargains**

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




6 · 3 Comments 1 Share

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Paul Roden**
If you were near me- I'd be there!
Like · Reply · 17w

Author
**Pic 'N' Save Bargains**
Paul Roden Where do you live?
Like · Reply · 15w

**Paul Roden**
Pic 'N' Save Bargains - in the Riverside area. There used to be a few Pic'n'Save stores nearby that had either turned into Big Lots or just went away. Sad.
Like · Reply · 15w

Reply to Pic 'N' Save Bargains...

Press Enter to post.

Write a reply...

Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains**
December 4, 2020

Welcome to our game show, The Price is Wow! Where we show you products from the store, and you try to guess the PNS Bargains price! Comment your favorite featured product down below!

Contestants: @paulanthonylove @janinarocks @i_lagares

#ThePriceIsWow #PNSBargains #PicNSavers




5 · 1 Share

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 3, 2020

We appreciate our educators and all that they do, so we have a special gift for you. On the 1st of every month, if you stop by our store and present your teaching badge, you'll receive 10% off of your whole purchase! Don't forget to mark your calendars!

#PNSBargains #AnaheimTownSquare #HonoringEducators



Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021




4 · 3 Shares

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 2, 2020

We take the holiday season seriously around here, so it's important to have good holiday essentials! Check out these mini Christmas lights that we carry for only $1.99! Now that's a steal! Hurry over and get them before they're gone! 🌲✨

#PNSBargains #HolidaySeason #PicNSavers

PIC 'N' SAVE BARGAINS

10 · 3 Shares

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
December 1, 2020

Blend more & spend less! An @Oster blender for 40% off?! That's a bargain better than the rest! 😋✨

Stop by our store in @anaheimtownsquare to get more popular products while they're still here!

#PNSBargains #AnaheimTownSquare #ExclusiveDiscounts




1 · 2 Shares

Like · Comment · Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

---

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
November 30, 2020

It is our main priority to provide you with a safe shopping experience anytime you come in. Some of the measures that we're taking are:
- Social distancing within the store.
- Incorporating multiple sanitary stations.
- Implementing mask requirements for our staff and community.
The Pic 'N' Save bargains team is here to ensure you stay safe while also having fun!

#PNSBargains #AnaheimTownSquare #CovidSafety



6 · 5 Shares

Like · Comment · Share

Write a comment...

Press Enter to post.

**Pic 'N' Save Bargains**
November 24, 2020

When coming to our store, the shopping experience is truly one of a kind.

You will be welcomed by our team that is dedicated to assisting you, a range of unique items in the Pic 'N' Save Alley, and most importantly, a COVID-19 safe sanitized environment.

Like this post if you'll be shopping with us✨We can't wait to see you! 🎉
#PNSBargains #AnaheimTownSquare #CouponCommunity




21 · 11 Comments 9 Shares

Like · Comment · Share

All Comments

Write a comment...

Press Enter to post.

**Beth Irvin**
I thought PIC N SAVE was BIG LOTS now. There was a store called PIC N SAVE a long time ago, then I think it changed to BIG LOTS.
Like · Reply · 19w

Author
**Pic 'N' Save Bargains**
Beth Irvin We are a different store, but our president used to be a president of the old Pic 'N' Save.
Like · Reply · 19w

**Beth Irvin**
I didn't know anything about Pic 'N' Save Bargains. How long has the store been around? Are you building one near San Clemente?
Like · Reply · 19w

Write a reply...

Press Enter to post.

**Marina Doria**
Is this where the old K Mart used to be?
Like · Reply · 20w

**Crystal Cormier Young**
Marina Doria in the same shopping center but in a different building it's right next to Golden corral it's in the same building that used to be staple
Like · Reply · 20w

**Marina Doria**

---

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook    Stacy

Pic 'N' Save Bargains    Contact Us    Like    Message

## About
See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos
See All




## Videos
See All




Tell the Senior Citizens (65+) in your life ...
13 Views · 8 hours ago

## Page Transparency
See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

---

Like · Reply · 23w

**Marina Doria**
**Crystal Cormier Young** thank you. I'll check it out. 😊
Like · Reply · 20w

Write a reply...
Press Enter to post.

