# EXHIBIT 32

PageVault

| | |
|---|---|
| Document title: | Pic ‘N’ Save Bargains (@pnsbargains) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/pnsbargains/ |
| Captured site IP: | 31.13.66.174 |
| Page loaded at (UTC): | Thu, 15 Apr 2021 01:46:49 GMT |
| Capture timestamp (UTC): | Thu, 15 Apr 2021 01:47:50 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 9b022ac0-31f0-44e0-bfbb-e7be9e806a96 |
| User: | lrrc-sgoodwin |

PDF REFERENCE #: 8qb8j2337PrhXxMW4MCKCM




Document title: Pic 'N' Save Bargains (@pnsbargains) • Instagram photos and videos
Capture URL: https://www.instagram.com/pnsbargains/
Capture timestamp (UTC): Thu, 15 Apr 2021 01:47:50 GMT

Instagram




Document title: Pic 'N' Save Bargains (@pnsbargains) • Instagram photos and videos
Capture URL: https://www.instagram.com/pnsbargains/
Capture timestamp (UTC): Thu, 15 Apr 2021 01:47:50 GMT

Instagram




Document title: Pic 'N' Save Bargains (@pnsbargains) • Instagram photos and videos
Capture URL: https://www.instagram.com/pnsbargains/
Capture timestamp (UTC): Thu, 15 Apr 2021 01:47:50 GMT

Instagram




Document title: Pic 'N' Save Bargains (@pnsbargains) • Instagram photos and videos
Capture URL: https://www.instagram.com/pnsbargains/
Capture timestamp (UTC): Thu, 15 Apr 2021 01:47:50 GMT

Instagram




About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations

English © 2021 Instagram from Facebook

Document title: Pic 'N' Save Bargains (@pnsbargains) • Instagram photos and videos
Capture URL: https://www.instagram.com/pnsbargains/
Capture timestamp (UTC): Thu, 15 Apr 2021 01:47:50 GMT

# EXHIBIT 33

PageVault

| | |
|---|---|
| Document title: | Pic 'N' Save Bargains on Instagram: "When you shop with us, the list of unique items you'll find goes on and on! Make sure to follow our page, so you don't miss out on the best…" |
| Capture URL: | https://www.instagram.com/p/CGDP8KfDApo/ |
| Captured site IP: | 157.240.229.174 |
| Page loaded at (UTC): | Thu, 15 Apr 2021 18:22:24 GMT |
| Capture timestamp (UTC): | Thu, 15 Apr 2021 18:23:43 GMT |
| Capture tool: | v7.7.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 3 |
| Capture ID: | 1984095e-53df-4412-81d8-218526e07abf |
| User: | lrrc-sgoodwin |

PDF REFERENCE #: diYqG7m9CYv4LkFrLyktZ7

Instagram




pnsbargains • Follow

pnsbargains When you shop with us, the list of unique items you'll find goes on and on! Make sure to follow our page, so you don't miss out on the best bargains!

27w

Liked by jfsmiley92 and others

OCTOBER 7, 2020

Add a comment... Post

More posts from pnsbargains


















Instagram




pnsbargains • Follow

pnsbargains When you shop with us, the list of unique items you'll find goes on and on! Make sure to follow our page, so you don't miss out on the best bargains!

27w

Liked by jfsmiley92 and others

OCTOBER 7, 2020

Add a comment...

Post

More posts from pnsbargains



















About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations

English © 2021 Instagram from Facebook

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EXHIBIT 34