**GARY J. NELSON, CA Bar No. 184651**
gnelson@lewisroca.com
**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Defendants and Counterclaimant
MARK MILLER and
WOW BARGAINS & CLOSEOUTS, INC.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RE-MARKETING GROUP, INC., a California corporation,

Plaintiff,

vs.

MARK MILLER, an individual; and WOW BARGAINS & CLOSEOUTS, INC., a California corporation,

Defendants.

WOW BARGAINS & CLOSEOUTS, INC., a California corporation,

Counterclaimant,

vs.

RE-MARKETING GROUP, INC., a California corporation, and GREGORY D. SHERWIN, an individual,

Counterclaim-Defendants.

Case No. 2:20-cv-09505-CAS (AFMx)

**APPLICATION TO FILE DOCUMENTS UNDER SEAL**

**Hearing Date: November 1, 2021**
**Time: 10:00 a.m.**
**Courtroom: 8D, 8th Floor**
**First Street Courthouse**

**Pretrial Conf.: January 24, 2022**
**Trial Date: February 8, 2022**

**Hon. Christina A. Snyder**

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.2.2 and the Protective Order entered on April 15, 2021 in the above action ("Protective Order") (Dkt. No. 36), Defendants and Counterclaimant Mark Miller and WOW Bargains & Closeouts, Inc. (collectively, "WOW" or "Defendants") file this Application seeking an order to file under seal the following documents containing confidential proprietary business information under seal:

1. An unredacted version of the Memorandum in Support of Defendants' Motion for Partial Summary Judgment which contains confidential sales information that WOW has designated Confidential or Highly Confidential—Attorneys' Eyes Only;

2. An unredacted version of Defendants' Statement of Uncontroverted Facts and Conclusions of Law which contains confidential sales information that WOW has designated Confidential or Highly Confidential—Attorneys' Eyes Only; and

3. An unredacted version of the Declaration of Mark J. Miller in Support of Defendants' Motion for Partial Summary Judgment and Exhibits 24, 25, 29, 30, and 34 to the Declaration which contain confidential sales and business information that WOW has designated Confidential or Highly Confidential—Attorneys' Eyes Only.

This Application is requesting to seal only those materials designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" by WOW. This Application is supported by the Declaration of G. Warren Bleeker in Support of Application to File Documents Under Seal.

Dated: October 4, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/G. Warren Bleeker
G. Warren Bleeker

Attorneys for Defendants and Counterclaimant
MARK MILLER and
WOW BARGAINS & CLOSEOUTS, INC.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445