**GARY J. NELSON, CA Bar No. 184651**
gnelson@lewisroca.com
**G. WARREN BLEEKER, CA Bar No. 210834**
wbleeker@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, CA 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

Attorneys for Defendants and Counterclaimant
MARK MILLER and
WOW BARGAINS & CLOSEOUTS, INC.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RE-MARKETING GROUP, INC., a California corporation,

Plaintiff,

vs.

MARK MILLER, an individual; and WOW BARGAINS & CLOSEOUTS, INC., a California corporation,

Defendants.

WOW BARGAINS & CLOSEOUTS, INC., a California corporation,

Counterclaimant,

vs.

RE-MARKETING GROUP, INC., a California corporation, and GREGORY D. SHERWIN, an individual,

Counterclaim-Defendants.

Case No. 2:20-cv-09505-CAS (AFMx)

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS REPLY SUPPORTING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

**Hearing Date: November 8, 2021**
**Time: 10:00 a.m.**
**Courtroom: 8D, 8th Floor**
**First Street Courthouse**

**Pretrial Conf.: January 24, 2022**
**Trial Date: February 8, 2022**

**Hon. Christina A. Snyder**

Federal Rule of Evidence 201 empowers a court to take judicial notice of a fact that is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001). Courts regularly take judicial notice, for example, of records from the Patent and Trademark Office. *Caiz v. Roberts*, 382 F. Supp. 3d 942, 947 (C.D. Cal. 2019) (taking judicial notice of files from Patent and Trademark Office) (citing to *Balance Studio, Inc. v. Cybernet Entm't, LLC*, No. 15 CV-04038-DMR, 2016 WL 1559745, at *1 (N.D. Cal. Apr. 18, 2016) (quoting *Mack v. South Bay Beer Distribs., Inc.*, 798 F.2d 1279, 1282 (9th Cir. 1986) ); *see Oroamerica Inc. v. D & W Jewelry Co., Inc.*, 10 Fed. Appx. 516, 517 n.4 (9th Cir. 2001)).

Courts also regularly take judicial notice of documents filed with the California Secretary of State. *See e.g. Champion Courage Ltd. V. Fighter's Mkt., Inc.*, No. 17-CV-01855-AJB-BGS, 2018 WL 1920201, at *2 (S.D. Cal. April 24, 2018) (taking judicial notice of trademark materials generated by the USPTO and California Secretary of State).

Moreover, courts may take judicial notice of information on the Internet for the purpose of showing "what was in the public realm at the time" and to show how certain products and services are being presented to the public. *Spy Optic, Inc. v. Alibaba.Com, Inc.*, 163 F. Supp. 3d 755, 763 (C.D. Cal. 2015).

In support of Defendant and Counterclaimant WOW Bargains & Closeouts, Inc.'s ("WOW") Reply In Support of Its Motion for Partial Summary Judgment, WOW requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the following documents, true and correct copies of which are attached:

| Exhibit No. | Description |
|---|---|
| 11 | Google Play Statistics from Android website, |

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

| Exhibit No. | Description |
|---|---|
| | https://developer.android.com/distribute# |
| 12 | Trademark Electronic Search System (TESS) printout from the United States Patent and Trademark Office (USPTO) for the word mark PICK 'N SAVE |
| 13 | Office Action dated 5/15/2019 re: U.S. Trademark Application Serial No. 88325180 |

Dated: October 25, 2021

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By /s/G. Warren Bleeker
G. Warren Bleeker

Attorneys for Defendants and Counterclaimant MARK MILLER and WOW BARGAINS & CLOSEOUTS, INC.

LEWIS ROCA
655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445