Author
**Pic 'N' Save Bargains**
Same shopping center, Anaheim Town Square but where the Staples used to be. Come see us!
Like · Reply · 19w

Write a reply...
Press Enter to post.

**Julie Bennett-Bastian**
Isn't pick n save, big lots now
Like · Reply · 19w

Author
**Pic 'N' Save Bargains**
**Julie Bennett-Bastian** We are a different store, but our president used to be a president of the old Pic 'N' Save.
Like · Reply · 19w

Write a reply...
Press Enter to post.

**Rhonda Jean Moynihan**
Welcome to East Anaheim... Steve FAESSEL IS ABSOLUTELY THE BEST GUY IN THE WORLD TO LEAD OUR DISTRICT AND WISH YOU LUCK ON YOUR GRAND OPENING! I GREW UP WITH PIC N SAVE... EXCITED!
Like · Reply · 18w

Author
**Pic 'N' Save Bargains**
Thank you! We are thrilled to be here.
Like · Reply · 19w

Write a reply...
Press Enter to post.

Write a comment...

**Pic 'N' Save Bargains**
November 24, 2020

If you know, you know. We carry the best chips 😋 🔥 🇲🇽 Just $2.49 each

What's your favorite Sabritas flavor? Comment below!




17    16 Comments 4 Shares

Like    Comment    Share

All Comments

Write a comment...
Press Enter to post.

**Hector Navarro**
I thought pic n save turned into big lots
Like · Reply · 19w

Author
**Pic 'N' Save Bargains**
**Hector Navarro** We are a different store, but our president used to be a president of the old Pic 'N' Save.
Like · Reply · 19w

Write a reply...
Press Enter to post.

**Michelle Angelina Martinez**
Where is this store located
Like · Reply · 20w

Author
**Pic 'N' Save Bargains**

---

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All




## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Like · Reply · 20w

Author
Pic 'N' Save Bargains
Michelle Angelina Martinez We're located at 2120 E Lincoln Ave, Anaheim, CA 92806. Right in Anaheim Town Square!

Like · Reply · 20w

Michelle Angelina Martinez
Pic 'N' Save Bargains I went looking for this 1

Like · Reply · 20w

Victoria Mummert
Michelle Angelina Martinez In the same lot as Target and the 99 cent store. Been there a few times since opening and they got some great deals on stuff. 1

Like · Reply · 19w

Michelle Angelina Martinez
Victoria Mummert ok thank you for letting me know. 1

Like · Reply · 19w

Author
Pic 'N' Save Bargains
Victoria Mummert Thanks! Keep come back and tell your friends. 😉

Like · Reply · 19w

Victoria Mummert
Pic 'N' Save Bargains Oh ya, will definatly be back!! And just for the record, your staff is amazing there too!! 😀

Like · Reply · 19w

Reply to Pic 'N' Save Bargains...

Press Enter to post.

Write a reply...

Press Enter to post.

Joanna Basua



1

Like · Reply · 19w

Author
Pic 'N' Save Bargains
Joanna Basua We sell Scooby snacks too. 😉

Like · Reply · 19w

Joanna Basua
Pic 'N' Save Bargains




Like · Reply · 19w

Reply to Pic 'N' Save Bargains...

Press Enter to post.

Write a reply...

Press Enter to post.

Esther Aquino
Colmillos!! 😀 1

Like · Reply · See Translation · 20w

Marisol Soliz
Sandy Ramirez omg the chips 2

Like · Reply · 19w

Sandy Ramirez
Marisol Soliz yes! Danksss 1

Like · Reply · 19w

Marisol Soliz
Sandy Ramirez charooo 2

Like · Reply · 19w

Write a reply...

Press Enter to post.

Write a reply...

Press Enter to post.

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

Write a reply...

Press Enter to post.

Write a comment...

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Pic 'N' Save Bargains
November 22, 2020




Pic 'N' Save Bargains updated their address.

Get Directions

5 | 5 Comments

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**Kat Swartz**
Where's the next location opening?
Like · Reply · 20w

Author
**Pic 'N' Save Bargains**
Kat Swartz Not sure yet, but we are working on it!
Like · Reply · 23w

**Kat Swartz**
Pic 'N' Save Bargains hope you guys come out to the Inland Empire area soon..
Like · Reply · 20w

Author
**Pic 'N' Save Bargains**
Kat Swartz You never know!
Like · Reply · 19w

Reply to Pic 'N' Save Bargains...

Press Enter to post.

Write a reply...

Press Enter to post.

**Lynella Jordan**
Thank you.
Like · Reply · 20w

Write a comment...

Pic 'N' Save Bargains updated their cover photo.
November 10, 2020




9 | 7 Comments 1 Share

Like | Comment | Share

All Comments

Write a comment...

Press Enter to post.

**IL Martin**
Your website is down
Like · Reply · 21w

Author
**Pic 'N' Save Bargains**
Oops... sorry we missed this. It's up and running now!
Like · Reply · 21w

Write a reply...

Press Enter to post.

**Lynella Jordan**
Attach the store address to the map.
Like · Reply · 20w

Author
**Pic 'N' Save Bargains**
Lynella Jordan We are located in the Anaheim Town Square, 2120 East Lincoln Ave, Anaheim, CA

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Document title: Pic 'N' Save Bargains | Facebook
Capture URL: https://www.facebook.com/pnsbargains
Capture timestamp (UTC): Thu, 15 Apr 2021 01:40:08 GMT

Pic 'N' Save Bargains
Contact Us | Like | Message

## About
See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this
1,441 people follow this
89 people checked in here
http://pnsbargains.com/
(833) 742-6728
Send Message
Price Range · $
customerhelp@pnsbargains.com
Open Now
9:00 AM - 8:00 PM
Shopping & Retail

## Suggest Edits
Is this the right phone number for this place?
+18337426728
Yes | Unsure | No

## Photos
See All



## Videos
See All




Tell the Senior Citizens (65+) in your life ...
13 Views · 6 hours ago

## Page Transparency
See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020
Page manager location: United States

## Add Your Business to Facebook
Showcase your work, create ads and connect with customers or supporters.
Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Author
Pic 'N' Save Bargains
Lynella Jordan We are located in the Anaheim Town Square, 2120 East Lincoln Ave., Anaheim, CA 92806.
Like · Reply · 23w

Write a reply...
Press Enter to post.

Arturo Ortiz Soto
Maricela Silva Ortiz
Like · Reply · 22w 2

Maricela Silva Ortiz
Arturo Ortiz Soto no way!
Like · Reply · 22w 1

Author
Pic 'N' Save Bargains
Maricela Silva Ortiz Yes WAY!
Like · Reply · 21w

Write a reply...
Press Enter to post.

Write a reply...
Press Enter to post.

Write a comment...

Pic 'N' Save Bargains
November 10, 2020 ·




Pic 'N' Save Bargains updated their business hours. Contact Us

2
Like | Comment | Share
Write a comment...
Press Enter to post.

Pic 'N' Save Bargains
November 10, 2020 ·




Pic 'N' Save Bargains updated their website address. Learn More

5
Like | Comment | Share
Write a comment...
Press Enter to post.

Pic 'N' Save Bargains
November 9, 2020 ·




Pic 'N' Save Bargains updated their phone number. Call Now

2
Like | Comment | Share

Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail
When you send a message, Pic 'N' Save Bargains will see your public info.
Aa

Search Facebook  Stacy

Pic 'N' Save Bargains  Contact Us  Like  Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes  Unsure  No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 6 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

2

Like  Comment  Share

Write a comment...
Press Enter to post.

**Pic 'N' Save Bargains** updated their cover photo.
October 13, 2020




4  18 Comments 1 Share

Like  Comment  Share

All Comments

Write a comment...
Press Enter to post.

**Connie Blackwell**
I used to shop at the Venice, CA store. My mom said she could always tell when I was feeling blue....I would come home with a bag full of goodies...retail therapy!!!~~~
Like · Reply · 21w  1

Author
**Pic 'N' Save Bargains**
Connie Blackwell Ha! We are big fans of retail therapy too. Come see us.
Like · Reply · 21w

Write a reply...
Press Enter to post.

**Shirley Moreno**
We need one here in riverside,California
Like · Reply · 21w  1

Author
**Pic 'N' Save Bargains**
Shirley Moreno Anaheim not that far way... 😉
Like · Reply · 21w

Write a reply...
Press Enter to post.

**Sandy Haddad- Serrano**
I thought pic n save were turned into big lots?
Like · Reply · 22w  2

Author
**Pic 'N' Save Bargains**
Sandy Haddad- Serrano The old Pic 'N' Save was bought by Big Lots, but we are different and not affiliated. Please come see for yourself. 😉  6
Like · Reply · 22w

Write a reply...
Press Enter to post.

**Grace Galindo**
It did...This is pic m sav bargains back east....lol
Like · Reply · 22w  1

**Sandy Haddad- Serrano**
Grace Galindo oh ok so they're bringing them here? I wonder if it's similar to the old pic n save that were here.
Like · Reply · 22w  2

Author
**Pic 'N' Save Bargains**
Sandy Haddad- Serrano That's right, we are located in Anaheim Town Square. Come see us!  2
Like · Reply · 22w

Author
**Pic 'N' Save Bargains**
Grace Galindo Please do!!  1
Like · Reply · 22w

Author
**Pic 'N' Save Bargains**
Sandy Haddad- Serrano Similar but also completely different. Come see for yourself!! Grand Opening Weekend is November 13-15!  2
Like · Reply · 22w

**Grace Galindo**
Sandy Haddad- Serrano Gonna have to check this one out  2
Like · Reply · 22w

**Sandy Haddad- Serrano**
Grace Galindo lol it's on lincoln right past state college.  1
Like · Reply · 22w

Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail
When you send a message, Pic 'N' Save Bargains will see your public info.
Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All



2120 E. Lincoln Ave, Anaheim, CA

Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

state college.

Like · Reply · 22w

Grace Galindo
Sandy Haddad- Serrano Well I eat words lol, news to me kiddo. Is that opening where the old fresh and easy was?

Like · Reply · 22w

Sandy Haddad- Serrano
Grace Galindo




Like · Reply · 22w

Sandy Haddad- Serrano
Grace Galindo there's one opening next weekend on Lincoln in Anaheim.

Like · Reply · 22w

Grace Galindo
Sandy Haddad- Serrano I don't think so...remember FB I s from all over.

Like · Reply · 22w

Write a reply...

Press Enter to post.

Write a reply...

Press Enter to post.

Andrea Brown
I love pic & save my was raised on items in that stores 53 years ago . Daughter was raised on this p/ s touche'. In I I a on vertmont.

Like · Reply · 16w

Write a comment...

Pic 'N' Save Bargains updated their cover photo.
October 13, 2020




2

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains updated their profile picture.
July 3, 2020




5

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains updated their cover photo.
July 3, 2020

Pic 'N' Save Bargains
Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa

Search Facebook

Stacy

Pic 'N' Save Bargains

Contact Us | Like | Message

## About

See All




Pic 'N' Save Bargains carries quality, brand name products at amazing prices! It's a new store every week and we've got excitement and savings around every corner.

1,395 people like this

1,441 people follow this

89 people checked in here

http://pnsbargains.com/

(833) 742-6728

Send Message

Price Range · $

customerhelp@pnsbargains.com

Open Now
9:00 AM - 8:00 PM

Shopping & Retail

## Suggest Edits

Is this the right phone number for this place?

+18337426728

Yes | Unsure | No

## Photos

See All



## Videos

See All




Tell the Senior Citizens (65+) in your life ...

13 Views · 8 hours ago

## Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - June 29, 2020

Page manager location: United States

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

July 3, 2020




5

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains updated their cover photo.
July 3, 2020




5

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains updated their cover photo.
June 29, 2020




Like | Comment | Share

Pic 'N' Save Bargains updated their profile picture.
June 29, 2020




1

Like | Comment | Share

Write a comment...

Press Enter to post.

Pic 'N' Save Bargains

Pic 'N' Save Bargains
Shopping & Retail

When you send a message, Pic 'N' Save Bargains will see your public info.

Aa